# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 3:26-cv-10163 | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY, TRENTON VICINAGE | | 16596291 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Fellowship of Christian Athletes | Board of Education of Hopewell Valley Regional School District, et al. |
| **Received by:** Central Jersey Process Service | **For:** The Becket Fund |
| **To be served upon:** Dr. Rosetta D. Treece, Superintendent of Hopewell Valley Regional School District, in her personal capacity | |

I, Patricia Fratticcioli, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Dr. Rosetta D. Treece, Superintendent of Hopewell Valley Regional School District, in her personal capacity, Hopewell Valley Regional School District: 425 S. Main St, Pennington, NJ 08534

**Manner of Service:** Personal/Individual, August 13, 2026, 11:36 am EDT

**Documents:** SUMMONS; COMPLAINT; VERIFICATION PURSUANT TO LOCAL RULE 11.2; CIVIL COVER SHEET(S); CORPORATE DISCLOSURE STATEMENT (Received Aug 12, 2026 at 1:34pm EDT)

**Additional Comments:**
1) Successful Attempt: August 13, 2026, 11:36 am EDT at Hopewell Valley Regional School District: 425 S. Main St, Pennington, NJ 08534 received by Dr. Rosetta D. Treece. Age: 40-50; Ethnicity: African American; Gender: Female; Weight: 131-160 ; Height: 5'9"; Hair: Black;
I personally delivered the documents to Dr. Rosetta D. Treece, with identity confirmed by subject acknowledging her identity. Dr. Treece accepted the documents with direct delivery.

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Maximillian Hayden performed a notarial act and before whom I appeared by means of communication technology on this 13th day of August, 2026.

Patricia Fratticcioli 08/13/2026

Patricia Fratticcioli **Date**

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 13th day of August, 2026, by Patricia Fratticcioli, who is personally known to me. Witness my hand and official seal. I, Maximillian Hayden, witnessed, by means of communication technology, Patricia Fratticcioli sign the attached record and declaration on this 13th day of August, 2026.*

Maximillian J Hayden IV

**Maximillian Hayden, Notary Public**
**State of New Jersey**
**County of Middlesex**

08/13/2026 09/26/2028

**Date** **Commission Expires**

MAXIMILLIAN J HAYDEN IV
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050214468
MY COMMISSION EXPIRES 09/26/2028