Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**RULE 65.1 APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>**ORAL ARGUMENT REQUESTED** |

**To: All counsel of record**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby apply to the United States District Court for the District of New Jersey for an order to show cause why the Court should not issue a preliminary injunction prohibiting Defendants from discriminating against Plaintiffs based on their religious status in violation of federal constitutional and statutory law, causing irreparable harm. Plaintiffs are religious student groups whose students engage in voluntary meetings during noninstructional time on the campuses of the Defendant school district. Defendants have prohibited Plaintiffs from hosting outside volunteers at those meetings under a policy barring “religious clubs”—and only religious clubs—from engaging in that practice. To avoid

suffering irreparable harm during the upcoming school year, Plaintiffs seek preliminary-injunctive relief enjoining application of that policy during the pendency of this litigation. This motion is filed against Defendant the Board of Education of the Hopewell Valley Regional School District and against the individual Defendants in their official capacities only.

**PLEASE TAKE FURTHER NOTICE** that in support of their application, Plaintiffs shall rely upon the attached memorandum of law and its accompanying declarations and exhibits.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs have attached a proposed order that sets out the specific preliminary-injunctive relief being sought by Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request that the Court order Defendants to file their Show Cause Response on or before August 24, 2026. *See* L. Civ. R. 7.1(d)(2). Plaintiffs would then file their Reply Brief on or before August 31, 2026. *See* L. Civ. R. 7.1(d)(3).

**PLEASE TAKE FURTHER NOTICE** that the upcoming school year for the Hopewell Valley Regional School District begins on September 1, 2026, and Plaintiffs anticipate that their on-campus meetings will start on or near the week of September 14, at which point Defendants' discriminatory policy will resume irreparably harming Plaintiffs, and that Plaintiffs will continue to suffer irreparable harm on an ongoing basis thereafter until Defendants' discriminatory policy is enjoined. Plaintiffs therefore respectfully request relief as soon as is reasonably feasible.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument in this matter.

Dated: August 14, 2026

Respectfully submitted,

/s/ *Richard C. Osborne*

Richard C. Osborne
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
Ste. 400
Washington, DC 20006
(202) 955-0095
rosborne@becketfund.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, a copy of the foregoing was served on counsel for the official-capacity Defendants via email and on the personal-capacity Defendants via first-class U.S. Mail.

/s/ *Richard C. Osborne*
Richard C. Osborne