# Flaherty Exhibit A

FCA's Vision and Mission Statement

# Vision and Mission

03:35

The Fellowship of Christian Athletes is touching millions of lives…one heart at a time. Since 1954, FCA has been challenging coaches and athletes on the professional, college, high school, junior high and youth levels to use the powerful platform of sport to reach every coach and every athlete with the transforming power of Jesus Christ. FCA focuses on serving local communities around the globe by engaging, equipping and empowering coaches and athletes to unite, inspire and change the world through the gospel.

### Vision

To see the world transformed by Jesus Christ through the influence of coaches and athletes.

### Mission

To lead every coach and athlete into a growing relationship with Jesus Christ and His church.

## Values

Our relationships will demonstrate steadfast commitment to Jesus Christ and His Word through Integrity, Serving, Teamwork and Excellence.

### INTEGRITY (Proverbs 11:3)

We will demonstrate Christ-like wholeness, privately and publicly.

### SERVING (John 13:1-17)

We will model Jesus' example of serving.

### TEAMWORK (Philippians 2:1-4)

We will express our unity in Christ in all our relationships.

### EXCELLENCE (Colossians 3:23-24)

We will honor and glorify God in all we do.

## STRATEGY

We seek to make disciples through our strategy of engaging, equipping and empowering coaches and athletes to know and grow in Christ and lead others to do the same.

### ENGAGE (1 Thessalonians 2:8)

We engage coaches and athletes through genuine relationships sharing our lives and the Gospel.

### EQUIP (Ephesians 4:12)

We equip coaches and athletes to grow in Christ through God's Word.

### EMPOWER (2 Timothy 2:2)

We empower coaches and athletes to engage and equip others to know and grow in Christ.

