# Flaherty Exhibit C

Letter on behalf of Dr. Treece to the Freedom From Religion Foundation

Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community for Over 100 Years*

**PAUL H. GREEN**
*Admitted in NJ*
Direct Line: 973-540-7305
Email: phg@spsk.com
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

March 25, 2025

**Via Email (mziegler@ffrf.org)**
Madeline Ziegler, Esq.
Freedom From Religion Foundation
P.O. Box 750
Madison, Wisconsin 53701

**RE: Hopewell Valley Regional School District –**
**Timberlane School Fellowship of Christian Athletes**

Dear Ms. Ziegler:

This law firm represents the Hopewell Valley Regional Board of Education. Superintendent of Schools Dr. Rosetta Treece has requested that we respond to your March 13, 2025 letter to her in the above matter.

This will confirm that as a result of her investigation, Dr. Treece is directing the Timberlane Middle School Principal to immediately stop the direct involvement of any outside adults in the meetings of the Fellowship of Christian Athletes, and to ensure that the group's activities comply with the requirements of the Equal Access Act, the First Amendment and relevant provisions of New Jersey law. Insofar as the District's administration is aware, any other religious clubs are currently operating in accordance with these requirements. The District will make certain that this remains the case.

Please contact me should you have any questions. Thank you for bringing this to the District's attention.

Very truly yours,
SCHENCK, PRICE, SMITH & KING, LLP

Paul H. Green

cc: Dr. Rosetta Treece, Superintendent (*via email*)