# Flaherty Exhibit D

Email from Principal Turnbull to Carolyn McDonough

**From:** Turnbull, Christopher <christopherturnbull@hvrsd.org>
**Date:** Tuesday, August 26, 2025 at 2:18 PM
**To:** Carolyn McDonough <cmcdonough@fca.org>, ridgeksc@optonline.net <ridgeksc@optonline.net>, Tammy Pegrem <tammypegrem@hvrsd.org>, Rosetta Treece <rosettatreece@hvrsd.org>, Patricia Riley <patriciariley@hvrsd.org>
**Subject:** FCA Follow Up

Hi Carolyn,

Thank you for reaching out to Mrs. Pegrem.

I just spoke to our Superintendent, who received clarity from our district counsel.

Regarding the religious clubs, the law stipulates that the students must run them; **no outside individuals are permitted**, and one of our staff members must supervise the club. The staff member is just there to ensure students are following our code of conduct and can not run the club. This is from our counsel.

We will run the FCA at Timberlane this year because students drive the meetings and a staff member is present to supervise, but we can not have outside visitors. Unfortunately, I do not have flexibility, as this is guidance from our legal counsel.

Sincerely,
Chris

Good morning Tammy,

Attached is my HVRSD Volunteer Form.

After looking again at the Volunteer Handbook, could you please share with us the policy or form that explains this policy of us attending 3 times a year?

Thank you,
Carolyn
--

Christopher M. Turnbull
Principal
Timberlane Middle School
Hopewell Valley Regional School District
(609) 737-4004

*he/him/his*
Click here to read this message in your preferred language

NJPSA
Visionary Award Winner

**"It's not what you look at that matters, it's what you see." ~Henry David Thoreau**

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*