# Flaherty Exhibit E

Email exchange between Carolyn McDonough, Principal Riley, and Susan Hart

Forwarded email @hvrsd.org>, Hart, Susan <susanhart@hvrsd.org>
**Subject:** Re: FCA

Good morning, Ms. McDonough,

That sounds very exciting. I can make Tuesday, 10/28, work. I have a meeting at 2 PM. Anytime before that is flexible for now.

Regards,

Rosetta D. Treece, Ed.D.
Learn about Referendum 2025
(She, Her, Hers)
Superintendent of Schools
Hopewell Valley Regional School District
Tel: (609) 737-4002 ext. 2731

On Wed, Oct 8, 2025 at 10:10 AM Carolyn McDonough <cmcdonough@fca.org> wrote:

> Good morning Dr. Treece,
>
> Thank you for sharing this potential meeting date with me and that day will not work for me. I am excited to share with you that I will be competing at the Triathlon World Championship race in Australia on Team USA on October 16th! I am leaving tomorrow and will be out of the country until Tuesday, October 21st. Would the week of October 27th work for your schedule, perhaps on Monday 10/27 or Tuesday 10/28?
>
> Please let me know if you have a time that would work best for you.
>
> Thank you very much,
> Carolyn
>
> Carolyn McDonough
> **Area Director** | Central Jersey West
> mobile: 609-213-7305
> support: my.fca.org/carolynmcdonough
> email: cmcdonough@fca.org

address: PO Box 397, Pennington, NJ 08534

---

**From:** Treece, Rosetta <rosettatreece@hvrsd.org>
**Date:** Tuesday, October 7, 2025 at 12:04 PM
**To:** Riley, Patricia <patriciariley@hvrsd.org>
**Cc:** Carolyn McDonough <cmcdonough@fca.org>, Hart, Susan <susanhart@hvrsd.org>
**Subject:** Re: FCA

I am sorry for just getting back to you. Tuesday, October 14th, is pretty open for now. Is there a time that works best for you?

Regards,

Rosetta D. Treece, Ed.D.
Learn about Referendum 2025
(She, Her, Hers)
Superintendent of Schools
Hopewell Valley Regional School District
Tel: (609) 737-4002 ext. 2731

On Thu, Sep 25, 2025 at 5:39 PM Riley, Patricia <patriciariley@hvrsd.org> wrote:

> Hi Carolyn,
> I'd be happy to meet, but I'll defer to Dr. Treece's schedule because I'm sure it's much busier than mine! I'm looking forward to seeing you at the See You at the Pole event tomorrow.
> With thanks,
> Trish
>
> Patricia Riley
> Principal, Hopewell Valley Central High School
> (609)-737-4003
> patriciariley@hvrsd.org
> Follow us: @HVCentralHS (Twitter)
> hopewell_valley_central_hs (Instagram)
> Click here to read this message in your preferred language

On Thu, Sep 25, 2025 at 5:22 PM Carolyn McDonough <cmcdonough@fca.org> wrote:

Hi Ms. Riley, Dr. Treece, and Mrs. Hart,

Thank you for sharing this with me. Could we schedule a meeting to discuss this together?

I'm available to come to the school or another place most convenient to clarify this at a time that works best.
Would Tuesday 9/30 or Friday 10/3 work for you?

Thank you,
Carolyn

Carolyn McDonough
**Area Director** | Central Jersey West
mobile: 609-213-7305
support: my.fca.org/carolynmcdonough
email: cmcdonough@fca.org
address: PO Box 397, Pennington, NJ 08534

---

**From:** Riley, Patricia <patriciariley@hvrsd.org>
**Date:** Tuesday, September 16, 2025 at 1:49 PM
**To:** Hart, Susan <susanhart@hvrsd.org>
**Cc:** Carolyn McDonough <cmcdonough@fca.org>, Rosetta Treece <rosettatreece@hvrsd.org>
**Subject:** Re: FCA

Hi Carolyn,
Thank you so much for reaching out. Earlier this year, the district received written notification of a legal concern from the Freedom From Religion Foundation. Dr. Treece contacted the district's attorney for guidance, and the information that Mr. Turnbull and I provided came from his directions. I've copied Dr. Treece on this email in case there's any information that I may have missed.
With thanks,
Trish

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

On Tue, Sep 16, 2025 at 11:53 AM Hart, Susan <susanhart@hvrsd.org> wrote:

Dear Carolyn,

Thank you for reaching out and inquiring directly. From what I can see, it singles out religious groups only.

I have NOT heard of there being a single concern about FCA meeting on Thursdays (and sharing, praying and providing pizza and snacks) for the past 3 years. Had there been an issue, it would have been a common courtesy to bring it to our attention.

That being said, perhaps we could meet together with the leaders so they hear it directly from Administration. You know who our student leaders are this year and I have briefly spoken with them.

I hope it can be remedied quickly and to the most benefit of our students and community.

Thank you,

Susan Hart

On Tue, Sep 16, 2025 at 11:34 AM Carolyn McDonough <cmcdonough@fca.org> wrote:

Good morning Ms. Riley and Mrs. Hart,

I hope that you both are having a great week so far. I wanted to ask if what is written below is part of a policy for the school district or if this is something new that has been added for this year? I'm seeking clarity on this and what led to the change.

Thank you,
Carolyn

FELLOWSHIP OF CHRISTIAN ATHLETES FCA

Carolyn McDonough
**Area Director** | Central Jersey West
mobile: 609-213-7305
support: my.fca.org/carolynmcdonough
email: cmcdonough@fca.org
address: PO Box 397, Pennington, NJ 08534

**From:** Riley, Patricia <patriciariley@hvrsd.org>
**Date:** Thursday, September 11, 2025 at 7:27 AM
**To:** Hart, Susan <susanhart@hvrsd.org>

**Cc:** Carolyn McDonough <cmcdonough@fca.org>
**Subject:** Re: FCA

Hi Susan,
Dr. Treece and Mr. Turnbull from TMS were in touch with the district's attorney over the summer and received the information below. We're required to follow the same directions. I truly appreciate the support that Carolyn and Ken have provided the group, and I'm sorry that the district is required to make this change.

It looks like 114, 116, and 118 are booked through November, but if you'd like to use the PAC lobby, that's absolutely fine with me. Please just make sure to add the dates to the ECA Meeting Calendar. If I can help in any other way, don't hesitate to reach out.
With thanks,
Trish

Hi Carolyn,

Thank you for reaching out to Mrs. Pegrem.

I just spoke to our Superintendent, who received clarity from our district counsel.

Regarding the religious clubs, the law stipulates that the students must run them; **no outside individuals are permitted**, and one of our staff members must supervise the club. The staff member is just there to ensure students are following our code of conduct and can not run the club. This is from our counsel.

We will run the FCA at Timberlane this year because students drive the meetings and a staff member is present to supervise, but we can not have outside visitors. Unfortunately, I do not have flexibility, as this is guidance from our legal counsel.

Sincerely,
Chris

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

On Wed, Sep 10, 2025 at 8:27 PM Hart, Susan <susanhart@hvrsd.org> wrote:

> Dear Trish,
>
> I need to finish our conversation about Carolyn's paperwork, availability of a room, and

permissible details.
Please let me know when a good time would be for me stop in.

Thank you,

Susan Hart

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*