# Flaherty Exhibit F

Email from Dr. Treece to Harry Flaherty

**From:** Treece, Rosetta <rosettatreece@hvrsd.org>
**Date:** Tuesday, October 28, 2025 at 12:04 PM
**To:** hflaherty@gca.org <hflaherty@gca.org>, Carolyn McDonough <cmcdonough@fca.org>, Patricia Riley <patriciariley@hvrsd.org>
**Subject:** Pleasure Meeting You

Good Morning,

Thank you for meeting with us this morning and for your dedication to advocating on our behalf for our students in FCA. I have attached a copy of the initial letter the district received from the *Freedom from Religion*. I have also attached a copy of the form letter that was dropped in the hallway by one of the FCA club members, which was created by someone in FCA, indicating that the students should not say anything about Carolyn's involvement in the FCA. This letter was later read at a Board Meeting. As I shared in our meeting, this form letter indicates some understanding that outside volunteers are not permitted.

Lastly, I reviewed my records for this case and found the letter written by the Board's Attorney to the *Freedom from Religion* legal counsel. As we discussed in our meeting today, both the Board Attorney and the Executive Superintendent confirmed that we were out of compliance by allowing outside advisors/volunteers to come into our schools for a *religiou*s club. You will find Mr. Green's (Board Attorney's) information in the attachment (re: Timberlane FCA). The Mercer County Executive Superintendent's email is below.

Dr. Vincent Minus
Mercer County Executive Superintendent
Daryl.Minus-Vincent@doe.nj.go

We value our students' involvement in FCA, and we all must ensure that we are following the expectations of the NJDOE to be able to continue sponsorship of the club.

Sincerely,

Rosetta D. Treece, Ed.D.
Learn about Referendum 2025
(She, Her, Hers)
Superintendent of Schools
Hopewell Valley Regional School District
Tel: (609) 737-4002 ext. 2731

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and*