# Flaherty Exhibit H

Email exchange between Harry Flaherty, Dr. Treece, and Dr. Minus-Vincent

**From:** Treece, Rosetta <rosettatreece@hvrsd.org>
**Sent:** Monday, November 24, 2025 8:00 AM
**To:** Janine Flaherty <jflaherty@fca.org>
**Cc:** Harry Flaherty <hflaherty@fca.org>; Carolyn McDonough <cmcdonough@fca.org>; Paul H. Green <phg@spsk.com>; patriciariley@hvrsd.org; christopherturnbull@hvrsd.org; Derrick Ellison <DEllison@fca.org>; Chris Rich <CRich@fca.org>; mercer@doe.nj.gov
**Subject:** Re: Hopewell Valley Schools - Club Discussions

Mr. Flaherty,

I am not sure what response you are referring to. I am complying to the expectations for religious clubs. The district has given our position.

Regards,

Rosetta D. Treece, Ed.D.
(She, Her, Hers)
Superintendent of Schools
Hopewell Valley Regional School District
Tel: (609) 737-4002 ext. 2731

On Thu, Nov 20, 2025 at 10:48 AM Janine Flaherty <jflaherty@fca.org> wrote:

Dear Dr. Treece,

We would appreciate a response within the next week before the holiday stretch, as your students' statutory and constitutional rights are currently being infringed. Almost three weeks have passed since you received this letter, and you've been aware of this issue for months now. We see this as a straightforward issue and hope not to escalate it to the state Department of Education (or beyond). Again, our attorneys are happy to meet with yourself and Mr. Green, if you think that would be helpful.

Sincerely,

Harry E. Flaherty
Fellowship of Christian Athletes
New Jersey State Director

**From:** Janine Flaherty <jflaherty@fca.org>
**Date:** Wednesday, November 12, 2025 at 11:46 AM
**To:** mercer@doe.nj.gov <mercer@doe.nj.gov>
**Cc:** Harry Flaherty <hflaherty@fca.org>, Carolyn McDonough <cmcdonough@fca.org>, rosettatreece@hvrsd.org <rosettatreece@hvrsd.org>, Paul H. Green <phg@spsk.com>, patriciariley@hvrsd.org <patriciariley@hvrsd.org>, christopherturnbull@hvrsd.org <christopherturnbull@hvrsd.org>, Derrick Ellison <DEllison@fca.org>, Chris Rich <CRich@fca.org>
**Subject:** FW: Hopewell Valley Schools - Club Discussions

Dr. Vincent,

All sounds good to us, and we appreciate the response. Note that we included you on this letter because Dr. Treece informed us in a recent meeting that you were one of the decision-makers involved in Hopewell's ban on outside visitors for religious clubs. However, we're more than happy to resolve this at the local level.

Dr. Treece - we look forward to hearing from you and Mr. Green.

Thank you!

Harry E. Flaherty
FCA New Jersey
hflaherty@fca.org

---

Begin forwarded message:

> **From:** Mercer County Office of Education <mercer@doe.nj.gov>
> **Date:** November 10, 2025 at 9:58:59 AM EST
> **To:** Janine Flaherty <jflaherty@fca.org>

**Cc:** Carolyn McDonough <cmcdonough@fca.org>, rosettatreece@hvrsd.org, phg@spsk.com, patriciariley@hvrsd.org, christopherturnbull <christopherturnbull@hvrsd.org>
**Subject: Hopewell Valley Schools - Club Discussions**

Dear Mr. Flaherty,

Thank you for your correspondence and bringing your concerns to my attention. However, the issues that you have highlighted in your correspondence all appear to be issues that should be addressed by the Hopewell Valley Regional School District, its Board of Education, and its attorney in the first instance. The Mercer County Office of Education and the Executive County Superintendent do not resolve disputes such as those which have been outlined in your letter. As such, I will not be participating in any discussions or meetings that you may have concerning the resolution of this issue.

If you would like to appeal a decision or challenge the actions of the board of education as violating the laws pertaining to New Jersey schools (N.J.S.A. 18A or N.J.A.C. 6A), or the board of education's policies, you may do so through the contested case process as provided in the Administrative Procedure Act and its implementing rules.

In order to initiate a contested case before the Commissioner, a petitioner must comply with the rules set forth in N.J.A.C. 6A:3. These rules require you to submit a petition of appeal that is described in N.J.A.C. 6A:3-1.4. For general information on the appeal process, you may wish to visit the Department of Education web site at www.state.nj.us/education. On that page, select "C" in "DOE A-Z:" at the top of the page, then choose "Controversies and Disputes" to find links to a full copy of N.J.A.C. 6A:3, as well as more detailed information, via links to the web site of the Office of Administrative Law, on the hearing process initiated by the filing of a petition of appeal.

Nevertheless, I am hopeful that the district and the various stakeholders will be able to resolve this dispute in manner which is satisfactory to all stakeholders.

Sincerely,

**Daryl M. Vincent, Ed.D.**
**Executive County Superintendent**
Mercer County Office of Education
New Jersey Department of Education
1075 Old Trenton Road
Hamilton, NJ 08690
(609) 588-5877
Web: https://www.nj.gov/education/

https://teachinspire.nj.gov/

---

**From:** Janine Flaherty <jflaherty@fca.org>
**Sent:** Thursday, October 30, 2025 11:16 AM
**To:** rosettatreece@hvrsd.org <rosettatreece@hvrsd.org>; Mercer County Office of Education <mercer@doe.nj.gov>; phg@spsk.com <phg@spsk.com>
**Cc:** patriciariley@hvrsd.org <patriciariley@hvrsd.org>; christopherturnbull <christopherturnbull@Hvrsd.org>; Carolyn McDonough <cmcdonough@fca.org>
**Subject:** [EXTERNAL] Hopewell Valley Schools - Club Discussions

***** CAUTION *****

This message came from an **EXTERNAL** address (**jflaherty@fca.org**). **DO NOT** click on links or attachments unless you know the sender and the content is safe.
**New Jersey State Government Employees Should Forward Messages That May Be Cyber Security Risks To** PhishReport@cyber.nj.gov.

All -

Good afternoon. I've attached a letter regarding Hopewell Valley Regional School District's decision to preclude religious student clubs from hosting non-school guests at on-campus gatherings, while permitting non-religious clubs to host non-school guests. I discussed this issue yesterday with Dr. Treece, who informed me that Dr. Minus-Vincent and Mr. Green were involved in Hopewell's decision. The second attachment includes a compilation of exhibits referenced in the letter.

I look forward to your response.

Harry E. Flaherty
Fellowship of Christian Athletes
New Jersey State Director

CONFIDENTIALITY NOTICE: The information contained in this communication from the New Jersey Department of Education is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this email, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the New Jersey Department of Education at (609) 376-3500 to arrange for the return of this information.

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*