Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**DECLARATION OF CAROLYN MCDONOUGH** |

I, Carolyn McDonough, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and competent to make this declaration.

2. I am the Area Director in Central Jersey West for the Fellowship of Christian Athletes of New Jersey (FCA New Jersey). FCA New Jersey is part of the Mid-Atlantic Division of the national Fellowship of Christian Athletes (FCA National). Harry Flaherty, the New Jersey State Director, is my supervisor. In connection with my position, I work with and provide support to college, high-school, and middle-school students in the western part of central New Jersey who belong to or would like to establish FCA "huddles" (FCA's name for student clubs).

3. I hold a B.S. degree in Neuroscience from Lafayette College.

4. The Fellowship of Christian Athletes of Hopewell Valley Central High School (FCA Central) and the Fellowship of Christian Athletes of Timberlane Middle School (FCA Timberlane) are certified student-club affiliates of FCA National. Until recently, both FCA huddles had been allowed to invite local FCA staff and volunteers to attend their on-campus gatherings. But before the start of the 2025-26 school year, the Hopewell Valley Regional School District (the District) prohibited FCA huddles from inviting outside visitors onto campus simply because they are religious clubs.

**FCA National**

5. FCA National is a Christian ministry that hopes to see the world transformed by Jesus Christ through the influence of coaches and athletes. Its mission is to lead every coach and athlete into a growing relationship with Jesus Christ and His church. FCA does this by steadfast commitment to Jesus Christ and His Word, and through its core values of Integrity, Serving, Teamwork, and Excellence.

6. FCA National makes available appropriate athletic apparel, videos, and other resources to equip local huddles. But direct support for each huddle comes from local staff. I provide that support for the Central Jersey West region, giving spiritual guidance, mentorship, and leadership development to students.

7. I have also helped student leaders find engaging speakers who can advance their ministries. For example, I once helped FCA Central bring visitors from an FCA

Cambodia huddle (which included FCA's National Director for Cambodia) to speak with FCA Central's students—giving them a unique opportunity to meet with fellow Christian student-athletes from another part of the world and to hear and learn from their diverse experiences and perspectives. I have also helped arrange visits from alumni who want to come back to speak about their experience as a Christian college athlete.

**FCA Student Groups**

8. As part of their ministry, FCA National and FCA huddles perform charitable works nationwide. For example, FCA National invested $250,000 to develop a community center in inner-city Baltimore to provide disadvantaged students a safe place to gather, study, and play.

9. FCA National and its affiliated student huddles also perform charitable works in New Jersey. For instance, each year, the FCA huddles in Hopewell Valley participate in Operation Christmas Child—a ministry in which the students pack gift-filled shoeboxes to provide Christmas gifts to children in need all around the world. And Hopewell's FCA students also volunteer as huddle leaders at FCA summer camps, which is an opportunity for them to invest in younger students (typically ages 8-14) and their relationship with Christ and also to coach them in sports.

10. FCA huddles also meet regularly on campus, typically weekly or bi-monthly, under the guidance of student leaders and faculty advisors. These meetings can cover many activities, including prayer, religious teaching, religious counseling, planning, and ministry outreach to share the Gospel with other students. Joining FCA or attending its meetings is of course entirely voluntary; FCA huddles are noncurricular student groups that meet outside of class time and whether any student gets involved is entirely up to them.

11. Huddles often draw significant crowds and typically include FCA's "four W's": the welcome (welcoming all students and explaining FCA's mission), the warmup (an icebreaker), the workout (which could include Bible teaching, sharing how God has worked in one's life, or a Christian message from guest speakers), and the wrap-up (where students discuss the Christian beliefs that were taught and then pray together). And prayer is a central feature of each meeting.

12. FCA huddles are not exclusive clubs with restricted membership. Instead, huddles welcome all students to participate in their events, including their religious discussions, service projects, prayer times, worship, weekly meetings, and Bible studies. All students are welcome to join as members.

13. Students are critical to FCA's religious mission. Indeed, FCA's student leaders are the primary embodiment of FCA's faith and Christian message to the campuses where they serve. Their ministry also determines the specific content of

the FCA student groups' message. For example, they lead the groups' religious meetings and Bible studies; lead and participate in prayer, worship, and religious teaching; help decide the religious content of the meetings; select guest speakers and identify religious topics to cover during events; minister to their peers individually; plan and schedule ministry events on campus; communicate FCA's message when interacting with administrators, staff, faculty, and students at their schools; and determine what kind of outreach and service activities to engage in to advance the group's religious mission.

14. FCA considers its student leaders to be FCA Representatives—a designation they share with FCA's directors, officers, employees, and other volunteer leaders. FCA Representatives are integral to the FCA community because they express, message, and model FCA's faith on behalf of FCA and their FCA huddle.

15. Because student leaders are critical to FCA's religious mission, it is essential to FCA that these student leaders be able to receive spiritual guidance from FCA's adult staff. As part of FCA's religious mission, national, regional, and local organizations—which includes Area Directors such as myself—provide religious training for student leaders about FCA's vision, core values, and ministry method. This training is specifically designed to equip student leaders to study the Bible, lead a campus huddle, and share with others their "testimonies"—the story of how they

came to have a personal relationship with Jesus Christ. I have personally helped provide this training to FCA student leaders.

16. It is vital that FCA staff can provide this spiritual guidance and leadership development to the students on the school's campus. First, in my experience as both an FCA Area Director and a former student member of FCA Central, school campuses provide a safe, convenient, and consistent environment for FCA staff and volunteers to meet with both student leaders and members. Meeting in an off-campus location would not only present transportation and logistical difficulties for middle-school and high-school students, but it would also likely deter some students who are uncomfortable meeting off campus from participating in FCA. In my experience, students are more comfortable meeting and speaking when you visit them in their own element on the school's campus. Second, meeting outside of school hours is all but impossible for young student-athletes trying to balance school, sports, church, and family obligations. And third, most, if not all, successful student groups rely on adults to help provide logistical support and continuity, given the obvious high turnover that student groups face as students graduate. In fact, many of the most successful student groups on campuses (other than FCA) depend entirely on substantial adult involvement and sometimes even leadership.

17. Even aside from these logistical difficulties, however, the entire point of FCA's religious mission is to be on campus. Indeed, the heartbeat of FCA's mission

is for students and staff to model to fellow students and coaches what it looks like to follow Christ—something they cannot do if they're forced to meet elsewhere.

18. Being on campus also allows FCA staff and volunteers to see how student leaders are doing and give them any necessary feedback. Much like in sports, where coaches need to see their players practice and play to give them feedback and coaching, FCA staff and volunteers need to see their student leaders in action to help them develop as future leaders in Christ.

19. As a Hopewell Valley Central High School alum and inaugural member of FCA Central, I have personally experienced the value that FCA staff and volunteers add to huddle meetings. As a student member, I deeply valued the opportunity to speak with and learn from spiritual leaders in our local community who understood and could speak directly to the challenges faced by Christian student-athletes. More than that, the FCA staff and volunteers who attended our meetings also encouraged us and challenged us to be bold in our faith, reminding us that sports are not just about winning or personal achievement but are also a platform to live out our faith, serve others, and reflect God's character. And finally, in a world that can seem increasingly isolating for teenagers, FCA staff and volunteers are a powerful reminder that FCA students are part of a broader, global community and that they have a shared purpose that is big enough and important enough for all of us. Serving as an Area Director for FCA today, I know that the students in FCA Central and

FCA Timberlane have had similar positive experiences when FCA staff members and volunteers have attended their huddle meetings.

20. To be clear, however, FCA huddles on school campuses are student-led and student-initiated. FCA National and FCA New Jersey do not pick student leaders or start huddles. Rather, students are responsible for starting their own huddles and picking their own leaders.

**FCA in Hopewell Valley**

21. FCA Central and FCA Timberlane are student-initiated and student-led groups at Hopewell Valley Central High School and Timberlane Middle School whose purpose is to create a community where students interested in sports could learn about Jesus Christ. As with all FCA huddles, their primary objective is to share with coaches and student-athletes the good news that Jesus Christ offers new life to all people and to give them a greater sense of purpose in their athletics. That said, any student—including students who are not athletes—can participate in both FCA huddles.

22. Until recently, FCA Central and FCA Timberlane had been allowed for years to invite local FCA staff and volunteers to attend their on-campus gatherings. During those years, these huddles would invite me or Ken Ridge, an FCA-approved volunteer, to attend some of their meetings. These huddles' ordinary meetings take place weekly over lunch in a school classroom, a time when other students are either

eating their own lunch in the cafeteria or participating in a meeting with another noncurricular student group.

23. When Ken and I attended these huddle meetings, we would always provide pizza for the students to eat for lunch and would also sit and talk with them. Once the student leaders finished the Bible study for that week and the students broke out into small groups to discuss the lesson, Ken and I would float around from group to group and sometimes join a conversation. And we were always available to answer any student's questions about life, faith, or sports.

24. But in March 2025, the District changed its policy regarding outside visitors for religious clubs *only*. The District adopted this discriminatory policy in response to a letter from the Freedom From Religion Foundation (FFRF), which had alleged that the District had been giving FCA staff and volunteers "special access" to campus so that they could "lead[] students in religious activities during school-sponsored club meetings."

25. FFRF's allegations couldn't be further from the truth. For starters, as discussed above, FCA staff and volunteers do not lead huddle meetings—the students do. But more importantly, FCA staff and volunteers do not receive any "special access" to campus. Rather, we have always received the same access to campus that is available for adult visitors of every other student club. It is my understanding that many other clubs at both Central and Timberlane meet during

lunch, after school, or both, and that other clubs regularly invite adult visitors to attend their on-campus club meetings. For example, other clubs have publicly posted the following information, all of which is consistent with my experience as to what actually happens on campus:

- The Hopewell Valley High School Robotics Team uses "adult mentors to help [its] students throughout the robotics season and in off-season developments." Their mentors "work with students in building, designing, and programming the robot along with managing finances, sponsorships, merch, and other entrepreneurship tasks."
- The Youth Environmental Society has hosted multiple "Lunch and Learn" programs in which outside visitors have led presentations for students.
- Spectrum, "an organization for LGBTQIA students and their allies," has hosted multiple events with outside adult volunteers, including a visit in February 2024 by the Philadelphia Gay Men's Choir.
- Community Connections "invite[s] guest speakers for monthly presentations on topics such as cultures, professions, and personal journeys."
- GirlTalk "organizes various activities, including guest speaker sessions, workshops, and social events, to encourage open dialogue and personal growth."

- Girls Who Program/Code invites "guest speakers to speak to the club members."
- The Culture Connections Club "provide[s] students the opportunity to learn about different cultures through interactive workshops and presentations from cultural representatives within the larger community."
- SHADES is a "club for black students" whose "goal is to have [its] students, along with adult facilitators, share their experiences, develop a network, and learn from each other."

26. Despite FFRF's false claims about FCA, the District's Superintendent, Dr. Rosetta Treece, directed the principals at Hopewell Valley Central High School and Timberlane Middle School to prohibit me (and any other FCA staff or volunteer) from attending any more FCA huddle meetings on campus.

27. In August 2025, before the start of the next school year, I submitted my Hopewell Valley Regional School District Volunteer Form, which would allow me to attend FCA meetings on the District's campuses as I had for years.

28. But soon after I did so, the Principal at Timberlane Middle School, Christopher Turnbull, responded to inform me that I would not be allowed on campus during the upcoming school year. That was because Dr. Treece and "district counsel" had instructed Principal Turnbull that (as Principal Turnbull put it in bolded words) "**no outside individuals are permitted**" for "religious clubs" because "the

law stipulates that students must run them". At the same time, however, Principal Turnbull acknowledged that FCA Timberlane would still be allowed to meet "this year because students drive the meetings."

29. In an effort to resolve the situation amicably, I sent several emails to Dr. Treece asking for clarification or a written policy (beyond merely the emails) explaining that all clubs—except for religious ones—may invite outside adults onto campus. Dr. Treece never responded to these emails, however.

30. I next spoke with the Principal at Central High School, Patricia Riley, and FCA Central's faculty advisor, Susan Hart. I asked them both whether this restriction on religious clubs was "part of a policy for the school district" or whether it was "something new that ha[d] been added for this year." Ms. Hart responded that "[f]rom what [she] can see," the new rule "singles out religious groups only." She continued, saying, "I have NOT heard of there being a single concern about FCA meeting on Thursday (and sharing, praying, and providing pizza and snacks) for the past 3 years. Had there been an issue, it would have been common courtesy to bring it to our attention." Ms. Hart concluded by expressing her "hope" that the situation "can be remedied quickly and to the most benefit of our students and community."

31. Soon after, I met with Principal Riley in person on October 7, 2025. At that meeting, Principal Riley disclosed that three students in FCA Central had expressed their desire for FCA's staff and volunteers to be allowed to attend FCA's meetings.

Principal Riley also confirmed that the school's Robotics Club would be allowed to continue inviting outside visitors because the Robotics Club was *not* religious.

32. When I was eventually able to meet with Dr. Treece in person to discuss the matter on October 28, 2025, she expressed her frustration about the entire dispute and asked, "So why don't you guys just sue us?" In response, I explained to Dr. Treece that FCA was not looking for a lawsuit, and that it only wanted clarification and a resolution to the situation. But Dr. Treece simply reaffirmed that outside visitors would be allowed for secular student groups but not for religious student groups. And she further stated that she had been directed to take this position by the Executive County Superintendent, Dr. Daryl Minus-Vincent, and by the District's outside counsel, Mr. Paul Green.

33. In a final effort to avoid litigation, FCA sent two more letters on October 30, 2025, and December 19, 2025, that asked the District to reconsider its decision to exclude FCA staff and volunteers from attending huddle meetings. But the District ignored both letters.

34. Although the District has not rescinded its discriminatory restriction on religious clubs, I was allowed to attend FCA Central's end-of-year huddle meeting on June 11, 2026. I was allowed to attend this meeting only after FCA Central's faculty advisor, Susan Hart, had advocated on FCA's behalf and explained to the Principal, Patricia Riley, that it was unfair to prohibit FCA from inviting outside

visitors while simultaneously allowing outside adults affiliated with another group (focused on LGBTQ issues) to come on campus—bringing food and giving a presentation in the school's Media Center—the week before. The FCA students were overjoyed that I was able to attend the final meeting, and that they could speak with FCA staff and have outside support.

35. The District has since made clear, however, that this one-time exception did not reflect a change in District policy. Indeed, after I sent an email on July 2, 2026, asking for confirmation on whether I'd be able to attend FCA huddle meetings in the upcoming school year, Dr. Treece once again ignored my question.

36. The District's decision to exclude religious clubs—and religious clubs only—from inviting outside adults to attend their student meetings has consumed staff time, energy, effort, and prayer that would normally have been devoted to our ministry.

37. Indeed, I have spent many hours trying to resolve the situation in Hopewell Valley. And I have repeatedly had to explain and discuss the situation with concerned parents and students. Absent the District's discriminatory actions, I would have spent those hours providing ministry outreach and support to other FCA huddles in the Central Jersey West area. I estimate that I have spent at least 50 hours dealing with the harms caused by the District's discriminatory policy.

38. As a result of the District's policy, I have been significantly impaired in my ability to mentor FCA student leaders and build relationships with students who seek out FCA for spiritual encouragement and community. Because I cannot attend huddles, I am unable to give specific advice and help from seeing how the students' planning for activities and content actually go in practice at the student meetings.

39. As a member of the community around Central and Timberlane, I sometimes cross paths with students in FCA huddles. These students have repeatedly told me that the group misses Ken and me and have asked when we would be able to return to huddle meetings.

40. The 2026-27 school year in Hopewell Valley begins on September 1, 2026. In mid-September, Central typically holds its annual student activities fair, and the FCA huddles within the District will begin their weekly meetings immediately afterward.

41. Student leaders and members of FCA's huddles within the District have expressed their desire to resume inviting FCA's staff and volunteers to their huddle meetings in the upcoming school year.

42. As soon as the District is ordered to end its ban on religious clubs inviting outside volunteers to attend their student meetings, FCA's staff and volunteers will immediately resume their longstanding practice of attending huddle meetings within the District.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2026

Carolyn McDonough