Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,

*Plaintiffs*,

v.

BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,

*Defendants*.

**Civil Action No. 3:26-cv-10163-RK-TJB**

**DECLARATION OF RICHARD OSBORNE**

I, Richard Osborne, state and declare:

1. I am Counsel at the Becket Fund for Religious Liberty. I represent Plaintiffs Fellowship of Christian Athletes, Fellowship of Christian Athletes of Hopewell Valley Central High School, and Fellowship of Christian Athletes of Timberlane Middle School.

2. Plaintiffs have moved for a preliminary injunction pursuant to Local Rule 65.1 because it would not be sufficient to proceed by notice of motion. As explained in the Declaration of Carolyn McDonough, the District's religious-club-only volunteer ban has already irreparably harmed Plaintiffs for an entire school year. The 2026-27 school year begins on September 1, 2026—which is only a matter of weeks away.

Once it does, Plaintiffs will resume their weekly meetings, at which point the District's discriminatory policy will resume irreparably harming Plaintiffs on an ongoing basis. Plaintiffs therefore need expedited relief to mitigate future irreparable harm, which they would not be able to obtain if they proceeded by notice of motion.

3. Exhibit A to this declaration is a true and correct copy of student club information for the 2025-26 school year at Hopewell Valley Central High School, downloaded from the school's website on August 6, 2026.

4. Exhibit B to this declaration is a true and correct copy of the Program of Studies for the 2025-26 school year at Timberlane Middle School, which lists some of the available student clubs at the school, downloaded from the school's website on August 6, 2026.

5. Exhibit C to this declaration is a true and correct copy of an excerpted transcript from the October 13, 2025, meeting of the Board of Education of the Hopewell Valley Regional School District.

6. Exhibit D to this declaration is a true and correct copy of the email exchange between counsel for Plaintiffs and counsel for the Hopewell Valley Regional School District, Paul Green.

7. Exhibit E to this declaration is a true and correct copy of an excerpt from the Hopewell Valley Central High School Robotics Team website, which is available at https://293spike.com/.

8. Exhibit F to this declaration is a true and correct copy of the Hopewell Valley Regional School District Volunteer Handbook, downloaded from the District's website on August 6, 2026.

9. Exhibit G to this declaration is a true and correct excerpt of the Hopewell Valley Regional School District's 2024 Annual Comprehensive Financial Report, downloaded from the New Jersey Department of Education's website on August 6, 2026.

10. Exhibit H to this declaration is a true and correct copy of the letter sent by Plaintiffs' counsel to the District and Dr. Minus-Vincent on December 19, 2025.

Executed on August 14, 2026

Richard C. Osborne