# Osborne Exhibit B

Timberlane Middle School
2025-26 Program of Studies

# HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT

***Pennington, NJ 08534***

## *Program of Studies*
## *2025-2026*

### *TIMBERLANE MIDDLE SCHOOL*

**Grades 6, 7, 8**

**What is a middle school?**

A middle school is more than grades at the middle level. In fact, a middle school can be any combination of contiguous grades between five and eight and sometimes nine. What makes a middle school is its philosophy, organization, and program. Too often, schools with grades at these middle levels are organized as junior high schools notwithstanding their labels. A true middle school is one designed to meet the needs of its clients, students who are changing from childhood to adolescence. It is one in which all of its components, philosophy, organization, and program, are guided by one overarching goal - the needs of the young adolescent. It should not look like an elementary school or a high school - it should be its own entity, a middle school that prepares students to move from one level to the next.

"Middle schools were created to help this diverse active group of young people learn and move successfully through this important stage of life." (National Middle School Association, 1994)

**What are young adolescents like?**

These are among the characteristics of this age group:

- accelerated physical growth
- importance of peer group
- a need for affirmation; sensitivity to personal comments
- desire for direction and regulation; need for independence and autonomy
- an array of intellectual skills and abilities
- preference for active learning activities
- inconsistency in behavior
- desire to explore, experiment, try new things, learn, grow

"Early adolescence is characterized by significant growth and change. For most, the period is initiated by puberty, a period of development more rapid than in any other phase of life except infancy. Cognitive growth is equally dramatic for many youth, bringing the new capacity to think in more abstract and complex ways than they could as children. Increased sense of self and enhanced capacity for intimate relationships can also emerge in early adolescence. All of these represent significant potential in our young people and great opportunity for them and the society (*Turning Points,* p. 8.)"

**Why do young adolescents need a special school?**

Just as they are at an in-between stage in their development, they need a school that is in between the elementary school and the high school, one that creatively balances elementary and secondary perspectives. They need independence yet structure, specialization and generalization, and lots of outlets for their physical energy.

"Because of their enormous developmental diversity, 10 to 14-year-olds require a variety of types and levels of activities designed to meet the following seven developmental needs: (1) physical social interaction with adults and peers (2) structure and clear limits (3) competence and achievement (4) creative expression (5) physical activity (6) meaningful participation in their families, schools, and communities and (7) self-definition. (Center for Early Adolescence, University of North Carolina at Chapel Hill)"

**What are the keys to educating young adolescents?**

According to the National Middle School Association, the major goals of middle school should be to have students become fully functioning, self-actualized individuals who should:

- *Become actively aware of the larger world, asking significant and relevant questions about that world and wrestling with big ideas and questions for which there may not be one right answer.*
- *Be able to think rationally and critically and express thoughts clearly.*
- *Read deeply to independently gather, assess, and interpret information from a variety of sources and read avidly for enjoyment and lifelong learning.*
- *Use digital tools to explore, communicate, and collaborate with the world and learn from the rich and varied resources available.*
- *Be a good steward of the earth and its resources and a wise and intelligent consumer of the wide array of goods and services available.*
- *Understand and use the major concepts, skills, and tools of inquiry in the areas of health and physical education, language arts, world languages, mathematics, natural and physical sciences, and the social sciences.*
- *Explore music, art, and careers, and recognize their importance to personal growth and learning.*
- *Develop his or her strengths, particular skills, talents, or interests and have an emerging understanding of his or her potential contributions to society and to personal fulfillment.*
- *Recognize, articulate, and make responsible, ethical decisions concerning his or her own health and wellness needs.*
- *Respect and value the diverse ways people look, speak, think, and act within the immediate community and around the world.*
- *Develop interpersonal and social skills needed to learn, work, and play with others harmoniously and confidently.*
- *Assume responsibility for his or her own actions and be cognizant and ready to accept obligations for the welfare of others.*
- *Understand local, national, and global civic responsibilities and demonstrate active citizenship through participation in endeavors that serve larger communities.*

## Major Program Components

### Academic Team Structure

Students will be organized on an academic team composed of 4 sections of students and 4 teachers. Team teachers will be responsible for the core academic subjects: language arts, mathematics, science, and social studies. These subject areas may be organized differently from team to team.

**Exploratory and Elective Courses**

Middle school students need to explore a wide variety of areas that will help them identify interests and talents. Therefore, all students should be exposed to a varied and rich exploratory program, which allows them to learn in all curriculum areas. In addition, students should have opportunities to choose from a broad elective program, which allows for a more in-depth development of interests and talents. In the Timberlane program, sixth grade students experience exploratory courses in the following areas (Intro to STEM, art, and general music) and in grade 7 and 8 are elective-based. In the middle school program we have broadened the elective offerings available to include computer courses, a variety of art and music options, technology education, theater, creative design, and pre-engineering.

**Wellness**

The purpose of Health and Physical Education in middle school is to empower students with the knowledge, skills, and attitudes necessary to lead healthy, active, and balanced lives. This discipline fosters physical fitness, emotional resilience, and social responsibility while emphasizing the importance of lifelong wellness habits. By engaging in diverse activities, students develop motor skills, teamwork, and an understanding of how their choices impact their physical and mental health. The curriculum also addresses critical topics such as nutrition, personal safety, mental health, and decision-making, equipping students to navigate challenges and make informed, positive choices that promote overall well-being.

**World Languages**

At the middle school level, our World Language classes are designed to be engaging, interactive, and relevant. Our goals are to help students communicate with people from diverse cultures and grow as global citizens who can speak, read, and write in a new language.

Our Program is a 6-12 sequence to maximize proficiency and to meet the state graduation requirement for proficiency. Students will study the same language throughout middle school.

Timberlane is proud to offer courses in French, Spanish, and German.

The middle school language program is designed for **new learners** of a language; students who already speak one of our language options will study a different language in middle school. In high school, students will have an opportunity to continue studying the language they studied in middle school, begin studying a new language, or take a placement test and take an appropriate course for a language that they already speak.

**FLEX Period- PACK**

We call our FLEX period PACK, for Wolfpack. The overarching goal of Pack is to meet the academic, social, emotional, and behavioral needs of our students. The PACK period meets every day after lunch. Students can meet with their teachers for remediation, support, makeup, assessment preparation as well as work on special projects. Students in Band, Choir, and Orchestra will also utilize PACK as an opportunity for rehearsals and work small group lessons. Counselors and Case Managers meet with students individually and in small

groups to assist students during PACK. Weekly students engage in lessons from Character Strong. The adopted curriculum by the district for Social Emotional Learning.

**Program Patterns**

On the next three pages, you will find charts showing **sample** program offerings in each of the three grade levels. The course descriptions that follow on the succeeding pages will assist you in making decisions about your child's program.

| Grade 6 | |
|---|---|
| **1** | Language Arts |
| **2** | Math |
| **3** | Social Studies |
| **4** | Science |
| **LUNCH** | **LUNCH/ RECESS** |
| **Flex** | Flex- PACK |
| **5** | World Language (Spanish, German, or French) |
| **6** | Physical Education and Health |
| **7** | One Semester-Music ( Band, Orchestra, Choir, or Music Exploratory)<br>One Marking Period- Art<br>One Marking Period - STEM |
| **8** | Core Literacy Rotation |

**World Languages:** Choose one from French, German or Spanish **The middle school language program is designed for new learners of a language; students who already speak one of our language options will study a different language in middle school. In high school, students will have an opportunity to continue studying the language they studied in middle school, begin studying a new language, or take a placement test and take an appropriate course for a language that they already speak.

**Music Ensemble**: Semester Class- Choose from Band, Orchestra, Choir. When not in an ensemble class, students will participate in required, graded, small-group lessons and assignments to continue to develop their music skills. Report card grades will be given for all four marking periods.

PREREQUISITES:
*Only students who currently participate in more than one ensemble will be able to continue in a double ensemble in 6th grade.

*Students who wish to participate in either band or orchestra, must have instrumental ensemble experience in 5th grade.

**General Music**: Semester - Music Exploratory 6
Students who are not in a music ensemble will take a semester of Music Exploratory. Students who wish to learn a band or orchestra instrument as beginners, should also enroll in Music Exploratory instead of Band or Orchestra.

**Art**: Marking Period - Art 6

**Pre-Engineering**: Marking Period - Introduction to STEM

| Grade 7 | |
|---|---|
| **1** | Language Arts |
| **2** | Math |
| **3** | Social Studies |
| **4** | Science |
| **LUNCH** | **LUNCH/ RECESS** |
| **Flex** | **Flex- PACK** |
| **5** | World Language |
| **6** | Music or Two Semesters of Electives |
| **7** | Physical Education and Health |
| **8** | One Semester - Core Literacy<br>One Semester - Elective |

**Elective areas**
All music courses are offered for a full year. Students selecting a year-long music option will also select **ONE** elective.

Music options are as follows. Students may choose to participate in two ensembles.

Band
Orchestra
Choir

Students who decide not to participate in a music course will have the opportunity to select **THREE** Electives from the following list:

Art 7
Creative Design
Multimedia Tech 1
Introduction to Theater
PLTW-Medical Detectives
Introduction to Dance

*See course descriptions for specific details on elective courses.*

| Grade 8 | |
|---|---|
| **1** | Language Arts |
| **2** | Math |
| **3** | Social Studies |
| **4** | Science |
| **LUNCH** | **LUNCH/ RECESS** |
| **Flex** | **Flex- PACK** |
| **5** | World Languages |
| **6** | Music or Two Semesters of Electives |
| **7** | Physical Education and Health |
| **8** | One Semester- Core Literacy<br>One Semester- Elective |

**Elective areas**

All music courses are offered for a full year. Students selecting a year-long music option will also select **ONE** elective.

Music options are as follows. Students may choose to participate in two ensembles.

Band
Orchestra
Choir

The following courses are also year-long courses. Students selecting to take a full-year course will only be able to choose **ONE** additional elective.

Advanced Art 8 (Recommendation Only)
Introduction to Engineering Design * Must meet the math requirement

Students who decide not to participate in a music course will have the opportunity to select **THREE** Electives from the following list:

Art 8
Creative Design
Multimedia Tech 2
Introduction to Theater
Introduction to Dance
Theater Workshop
Energy & the Environment/ Flight & Space

*See course descriptions for specific details on elective courses.*

## COURSE DESCRIPTIONS

### *WORLD LANGUAGES*

At the middle school level, our World Language classes are designed to be engaging, interactive, and relevant. Our goals are to help students communicate with people from diverse cultures and grow as global citizens who can speak, read, and write in a new language.

The middle school language program is designed for **new learners** of a language; students who already speak one of our language options will study a different language in middle school. In high school, students will have an opportunity to continue studying the language they studied in middle school, begin studying a new language, or take a placement test and take an appropriate course for a language that they already speak

In the sixth grade, students may choose to continue with Spanish or select French or German. In seventh and eighth grades, students continue with their chosen language and classes meet daily. To maximize proficiency and meet state standards, student language choice is a three-year commitment at the middle school level.

**FRENCH 6, GERMAN 6, SPANISH 6**
Students are introduced to the three modes of communicative language: interpretive, interpersonal, and presentational, as well as the culture related to the target language. Emphasis is placed on developing listening comprehension skills and pronunciation to gain confidence when communicating in the target language. Organizational skills that are necessary for successful language acquisition are also emphasized.

***FRENCH 7, GERMAN 7, SPANISH 7***
As students continue their chosen language, they start to be able to say and write more of their own thoughts. A general understanding of the language's culture is cultivated through reading, class discussion, and research. Basic grammatical structures and idioms are studied. Emphasis is placed on the three modes of communicative language: interpretive, interpersonal, and presentational.

***FRENCH 8, GERMAN 8, SPANISH 8***

Continuing in the same language, students encounter and learn the more complex speech patterns through targeted practice and class conversations in the target language. Increased emphasis is placed on reading and writing. The class is conducted primarily in the target language. Cultural insights are gained through reading and class discussions.

### *SPANISH FOR NEWCOMERS*

This entry-level course is designed for students new to our district who have not previously studied a World Language.

## *LANGUAGE ARTS*

The Language Arts curriculum in grades six through eight is guided by the New Jersey Student Learning Standards and uses the Readers' and Writers' Workshop model to deliver instruction. The primary goals of a workshop model are for the authentic development of students' reading, writing, speaking, and listening skills in order to prepare them for the challenges and opportunities of the 21st Century.

The workshop is a philosophy of instruction that provides students with opportunities to know and understand text and write for "real-world" purposes. Tenets of the workshop model include an understanding that reading and writing are complex and highly social activities, time in school to practice the crafts of reading and writing is essential, students should have ample opportunities to select their own books and writing topics, and the study of many genres is essential in assisting students to make the reading-writing connection. Following the reading workshop curriculum, students will read independently, in small guided reading groups, and as members of book clubs as they hone their skills as readers. During the Writing Workshop, students write for a variety of purposes and are guided to develop their writing abilities through whole-group and small-group instruction, as well as through individual conferences with teachers.

The Language Arts curriculum is organized into units of study. Woven throughout these units are areas of direct instruction that include the application of reading and writing strategies, the study and application of vocabulary and grammar, as well as opportunities for discussion to enhance understanding.

**Description Adapted from TCRWP**

### *LANGUAGE ARTS 6*

This program uses high-quality reading selections to read literature and nonfiction texts within the following themes: understanding character, self-awareness, and social issues. Students are also assigned independent reading as a part of the program. Both oral and written communication skills are carefully developed throughout the year. Indeed, writing is central to this course; students are encouraged to write frequently about individual experiences and areas of interest, as well as topics studied across the curriculum. The primary writing modalities are narrative, informational, and argument. Grammar, spelling, usage, and style activities play an important role in developing students' language abilities.

### *LANGUAGE ARTS 7*

The seventh-grade language arts curriculum is designed to reinforce and enhance important reading skills through the analysis of both classic and contemporary literature. Many of the selections deal with the theme of identity formation and/or are related to cultural diversity,

and highlighted genres include historical, dystopian, and science fiction. Students are also given opportunities to choose novels with interdisciplinary connections for independent and small group work throughout the year. Strengthening writing skills is a primary goal of this course. Students will use the writing process to produce clear, concise, well-organized, and mechanically correct pieces in a variety of genres, including narrative, informational, and argument writing. Spelling, grammar, and oral communication are integrated into the writing instruction throughout the year.

***LANGUAGE ARTS 8***

The eighth-grade language arts program continues to refine and develop reading and writing skills acquired in earlier grades. Core literature includes short stories, literary nonfiction, critical literacy, and drama. Students will complete several long-term reading and writing projects. Writing is a major focus in the course, and students will be required to write frequently in a variety of formats. Emphasis is placed on organization, clarity of expression, sentence structure, and mechanics. Students will utilize all stages of the writing process in their compositions. Spelling, vocabulary, speaking, and listening skills continue to be studied.

***HONORS LANGUAGE ARTS 8***

The eighth-grade honors English program is designed to enhance the advanced reading and writing ability of students with exceptional interest in the language arts. The course offers a selection of classical and contemporary readings in genres including novels, drama, literary nonfiction, and poetry. Several units have been designed to promote interdisciplinary connections, an appreciation of multicultural diversity, and opportunities for student choice. Students will read core selections as a whole class and will choose additional selections for independent or small-group study.

The development of writing skills and an understanding of the English language are of primary importance in this course. Writing projects will include narrative, information, and argument pieces, with an emphasis on the writing process. Vocabulary, spelling, speaking, and listening skills are also stressed throughout the year. Students are expected to maintain an 85% average to remain in the program.

**Prerequisite:** The placement criteria consist of multiple measures ranging from grade average, placement assessment, and teacher recommendation. An additional writing assessment may be required.

***INTEGRATED LANGUAGE ARTS for Grades 6, 7, and 8***

The Integrated Language Arts (ILA) program is designed to improve the reading and/or writing skills of students who have been identified using multiple measures as needing additional support. The ILA class will meet during the core literacy class period (different from the Language Arts period) and will mirror the skills taught in the literacy class(es) while also providing students with additional practice and reinforcement in targeted skills specific to the students' needs. Students will have access to the ILA class for 2 marking periods per year. The eligibility for this course is determined through multiple measures including class performance, teacher recommendations, and standardized benchmark assessments.

**MATHEMATICS 6**

This grade-level course in mathematics encourages students to go beyond arithmetic--to explore more of the mathematics spectrum by investigating data gathering and analysis, probability, geometry, patterns, and algebra. Hands-on activities help students expand their mathematical thinking and problem-solving skills into other areas of the curriculum. This program builds on the base developed in the K-5 mathematics program. Students are expected to use current technology; scientific calculators are a required supply.

**Prerequisite:** Completion of Fifth Grade Mathematics

**PRE-ALGEBRA**

This sixth-grade course is the first in the content-based mathematics course sequence. It provides a smooth path from arithmetic to algebra and geometry. Reading and problem-solving are emphasized throughout the course. Each arithmetic operation is studied in detail for its application to real-world problems. Students are expected to use current technology; scientific calculators are a required supply. The instructional format is designed to maximize the acquisition of both skills and concepts. This course is for advanced students with an expectation for the student to demonstrate a strong interest in exploring mathematics and seeing challenging tasks through to completion. Students are expected to maintain an average of 85% to continue in this accelerated program.

**Prerequisite**: Qualification for Pre-Algebra will be based on criteria including: pre-algebra readiness assessment, 5th-grade end-of-year diagnostic assessment, teacher recommendation, and NJSLA Math 5*.

*Students who score in the exceeding expectations range on the NJSLA Math 5 but have not otherwise met the listed requirements will have their placement reexamined. The waiver process does not apply to rising 6th-grade students.

**MATHEMATICS 7: INTRODUCTION TO DATA ANALYSIS & ALGEBRAIC CONCEPTS**

This seventh-grade course helps students develop an understanding of important concepts, skills, procedures, and ways of thinking and reasoning in number, geometry, measurement, algebra, probability, and statistics. Course topics include: applying proportional relationships, exploring operations with rational numbers and working with linear equations, solving problems using scale drawings, geometric constructions, and formulas such as area and volume, and drawing inferences about populations based on samples. Successful completion of this course will prepare a student for studying Algebra, culminating in freshman year.

**Prerequisite:** Passing grade in Mathematics 6

**ALGEBRA PART A**

This course is the first in a two-course sequence of the study of algebra. This course is open to eligible 7th graders. Course topics will focus on algebraic properties, solving systems of

equations, exploring relationships between geometric figures, making inferences about populations and evaluating mathematical models, and analyzing proportional relationships. Students will make use of current technology including scientific calculators. The instructional format is designed to maximize the acquisition of both skills and concepts. Successful completion of Algebra Part A and Algebra Part B will prepare a student for the study of geometry and a program leading to calculus and/or statistics. Students in this class should have a firm understanding of rational number operations, solving equations, and operations with integers.

**Prerequisite:** less than 90% overall in Pre-Algebra or at least 90% overall in Math 6.
Students entering 7th grade who fall below the prescribed grade listed above may apply for a waiver from the department supervisor by June 1 to be admitted into this course. Waivers will only be accepted if students have earned at least an 87% in the prerequisite course as stated in the course description.

**ALGEBRA 7**

This program is a one-year algebra course. This course is for advanced students with an expectation for the student to demonstrate a strong interest in exploring mathematics and seeing challenging tasks through to completion. Course topics include algebraic properties, formula function notation, concepts of slope, solving linear equations, solving systems of equations, manipulating algebraic equations, factoring, quadratic functions, absolute value functions and describing real-world situations with algebraic models. Reading and problem-solving are emphasized and real-life situations are used to enhance algebraic ideas. Students will make use of current technology including scientific calculators. The instructional format is designed to maximize the acquisition of both skills and concepts. Successful completion of this course will prepare a student for the study of geometry and a program leading to calculus and/or statistics.

**Prerequisite:** Students must have a 90% overall average in Pre-Algebra.
Students entering 7th grade who fall below the prescribed grade listed above, may apply for a waiver from the department supervisor by May 1 to be admitted into this course.Waivers will only be accepted if students have earned at least an 87% in the prerequisite course as stated in the course description.

**MATHEMATICS 8: FOUNDATIONS OF ALGEBRAIC CONCEPTS**

This eighth-grade course helps students develop the foundational algebraic content that is necessary to be successful in Algebra 1. Topics include manipulating algebraic equations, exploring transformations and geometric figures, analyzing angles and triangles, graphing and writing linear equations, solving systems of linear equations, identifying functions, and computing with rational and irrational numbers, and exponents. Incorporation of mathematical practices will be included throughout each unit of study.

**Prerequisite:** Passing grade in Mathematics 7: Introduction to Data Analysis

**ALGEBRA PART B**

This course is the second in a two-course sequence of study of Algebra. Course topics will focus on manipulating algebraic equations, linear functions, systems of linear and nonlinear functions, exponents, exponential functions, factoring, quadratic functions, absolute value

functions, and describing real-world situations with algebraic models. Students will make use of current technology including scientific calculators. The instructional format is designed to maximize the acquisition of both skills and concepts.

**Prerequisite:** Passing grade in Algebra Part A.

**GEOMETRY 8**
This course is for advanced students with an expectation for the student to demonstrate a strong interest in exploring mathematics and seeing challenging tasks through to completion. The study of geometry includes points, lines, planes, the properties of lines in a plane, triangles and their congruence, circles, spheres, quadrilaterals, the similarity of polygons, characterizations of sets and construction, transformational geometry, and plane coordinate geometry. Proofs of geometric theorems and an introduction to the principles of formal logic will be presented. Trigonometric ratios and right triangle trigonometry will be introduced and evaluated in relation to the properties of similar triangles. The topics in this course will be investigated in greater depth and at a more rigorous pace. There is an additional emphasis on analytic reasoning, proof of theorems, and constructions.

**Prerequisite:** Passing grade in Algebra 7.

**MATH WORKSHOP 6/7/8**
It aims to enhance the math skills and closing skill gaps of students who have not yet achieved grade-level proficiency. The program's objective is to equip students with the necessary skills and strategies to perform at grade level. Recognizing individual learning differences, it seeks to foster both competence and confidence in each student.The eligibility for this course is made by the district based on multiple standardized test scores and other entrance criteria. This course will be taken concurrently with the student's other mathematics course. Students enrolled in Math Workshop will take this course in lieu of Core Literacy.

***SCIENCE***

**SCIENCE 6**
The sixth-grade science program focuses on the science and engineering processes through the investigation of topics in Earth Science. Students will investigate the Earth's systems to determine how the movement of plates has shaped the structure of the Earth over the course of time. Through exploration and comparison of weather and climate, students will explore

the factors that cause changes in the weather of specific locations and identify causes of global climate change. Students will explore the multiple impacts that human activity is having on our planet, and real-world solutions to provide mitigation. Within each topic, current advancements in science and technology are incorporated through current science news and career exploration, which enable the student to see the relationship between the classroom and the world outside the classroom.

**SCIENCE 7**

The seventh-grade science program introduces students to the fundamental concepts of biology and the natural world. Students will explore topics such as the structure and function of cells, genetics, evolution, ecosystems, and the diversity of life. Through hands-on investigations, collaborative projects, and critical thinking activities, students will deepen their understanding of how living systems interact and adapt to their environments. The course emphasizes scientific inquiry, problem-solving, and real-world applications to prepare students for future scientific studies.

**SCIENCE 8**

The eighth-grade science program introduces the general principles of physics and chemistry. This course will help students see that there are cause and effect mechanisms throughout all systems and processes that are explained through a common set of chemical and physical properties. Units of study include matter and its interaction, forces, energy, and waves. Throughout the various units, scientific practices such as analyzing and interpreting data, planning and carrying out investigations, and developing models will consistently be interwoven.

## ***SOCIAL STUDIES***

***GRADE 6: ANCIENT CIVILIZATIONS AND GEOGRAPHY***

The social studies program for grades six introduces students to the study of the history, culture, and geography of ancient civilizations.

Our students today are living in an increasingly interdependent and diverse world and it is here in the middle grades that students are especially open and receptive to the study of people and cultures that are different from themselves. The 6th-grade program seeks to enable students to follow with interest the origin and development of major Western and non-

Western civilizations. The program begins with developing students' knowledge of geography and culture. Students continue the study of early humans and cultures, the rise of ancient river civilizations, and emerging empires.

A sound world cultures and geography course provides the perspectives, information, concepts, and skills for students to understand themselves, their relationship to the Earth, and their interdependence with other peoples of the world. The 6th-grade social studies curriculum looks to enhance our students' ability to enter and live in an interdependent and diverse world.

***GRADE 7: WORLD CULTURES AND GEOGRAPHY***

The social studies program for grades seven introduces students to the study of culture, geography and history of the transitional periods of the Middle Ages in Europe, Africa, Latin America, and Asia.

Our students today are living in an increasingly interdependent and diverse world, and it is here in the middle grades that students are especially open and receptive to the study of people and cultures that are different from themselves. The program seeks to enable students to follow with interest the origin and development of major Western and non-Western civilizations in the medieval time period focusing on the perspectives, information, concepts, and skills for students to understand themselves, with other peoples of the world from past to present. The 7th grade social studies curriculum looks to enhance our students' ability to enter and live in an interdependent and diverse world by acknowledging and appreciating the differences of all peoples.

***GRADE 8: CIVICS & UNITED STATES HISTORY 1***

The eighth grade social studies course seeks to develop a student's understanding of their nation's history and the foundations and principles of democracy and our republic. Students will journey from the past to the present through the study of five units including one semester of civics and a study of the nation's Constituion. The essential questions and enduring understandings explored in each theme are rooted in the New Jersey Core Content Standards for Social Studies.

The five units include Civics, Expansion and Reform, A Divided Nation, Reconstruction, & Economics. In addition, during the spring of the 2025-26 school year, students will research primary and secondary sources to learn the history of an enslaved individual in the Hopewell Valley Region through the framework of the Witness Stones Project curriculum.

## ***SPECIAL EDUCATION***

The special education department is staffed by fully certified special education teachers. The various programs are designed to meet the unique needs of our students. In order to qualify for any of these services, students must be tested and approved by the Child Study Team following prescribed procedures. Guidelines are also in place restricting class size in order to maximize the opportunities for individualized or small-group instruction. Parents who believe that their youngster is having learning difficulties are encouraged to contact their child's teachers. A student would then possibly be referred to the Intervention and Referral Services Team (I&RS) for further discussion and intervention. If the I&RS Team intervention has not been successful, then a Child Study Team evaluation may be pursued. Under no circumstances will a student be placed in any of the special education programs before the district has notified parents and followed the prescribed procedures.

Related services such as speech and physical therapy are provided as needed. At present our special education program at Timberlane includes:

***COLLABORATIVE PROGRAMS***

The Collaborative programs for language arts, social studies, science, and math have been developed to provide greater integration for classified students. There is a collaborative relationship between a special education and general education teacher in a larger class setting.

***RESOURCE PROGRAMS***

Resource replacement programs for language arts, social studies, science, and math have been developed to provide small-group instruction for classified students. Goals and objectives of the IEP that correspond to the core curriculum standards provide the framework for each of the instructional programs.

***RESOURCE CORE LITERACY/ LEARNING SKILLS***

This is a special education class facilitated by a special education teacher, where class size does not exceed 12. The course will incorporate modified curricula of the grade level literacy courses (please see other proposals for specific details) while implicitly teaching executive functions skills, including: critical thinking, time management, information literacy, motivation, and goal setting, learning styles, taking notes and listening effectively, reviewing notes outside of class, reading, memory, test preparation, performance, civility, and choices.

***RESOURCE PROGRAM PRACTICAL ACADEMIC LEARNING***

This program is designed specifically to assist students whose learning needs require skill-based learning. The program is based on multi-modal instruction along with an emphasis on acquisition of the skills that are taught. Instruction is individualized based on the needs of the student. The focus is on the practical application of language arts/reading, social studies, math, and science. This program highlights the importance of learning life skills along with social skills and will help students generalize their skills to real-world situations.

***Resource Program Emotional Regulation***

This course is designed to help middle school students understand and manage their emotions, build healthy relationships, and navigate social situations with confidence. Through engaging lessons, activities, and discussions, students will learn practical strategies to recognize their emotions, cope with stress, and develop self-awareness. The class will also focus on improving communication, conflict resolution, and decision-making skills, equipping students with the tools they need to succeed in both academic and social settings. Our goal is to foster a supportive environment where students can practice emotional regulation techniques and strengthen their social skills in a positive and collaborative atmosphere.

***RESOURCE PROGRAM LANGUAGE LEARNING DISABILITY***

This program presents the New Jersey Core Curriculum to all students through individualized and specialized instructional strategies with an emphasis on language-based instruction. Students benefit from individualized and small-group instruction selected to correlate to the continuum of New Jersey Core Curriculum Standards, and are aligned with the academic performance level of the individual students. Speech/Language Specialist provides individual and small group instruction and infuses language development activities and application of language skills throughout the curriculum. Additional support is provided by classroom paraprofessionals. A class-wide positive behavioral system is an integral part of the program, and the development of social skills and interpersonal skills is addressed.

Individual consideration is given to each student for maximum core participation in the regular education environment as deemed appropriate for academic or social enhancement.

## *WELLNESS*

### PHYSICAL EDUCATION

Students are required to take Physical Education each year at Timberlane. The focus is to increase physical fitness through the development of skills for individual, team, and lifetime wellness. Strategy, safety, and sportsmanship are stressed. The concept of lifelong wellness and goal setting are the core ideas of the program. Units include, but not limited to badminton, basketball, volleyball, speedball, team building, fitness room - CrossFit, and Tchoukball. Locations for instruction include three gyms, a fitness room, a climbing wall, tennis courts, low ropes team-building course, and outdoor track and expansive fields.

### *HEALTH EDUCATION*

Students are required to take Health Education each year at Timberlane. The program will be progressive, building on concepts learned from the previous year. Health Education and Physical Education will work together to promote the overall goal of personal wellness.

The following units will be covered: the Wellness Triangle, effective communication, drugs, alcohol and tobacco (including drug classifications and the stages of addiction), personality, mental health, physiology (including the respiratory system, cardiovascular system, muscular system, skeletal system, nervous system, endocrine system, excretory system, and the digestive system), personal health and nutrition, diseases (including Lyme disease), and Human Growth & Development (including the male and female reproductive system, sexually transmitted diseases, and HIV/AIDS education).

## *LITERACY COURSES*

### *GRADE 6*

**Core Literacy Rotation (One Marking Period Each)**

In this yearlong course, students will rotate through four unique, subject-specific classes created to enrich the 6th-grade curriculum while embedding the exploration and application of various literacy skills. Each marking period, students will engage in subject-specific activities to develop the following skills:

- Financial literacy
- Argumentation and persuasive writing
- Analytical literacy through claims, evidence, and reasoning
- Cultural literacy
- Digital literacy

### *GRADE 7*

**Core Literacy- Digital and Media Literacy Courses (One Semester)**

In this semester course, students will rotate through three unique, subject-specific classes created to enrich the 7th-grade curriculum while embedding the exploration and application of digital and media literacy skills. Through the subject-specific activities, students will strengthen their ability to:

- ❖ Develop integrity in the use of information and ideas
- ❖ Find diverse and appropriate sources of information
- ❖ Evaluate primary and secondary sources for accuracy and intent
- ❖ Analyze primary and secondary sources
- ❖ Develop research and presentation skills

### *GRADE 8*

**Core Literacy- Capstone Project (One Semester)**

The 8th-grade capstone research project represents a culmination of core literacy skills that were learned in previous grades, with a particular emphasis on civic engagement. Students will have the opportunity to choose from interest areas based on subjects that align with content areas and district initiatives, including diversity/equity/inclusion, environmental issues, mental health, and social-emotional well-being. Over the course of 66 class periods (1 semester), students will complete the "Inform," "Act," and "Present" components listed below.

Adapted from the **iCivics** framework **"Civic Action and Change"**

**Inform**: Educate yourself and others
➔ Choose a category from the list that your problem fits in.
➔ State what the specific problem within the category is.
➔ Explain the causes of this problem.
➔ Provide research that highlights attempts made to address the problem and the results of those attempts
➔ Describe a vision for a community-level solution

**Act:** Which action steps can you take to address this issue?
➔ What are the most important facts that people need to know about the issue?
➔ What ways can you connect the issue to the community?
➔ What can the community do to make a change?

**Present:** What message do you need to get out about this problem to bring about change?
➔ Who needs to hear this message?
➔ How will you get this message to those who need to hear it?
➔ How can you reach the ethos, logos, and pathos of the community to implore them to make a change?

### *EXPLORATORY / ELECTIVE COURSES*

The courses listed below from the departments representing visual/performing and practical arts and technology education are part of a sequence designed to allow students to share

basic experiences and then make choices among a group of offerings that appeal to their interests.

**Exceptionally Abled Elective (90 days)**
The Exceptional Abled (EA) Program provides differentiated instruction designed to assist students identified as exceptionally able in elementary school. EA is offered as an elective course in sixth, seventh, and eighth grades, as not to interfere with core academic classes. Through project-based learning, students will explore a variety of topics relevant to real-world situations, challenging them to use higher-order thinking, while working collaboratively with peers. Students in 6th grade will be asked to give up either art and PLTW or Music to participate in EA.

***GRADE 6***

**Band, Choir, or Orchestra (One Semester)**
These performing groups will meet for a total of 90 days. While most students may choose one performing group, those with background in multiple ensembles in elementary school may select up to two. Music is varied in the groups to give the students a comprehensive, well-balanced experience. During semesters when students are not scheduled for ensemble, they will be scheduled for required small-group lessons and assignments on a rotational basis during the school day to ensure continued development.

**Music Exploratory (One Semester)**
Music Exploration will expose students to the history of music while encouraging creativity in music through the use of a variety of methods. Students are exposed to performance, composition, active listening, and individual musical expression to encourage an expanded understanding of a variety of musical genres.

**Art 6 (One Marking Period)**
Making art is one of the most accessible and enjoyable ways to sharpen powers of perception, build hand skills, and express yourself. An introduction to the creative process, this course provides students with opportunities to improve craftsmanship and creative thinking while becoming familiar with tools and materials in a middle school art studio. Through two-dimensional and three-dimensional artmaking, students will connect with each other and improve fluency in drawing and design.

**Introduction to STEM 6 (One Marking Period)**
This course is designed to provide students with a diverse learning experience that incorporates hands-on problem-based learning projects that provide students the opportunity to creatively problem-solve, communicate and collaborate while learning the Engineering Design Process within the STEM (Science, Technology, Engineering, and Math) model. Students will use TinkerCad modeling software as part of the design process. Students will brainstorm, research, develop ideas, document, create models, test and evaluate design ideas, and communicate solutions. Digital formats include investigating the Google Suite.

***GRADE 7***

**Band, Choir, or Orchestra 7 (Full Year Course)**

These performing groups will meet throughout the year. Students may choose one or two performing groups. Music is varied in the groups to give the students a comprehensive, well-balanced experience. Students are graded based on their performance in small group lessons and their role within the ensemble.

**Intro to Dance (One Semester)**

It's time to get up and move! The *Intro to Dance* class is a movement-based experience for students of all ability and experience levels. We will explore all of the amazing ways your body can move - everything from bending your knees to jumping through the air is fair game! The class will look at dance as a part of our culture (yes, that includes TikTok) and find out what dance looks like around the world. Finally, we will learn what goes into making a dance and have a chance to make and perform some of our own. If you're ready to get up from your desk, there is a spot for you in dance class!

**Art 7 (One Semester)**

This course for students of all abilities provides a foundation in drawing, two-dimensional design, and sculpture. Students will explore the Elements of Art and Principles of Design through a variety of media, using visual art strategies to exercise their imaginations, observe their world, and reflect on their experiences. Through skill-building exercises, collaborative and personal work, artists will learn creative processes that can be applied across disciplines. There are no prerequisites for this course.

**Creative Design 7 (One Semester)**

This course explores the connectivity and impact of the arts in everyday life. Utilizing earth friendly materials and practices, students will complete a series of creative and utilitarian projects exploring ceramic, fiber, jewelry arts, and Industrial Design.

**Multimedia Tech 1: Collaborating in the Digital Age (One Semester)**

This project-based learning class will encourage students to critically think and collaborate to produce a variety of real-life products. Students will use technology to create a portfolio of multimedia projects. The portfolio will demonstrate mastery of website development, product design, digital campaigns, and a level of community engagement. Students will also discuss and research the real life challenges and issues, such as digital privacy, social media impact, and artificial intelligence, to develop their media literacy skills. Students who complete this course will be ready to engage and participate in the always changing digital landscape of the 21st century.

**Introduction to Theater (One Semester)**

This course is provided for the student who desires a beginner's learning experience in Theater Arts. During the semester the student will focus on techniques that build skills in improvisation, movement, script writing,theatrical staging, and vocal production. The student will be able to incorporate this knowledge into monologues, scenes, character development and storytelling.

**PLTW - Gateway to Technology 7: Medical Detectives (One Semester)**
Become medical detectives and solve medical mysteries! Apply experimental design, creative thinking, and problem-solving to investigate the inner-workings of the human body, diagnose disease, and improve human health. In the new Medical Detectives unit, students play the role of real-life medical detectives as they collect and analyze medical data to diagnose disease. They solve medical mysteries through hands-on projects and labs, measure and interpret vital signs, dissect a sheep brain, investigate disease outbreaks, and explore how a breakdown within the human body can lead to dysfunction.

***GRADE 8***

**Band, Choir, or Orchestra 8 (Full Year)**
These performing groups will meet throughout the year. Students may choose one or two performing groups. Music is varied in the groups to give the students a comprehensive, well-balanced experience. Students are graded based on their performance in small group lessons and their role within the ensemble.

**Art 8 (One Semester)**
Students will explore the Elements of Art and Principles of Design through a variety of two- and three-dimensional investigations into line, shape, color, value, form, texture, and space. Through the creative process, students will improve their communication skills and powers of observation using visual language to express ideas, explore their identities, and connect with each other. Through self-reflection and collaboration, artists will begin to develop their creative voice. There are no prerequisites for this course.

**Advanced Art 8 (full year -portfolio review or recommendation from teacher)**
Designed for self-disciplined artists with a passion for artmaking, this year-long course provides a foundation in self-expression through visual language, drawing and design. In a supportive art studio setting, students sharpen powers of perception and invention while developing craftsmanship and fluency in visual strategy and technique. Students connect and reflect through explorations into drawing, painting, printmaking and design, while preparing for further study in the visual arts.

**Creative Design 8 (One Semester)**
This course is a deeper dive into the art of jewelry making, ceramics, weaving, paper making, and fiber art. Another focus will be the important role foods play in building community and developing cultural awareness. (Students do not need to take CD7 to enroll in CD-8)

**Multimedia Tech 2: Designing Impactful Multimedia Projects (One Semester)**
This course will build off the foundations of Multimedia Tech 1 (that course is not a prerequisite) to dive deeper into their individual interest. Students will continue to develop essential 21st century skills of collaboration and critical thinking to develop a project that reflects their own personal passions and interests. Students will use technology to create a portfolio that demonstrates the ability to tackle a real world scenario. The portfolio will showcase a mix of their digital skills and also a deeper understanding of their media literacy, showing they are able to navigate the dynamics of today's digital landscape.

**Introduction to Theater (One Semester)**
This course is provided for the student who desires a beginner's learning experience in theatre arts. During the semester the student will focus on drama techniques that build skills in improvisation, movement, script writing, blocking, and vocal production. The student will be able to incorporate this knowledge into monologues, scenes, skits, and camera work.

**Intro to Dance (One Semester)**
It's time to get up and move! The *Intro to Dance* class is a movement-based experience for students of all abilities and experience levels. We will explore all of the amazing ways your body can move - everything from bending your knees to jumping through the air is fair game! The class will look at dance as a part of our culture (yes, that includes TikTok) and find out what dance looks like around the world. Finally, we will learn what goes into making a dance and have a chance to make and perform some of our own. If you're ready to get up from your desk, there is a spot for you in dance class!

**Theater Workshop (One Semester)**
This course is designed for the student who has successfully completed Introduction to Theater Arts and wishes to build upon and expand their knowledge of theatre. The student will learn more advanced techniques in movement, blocking, character development, improvisation, and will also explore the tech and design elements of theatre. They will apply their skills into their performances of monologues, scenes, script writing, and design presentations.
**Prerequisite: Successful completion of Introduction to Theater**

**PLTW Energy and the Environment 8 ( One Semester)**
STEM (science, technology, engineering, and math) elective course which focuses on students developing and testing hypotheses that focus on evaluating energy from a climate change perspective. Students will have the opportunity to design and model energy sources as well as to evaluate the impact of these sources on the environment. Project based learning experiences will enhance the student understanding using the engineering design process to understand energy at a community, state and national level.

**PLTW - Introduction to Engineering Design (Full-year)**
Introduction to Engineering Design (IED) is a high school-level course, offered as an honors elective. IED is appropriate for students who are interested in design and engineering. The major focus of the IED course is to expose students to the design process, research and analysis, teamwork, communication methods, global and human impacts, engineering standards, and technical documentation. IED gives students the opportunity to develop skills and understanding of course concepts through activity-, project-, and problem-based (APPB) learning. Students use powerful computer hardware and software (AutoDesk Inventor, OnShape) to develop 3D models or solid renderings of objects. Using CAD systems, students create, analyze, render, and produce models. The techniques learned, and equipment used, are state of the art and are currently being used by engineers throughout the United States. This course is part of the STEM offerings at Central High School. This hands-on, high school level course fulfills the prerequisite for further engineering courses at the high school. Waivers will be unavailable for all PLTW courses.
**Prerequisite: Successful completion of Algebra 1.**

***Academic Advancement at Timberlane Middle School***

Students entering 7th grade who do not meet course eligibility requirements, can request a waiver from the department supervisor. Students are allowed one waiver during their time at TMS regardless of the content area. Waivers will only be accepted if students have taken the pre-requisite course as stated in the course descriptions. Waivers will be unavailable for all PLTW courses. The waiver must be returned to the department supervisor by June 1, 2024. This does not apply to rising 6th-grade students. Option 2 is not available at the middle school.

When it appears that a student may fail a course for the year, the administration will notify the parents in writing by the mid-point of the third marking period. In all cases where a short term or long-term academic deficiency is discovered, parents will be notified informally through telephone or personal conferences, and formally through the progress report system. In the case of an 8th grade student who has failed two or more core subjects (math, science, language arts, social studies) the question of advancement to the high school will be considered by the middle school principal and guidance office, as well as the high school administration, teachers and guidance personnel.

Individualized standards for classified students will be in accordance with the rules and regulations contained in the New Jersey Administrative Code for Special Education.

## Support Services

***Counseling Services***

School counselors are available to assist students with their academic, social-emotional, career, and life skills development. This is done individually, in small group settings, and classroom instruction. School counselors are assigned by grade level and work in close conjunction with the academic teams, special area teachers, administration, and the child study team. Students may be referred to the school counselors by parents, teachers, administrators, peers, and self.

***Health Services***

School health services program goals are designed to identify health problems and needs of pupils, assist pupils to become increasingly responsible for their own health, promote the optimal level of health for pupils, provide health counseling for pupils, maintain liaison with primary health care providers, and promote environmental safety and health within the school.

***Library and Media Services***

The two key concepts guiding the library program at Timberlane are appropriate development of research skills and reading enhancement. Library instruction on specific topics is given throughout the year in conjunction with class assignments, adapted to subject matter and group needs. Library skills are reinforced and developed through a series of coordinated research projects in many different departments. These projects are designed to give students adequate experience doing research in general as well as using a variety of specific research tools, including on-line technology. Further individual assignments are flexible and left to the discretion of the classroom teacher. Whatever the assignment, the media specialist incorporates appropriate research skills. The media specialist also introduces students to books and authors suitable for middle school

students, and provides reading lists and reading materials for supplementary reading, book reports, and classroom assignments.

**Multilingual Learner Program Services**
When a student with limited English proficiency enters Hopewell Valley Regional School District, he or she is given a standardized test to determine his/her/their proficiency in English. The results of this testing determine eligibility for the Multilingual Learner Program and the level of English language services. The Multilingual Learner program includes sheltered instruction in content areas and pull-out classes.

***Interscholastic Athletic Program***

| FALL | | WINTER | | SPRING | |
|---|---|---|---|---|---|
| Soccer (boys) | 7-8 | Basketball (boys) | 7-8 | Baseball | 7-8 |
| Soccer (girls) | 7-8 | Basketball (girls) | 7-8 | Lacrosse (boys) | 7-8 |
| Field Hockey | 6-8 | Wrestling | 6-8 | Lacrosse (girls) | 7-8 |
| Cross Country (coed) | 6-8 | Cheerleading | 6-8 | Softball | 6-8 |
| Volleyball (girls) | 6-8 | | | Track (coed) | 6-8 |

***School Clubs and Activities***

| | |
|---|---|
| Makers Club | Chess Club |
| Builders Club | Math Olympiad |
| Jazz Band | Timberlane Musical |
| Yearbook | Technology |
| Art | Green Team |
| Coding | Creative Writing |

***Special Activities***

***Social Emotional Learning***
Social Emotional Learning is practiced each week at Timberlane Middle School, during Pack. Using the Casel framework, and the Character Strong Curriculum, our students engage in activities to develop skills for self-awareness, build positive relationships, practice making sound, responsible decisions and learn self-management. We work as a school community to create expectations for behavior in the beginning of the school year as students define our school as a place that is accepting and safe. A place that is filled with respectful and responsible students. Throughout the school year, our students are given the opportunity to demonstrate the ability to prevent and resolve interpersonal conflicts, by working with peers to review scenarios and discuss the appropriate way to respond to a variety of social situations.

Student Council
The Student Council is a group of elected students who are chosen to represent classmates. There is one representative and one alternate from each homeroom. Four officers are elected

at large. The students meet regularly to work for the good of the entire school. Important activities include spirit days, dances, staff appreciation week, and community projects. The goals are involvement, learning, and leadership.

**Honor Roll**

Research indicates that there is a high degree of correlation between academic achievement and time on task. Students who put forth extra effort to attend classes each day and be prepared for their subjects are more likely to succeed academically. Honor roll is an important way to recognize such achievement. At Timberlane, a student receives recognition for honor roll status by receiving an 80 percent or higher for a final average for the year in all subject areas. Students are not recognized for each marking period.

**

*Hopewell Valley has an Affirmative Action Plan as well as policies on nondiscrimination on file in the Board Office and in each school building. Parents and students have the right to review procedures with the building Affirmative Action representative, or with Tana Smith, the district's Affirmative Action Officer. Hopewell Valley will not discriminate on the basis of race, creed, color, religion, sex, national origin, ancestry, age, political affiliation, physical handicap, or social or economic status in its educational programs or activities.*