# Osborne Exhibit C

Excerpted transcript from October 13, 2025, Hopewell Valley Regional School District Board of Education meeting

GoTranscript

**HVRSD Board of Education General Meeting October 13, 2025**

**[01:44:42] P.D.:** My name is [P.D.]. I'm from Hopewell Township. I'm speaking on behalf of the FCA Club at our school. So, I'm a member of the Fellowship of Christian Athletes Club at the high school. Our club is a student-led club, and we've been g- very grateful for the ongoing encouragement and support from our volunteers, Carolyn and Ken, who have constantly been there for us over the years. They treat us with kindness, and they always give helpful insights and bring pizza and donuts to make our meetings extra special. [chuckles]

We recently learned that there's a new policy preventing them from coming into the school, and we're hoping to better understand why. Could you please explain the reasoning behind the decision and what the po-policy specifically states? We've noticed that other nearby school districts allow FCA volunteers to participate, and we're wondering why Hopewell Valley's policy is different. Thank you for taking the time to consider my question and supporting student clubs like ours.

**[01:45:48] [END OF AUDIO]**

**[01:52:10] Jen DiDonato:** Hi, I'm Jen DiDonato, um, from Titusville. Um, I understand, uh, that you have an upcoming meeting with the FCA club, and I just wanna thank you for that. Uh, I'm really excited that you've got that scheduled, so we're really looking forward to that, uh, seeing some progress. Um, so, what I'd like to find out is, um, where-where this complaint came from or-or what-what-what happened with this.

I just wanna kinda better understand, um, was it a complaint ag-against the club? Was there a change, um, or a new policy enacted? Um, I'd just like to better understand, um, why the FCA volunteers cannot come into the school. Can you explain this to our kids and to our audience tonight? Um, anything that you could offer to better help us understand would be greatly appreciated. Thank you.

**[01:53:06] [END OF AUDIO]**

**[01:57:01] Rosetta Treece:** The other question was about our Christian athlete organization. This is not a change in policy of Hopewell. I received served – uh, servants of a possible pending lawsuit from the Freedom From Religion Foundation. It is against the law for any school to have a club that is religious in base that have people coming from the outside that mentor within the club. When I received this letter, I reached out to our board attorney, and he said, "If this is happening, you have to cease and desist immediately. You cannot have someone coming outside." With the religious clubs, you're allowed to have them in school. They have to be student-run.

They have to have an advisor that is on our staff. That advisor cannot supervise or run the club. The students have to lead it. If there are other people that are doing that in New Jersey, they're going to get one of these as well if they haven't already.

GoTranscript

It's not a Hopewell policy. There's case law, and there's many court cases that have been brought, and this is the finding that we are not allowed to do it. It's not something that Dr. Treese or this board has decided. It's been played out in the court. When I come talk to the club, I'll share the letter. It's public record. I have it right here in front of me. We were served this, and this is something we had to stop doing. Absolutely.

**[01:58:29] [END OF AUDIO]**