# Osborne Exhibit D

Email exchange between counsel for Plaintiffs and counsel for the District

Outlook

## Re: Hopewell Valley Regional School District

**From** Richard Osborne <rosborne@becketfund.org>
**Date** Mon 2/2/2026 11:49 AM
**To** Paul H. Green <PHG@spsk.com>; Rosetta Treece <rosettatreece@hvrsd.org>; Mercer County Office of Education <mercer@doe.nj.gov>
**Cc** Daniel Blomberg <dblomberg@becketfund.org>; Joseph Davis <jdavis@becketfund.org>

Mr. Green,

Thank you again for your prompt acknowledgment of our last email. However, it's now been 18 days since you informed us that you would respond to our letter "in the near future," and our clients have been without relief for several more weeks of the semester. Can you please let us know when we can expect a response?

Rich Osborne
*Counsel*
Becket – Religious Liberty for All
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
*202-568-0246*
*www.becketfund.org*

*NOTICE: This e-mail is from a law firm, Becket, and is intended solely for the use of the person(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Becket, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Becket in reply that you expect or want to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Becket, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.*

---

**From:** Richard Osborne <rosborne@becketfund.org>
**Sent:** Thursday, January 15, 2026 2:52 PM
**To:** Paul H. Green <PHG@spsk.com>; Rosetta Treece <rosettatreece@hvrsd.org>; Mercer County Office of Education <mercer@doe.nj.gov>
**Cc:** Daniel Blomberg <dblomberg@becketfund.org>; Joseph Davis <jdavis@becketfund.org>
**Subject:** Re: Hopewell Valley Regional School District

Mr. Green,

Thank you for letting me know. We look forward to hearing from you.

Rich Osborne
*Counsel*
Becket – Religious Liberty for All

1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
*202-568-0246*
*www.becketfund.org*

*NOTICE: This e-mail is from a law firm, Becket, and is intended solely for the use of the person(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Becket, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Becket in reply that you expect or want to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Becket, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.*

---

**From:** Paul H. Green <PHG@spsk.com>
**Sent:** Thursday, January 15, 2026 1:44 PM
**To:** Richard Osborne <rosborne@becketfund.org>
**Cc:** Rosetta Treece <rosettatreece@hvrsd.org>; Mercer County Office of Education <mercer@doe.nj.gov>
**Subject:** Hopewell Valley Regional School District

You don't often get email from phg@spsk.com. Learn why this is important

Dear Mr. Osborne,

As you know, this firm represents the Hopewell Valley Regional School District. Dr. Treece has just made me aware of your December 19, 2025 letter. I did not receive same as you were using an incorrect email address for me.

I will review your correspondence and will be in touch in the near future.

Regards,
Paul Green

Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community for Over 100 Years*

**Paul H. Green**
Partner
**Schenck, Price, Smith & King, LLP**
220 Park Avenue | PO Box 991 |
Florham Park, NJ 07932
T: 973-540-7305 F: 973-540-7300
**Email** | **Bio** | **V-card** | **Website**

**Confidentiality Notice:** This message contains information intended for the use of the addressee only, which may be privileged and confidential. If you are not an addressee, any review, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please contact the sender immediately.