# Osborne Exhibit E

Excerpt from Hopewell Valley Central High School Robotics Team website

# Mentors

293spike.com/mentors

September 18, 2022




Team 293 SPIKE needs adult mentors to help our students throughout the robotics season and in off-season developments. Mentors don't need to meet any time requirements or have prior experience! Mentors on our team work with students in building, designing, and programming the robot along with managing finances, sponsorships, merch, and other entrepreneurship tasks. Mentors can also travel to competitions with the team in spring. If you especially have expertise in engineering, programming, designing, or business, please consider joining our mentor team! We require all potential mentors to have a background check and get approved by the Hopewell Board of Education as a level II volunteer. The steps to become a mentor can be found here, and below is a quick guide to the process:

1. Fill out the Volunteer Application
2. Go through the background check and fingerprinting process
3. Final Board Application and Decision

Please reach out to margaritatrujillo@hvrsd.org with any questions! We are more than happy to help with the application process!