# Osborne Exhibit G

Hopewell Valley Regional School District's 2024 Annual Comprehensive Financial Report

# Hopewell Valley

## Regional School District

Hopewell Valley Regional Board of Education
Pennington, New Jersey 08534

Annual Comprehensive Financial Report
For the Fiscal Year Ended June 30, 2024

# Hopewell Valley Regional School District

Annual Comprehensive Financial Report
For the Fiscal Year Ended June 30, 2024

## Hopewell Valley Regional School District
## Pennington, New Jersey

Prepared by Hopewell Valley Regional School District
Business Office
Robert Colavita
Business Administrator, Board Secretary

# Table of Contents


| | Page |
|---|---|
| **INTRODUCTORY SECTION** | |
| Letter of Transmittal | 1 |
| Organizational Chart | 7 |
| Roster of Officials | 8 |
| Independent Auditors and Advisors | 9 |
| Certificate of Excellence | 10 |
| **FINANCIAL SECTION** | |
| Independent Auditors' Report | 11 |
| **Required Supplementary Information – Part I** | |
| Management's Discussion and Analysis | 15 |
| **Basic Financial Statements** | |
| Government-wide Financial Statements: | |
| A-1 Statement of Net Position | 22 |
| A-2 Statement of Activities | 23 |
| Fund Financial Statements: | |
| Governmental Funds: | |
| B-1 Balance Sheet | 24 |
| B-2 Statement of Revenues, Expenditures, and Changes in Fund Balances | 25 |
| B-3 Reconciliation of the Statement of Revenues, Expenditures and Changes in Fund Balances of Governmental Funds to the Statement of Activities | 26 |
| Proprietary Funds: | |
| B-4 Combining Statement of Net Position | 27 |
| B-5 Combining Statement of Revenues, Expenses and Changes in Fund Net Position | 28 |
| B-6 Combining Statement of Cash Flows | 29 |
| Notes to the Basic Financial Statements | 30 |

# Table of Contents (continued)


| | Page |
|---|---|
| **FINANCIAL SECTION (continued)** | |
| **Required Supplementary Information – Part II** | |
| Schedules and Note Related to Accounting and Reporting for Pensions (GASB 68) | |
| L-1 Schedule of the District's Proportionate Share of the Net Pension Liability – Public Employees' Retirement System (PERS) | 68 |
| L-2 Schedule of District Pension Contributions – Public Employees' Retirement System (PERS) | 69 |
| L-3 Schedule of State's Proportionate Share of the Net Pension Liability Associated with the District – Teacher's Pension and Annuity Fund (TPAF) | 70 |
| Schedule Related to Accounting and Reporting for OPEB (GASB 75) | |
| M-1 Schedule of the State's Proportionate Share of the District's Net OPEB Liability Associated with the District and Changes in the Total OPEB Liability and Related Ratios – (PERS and TPAF) | 71 |
| Notes to Required Supplementary Information | 72 |
| **Required Supplementary Information – Part III** | |
| Budgetary Comparison Schedules: | |
| C-1 Budgetary Comparison Schedule – General Fund – Budgetary Basis | 73 |
| C-1a Combining Schedule of Revenues, Expenditures and Changes in Fund Balance – Budget and Actual – Budgetary Basis - Not Applicable | N/A |
| C-1b Community Development Block Grant – Budget and Actual – Not Applicable | N/A |
| C-2 Budgetary Comparison Schedule – Special Revenue Fund – Budgetary Basis | 79 |
| C-3 Budget to GAAP Reconciliation – Note to Required Supplementary Information | 80 |

# Table of Contents (continued)

**FINANCIAL SECTION (continued)**

**Supplementary Information**


| | | **Page** |
|---|---|---|
| D | School Based Budget Schedules - Not Applicable | N/A |
| | Special Revenue Fund: | |
| E-1 | Combining Schedule of Program Revenues and Expenditures – Budgetary Basis | 81 |
| E-2 | Schedule of Preschool Education Aid Expenditures – Budgetary Basis– Not Applicable | N/A |
| | Capital Projects Fund: | |
| F-1 | Summary Schedule of Project Revenues, Expenditures, Project Balance and Project Status – Budgetary Basis | 83 |
| F-1 a-b | Schedule of Project Revenues, Expenditures, Project Balance and Project Status – Budgetary Basis | 84 |
| F-2 | Summary Schedule of Project Expenditures – Not Applicable | N/A |
| | Long-Term Debt: | |
| I-1 | Schedule of Serial Bonds Payable | 86 |
| I-2 | Schedule of Financed Purchases Payable | 86a |
| I-3 | Budgetary Comparison Schedule – Debt Service Fund | 87 |
| | **STATISTICAL SECTION – OTHER INFORMATION** | |
| | Financial Trends: | |
| J-1 | Net Position by Component | 88 |
| J-2 | Changes in Net Position | 89 |
| J-3 | Fund Balances, Governmental Funds | 90 |
| J-4 | Changes in Fund Balances – Governmental Funds | 91 |
| J-5 | General Fund Other Local Revenues by Source | 92 |
| | Revenue Capacity: | |
| J-6 | Assessed Value and Actual Value of Taxable Property | 93 |
| J-7 | Property Tax Rates – Direct and Overlapping Governments | 94 |
| J-8 | Principal Property Tax Payers | 95 |
| J-9 | Property Tax Levies and Collections | 96 |

# Table of Contents (continued)

## STATISTICAL SECTION – OTHER INFORMATION (continued)


| | | **Page** |
|---|---|---|
| | Debt Capacity: | |
| J-10 | Ratios of Outstanding Debt by Type | 97 |
| J-11 | Ratios of Net General Bonded Debt Outstanding | 98 |
| J-12 | Ratios of Overlapping Governmental Activities Debt | 98 |
| J-13 | Legal Debt Margin Information | 99 |
| | Demographic and Economic Information: | |
| J-14 | Demographic and Economic Statistics | 100 |
| J-15 | Principal Employers | 101 |
| | Operating Information: | |
| J-16 | Full-Time Equivalent District Employees by Function/Program | 102 |
| J-17 | Operating Statistics | 103 |
| J-18 | School Building Information | 104 |
| J-19 | Schedule of Required Maintenance for School Facilities | 105 |
| J-20 | Insurance Schedule | 106 |

# Table of Contents (continued)

## SINGLE AUDIT SECTION


| | | |
|---|---|---|
| K-1 | Report on Internal Control Over Financial Reporting and on Compliance and Other Matters Based on an Audit of Financial Statements Performed in Accordance with *Government Auditing Standards* | 107 |
| K-2 | Report on Compliance For Each Major Federal and State Program and Report on Internal Control Over Compliance Required by the Uniform Guidance and New Jersey OMB 15-08 | 109 |
| K-3 | Schedule A – Schedule of Expenditures of Federal Awards-Supplementary Information | 112 |
| K-4 | Schedule B – Schedule of Expenditures of State Financial Assistance-Supplementary Information | 113 |
| K-5 | Notes to Schedules of Expenditures of Federal Awards and State Financial Assistance | 114 |
| K-6 | Schedule of Findings and Questioned Costs | 117 |
| K-7 | Summary Schedule of Prior Audit Findings | N/A |

**11. Economic Dependency**

The District receives a substantial amount of its support from federal and state governments. A significant reduction in the level of support, if this were to occur, could have an effect on the District's programs and activities.

**12. Contingent Liabilities**

The District participates in numerous state and federal grant programs, which are governed by various rules and regulations of the grantor agencies; therefore, to the extent that the District has not complied with the rules and regulations governing the grants, refunds of any money received may be required and the collectability of any related receivable at June 30, 2024 may be impaired. As a result of the impact of COVID-19, the District has received funding under the American Rescue Plan Act (ARP), Elementary and Secondary School Emergency Relief (ESSER) Fund and the Coronavirus Relief Fund (CRF). To the extent that the District has not complied with the rules governing the ARP, ESSER and CRF funds, money may be required to be returned. In the opinion of the District, there are no significant contingent liabilities relating to compliance with the rules and regulations or final eligible cost requirements governing the respective grants or funding; therefore, no provisions have been recorded in the accompanying basic financial statements for such contingencies.

The District is involved in several claims and lawsuits incidental to its operations. In the opinion of the administration and legal counsel, the ultimate resolution of these matters will have a material adverse effect on the financial position of the District. Therefore, the District has accrued a total of $668,568 in the government-wide financial statements as a result of the actual and expected outcomes of these claims and lawsuits. The estimated settlement of these claims is not expected to be paid with current financial resources.

**13. Capital Reserve Account**

A capital reserve account was established by the District on October 10, 2000 for the accumulation of funds for use as capital outlay expenditures in subsequent fiscal years. The capital reserve account is maintained in the general fund and its activity is included in the general fund annual budget.

Funds placed in the capital reserve account are restricted to capital projects in the District's approved Long Range Facilities Plan (LRFP). Upon submission of the LRFP to the Department, a district may increase the balance in the capital reserve by appropriating funds in the annual general fund budget certified for taxes or by transfer by board resolution at year end (June 1 to June 30) of any unanticipated revenue or unexpended line – item appropriation amounts, or both. A district may also appropriate additional amounts when the express approval of the voters has been obtained either by a separate proposal at budget time or by a special question at one of the four special elections authorized pursuant to N.J.S.A. 19:60-2. Pursuant to N.J.A.C. 6A:23A-14.1(g), the balance in the

Hopewell Valley Regional School District
Changes in Fund Balances, Governmental Funds
Last Ten Fiscal Years

Unaudited

| | Year ended June 30, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| **Revenues** | | | | | | | | | | |
| Tax levy | $ 72,074,537 | $ 73,601,264 | $ 74,150,252 | $ 76,452,806 | $ 77,386,630 | $ 81,215,297 | $ 82,168,163 | $ 82,168,163 | $ 83,255,812 | $ 86,662,125 |
| Tuition charges | 312,585 | 267,681 | 266,509 | 279,256 | 418,228 | 432,285 | 495,975 | 547,718 | 679,327 | 619,325 |
| Miscellaneous | 723,114 | 747,770 | 951,365 | 1,099,267 | 1,063,375 | 814,464 | 708,409 | 1,310,648 | 1,648,339 | 2,601,379 |
| State sources | 10,199,732 | 11,779,408 | 12,308,866 | 14,495,253 | 16,397,271 | 17,226,015 | 20,493,381 | 25,045,864 | 26,686,331 | 28,547,343 |
| Federal sources | 1,051,216 | 1,043,700 | 1,097,479 | 985,901 | 1,030,273 | 1,060,001 | 1,326,190 | 2,160,014 | 2,162,876 | 1,376,306 |
| Total revenue | 84,361,184 | 87,439,823 | 88,774,471 | 93,312,483 | 96,295,777 | 100,748,062 | 105,192,118 | 111,232,407 | 114,432,685 | 119,806,478 |
| **Expenditures** | | | | | | | | | | |
| Instruction | | | | | | | | | | |
| Regular Instruction | 26,678,668 | 27,648,526 | 26,050,644 | 26,100,446 | 27,011,548 | 26,062,360 | 28,388,826 | 28,092,326 | 28,979,499 | 28,193,624 |
| Special Education Instruction | 4,805,029 | 5,113,362 | 6,126,291 | 6,836,193 | 7,107,156 | 7,189,262 | 7,407,453 | 8,166,790 | 9,066,170 | 8,956,328 |
| Other Special Instruction | 1,175,825 | 1,145,450 | 1,231,670 | 1,916,665 | 1,973,591 | 2,077,753 | 1,888,537 | 1,958,499 | 2,267,006 | 2,364,742 |
| Other Instruction | 1,174,151 | 1,282,306 | 1,082,813 | 1,057,627 | 1,079,003 | 1,084,246 | 1,033,817 | 1,140,090 | 1,234,609 | 1,291,249 |
| Support Services: | | | | | | | | | | |
| Tuition | 2,115,895 | 2,469,773 | 2,023,355 | 2,479,750 | 2,671,665 | 2,727,793 | 2,032,490 | 1,393,185 | 1,591,765 | 1,920,514 |
| Student Instruction Related Services | 7,517,274 | 7,507,050 | 8,668,149 | 8,437,855 | 7,729,871 | 7,581,854 | 8,324,132 | 8,620,927 | 9,892,450 | 10,265,079 |
| School Administration | 2,180,114 | 2,091,891 | 2,106,134 | 2,232,368 | 3,490,068 | 3,294,392 | 3,410,232 | 3,618,692 | 3,660,128 | 3,910,593 |
| General & Business Admin. Services | 2,044,312 | 2,765,261 | 2,045,970 | 2,178,357 | 2,406,601 | 3,014,762 | 2,844,848 | 2,818,859 | 2,988,136 | 2,980,745 |
| Plant Operations & Maintenance | 6,036,988 | 6,075,136 | 5,835,442 | 5,764,497 | 6,160,245 | 5,944,469 | 5,805,527 | 6,591,982 | 6,896,922 | 6,846,910 |
| Pupil Transportation | 3,774,863 | 3,776,463 | 3,628,559 | 4,014,032 | 4,297,393 | 3,571,757 | 3,285,001 | 4,129,089 | 4,853,264 | 5,250,163 |
| Other Support Services | 18,463,576 | 20,116,900 | 21,808,073 | 24,308,362 | 26,973,968 | 27,705,864 | 28,868,980 | 35,154,362 | 37,370,874 | 39,378,303 |
| Special Schools | 187,323 | 165,711 | 167,311 | 196,405 | 201,555 | 229,990 | 195,847 | 255,596 | 267,239 | 240,504 |
| Charter Schools | | | | | | | | 67,575 | 32,594 | 18,280 |
| Capital outlay | 2,227,447 | 1,677,574 | 5,077,540 | 17,633,466 | 12,781,914 | 3,820,026 | 3,443,054 | 7,923,000 | 2,567,013 | 2,786,908 |
| Debt service: | | | | | | | | | | |
| Principal | 3,737,209 | 3,645,000 | 3,975,605 | 3,960,000 | 4,230,000 | 5,050,897 | 4,831,492 | 5,753,141 | 4,286,076 | 4,262,019 |
| Interest and other charges | 1,250,629 | 1,116,438 | 1,565,961 | 2,131,589 | 1,885,000 | 1,748,583 | 1,545,136 | 1,354,575 | 1,254,019 | 1,154,312 |
| Total expenditures | 83,369,303 | 86,596,841 | 91,393,517 | 109,247,612 | 109,999,578 | 101,104,008 | 103,305,372 | 117,038,688 | 117,207,764 | 119,820,273 |
| Excess (Deficiency) of revenues over (under) expenditures | 991,881 | 842,982 | (2,619,046) | (15,935,129) | (13,703,801) | (355,946) | 1,886,746 | (5,806,281) | (2,775,079) | (13,795) |
| **Other financing sources (uses)** | | | | | | | | | | |
| Transfer to cover deficits: | | | | | | | | | | |
| Food Services | | | | | | (50,000) | | | | |
| Payment to Escrow Agent | | (17,911,317) | | | | | | | | |
| Proceeds from Borrowing | | 16,290,000 | 35,855,000 | | | | | | | |
| Premium on Bonds | | 1,782,407 | 854,542 | | | | | | | |
| Financed Purchases - Leases (non-budgeted) | 48,610 | 451,635 | 1,485,000 | 475,000 | 494,670 | 124,310 | 1,200,000 | 4,475,761 | | 315,000 |
| Transfers in | 8,587 | 616,567 | | 312,329 | 199,968 | 70,929 | 1,667 | 1,524,294 | 1,491,879 | 1,009,366 |
| Transfers out | (8,587) | (254,134) | | (312,329) | (199,968) | (70,929) | (1,667) | (1,524,294) | (5,468) | (1,009,366) |
| Total other financing sources (uses) | 48,610 | 975,158 | 38,194,542 | 475,000 | 494,670 | 74,310 | 1,200,000 | 4,475,761 | 1,486,411 | 315,000 |
| Net change in fund balances | $ 1,040,491 | $ 1,818,140 | $ 35,575,496 | $ (15,460,129) | $ (13,209,131) | $ (281,636) | $ 3,086,746 | $ (1,330,520) | $ (1,288,668) | $ 301,205 |
| Debt service as a percentage of noncapital expenditures | 6.1% | 5.6% | 6.4% | 6.6% | 6.3% | 7.0% | 6.4% | 6.5% | 4.8% | 4.6% |

**Source:** ACFR Schedule B-2