Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,

*Plaintiffs*,

v.

BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,

*Defendants*.

**Civil Action No. 3:26-cv-10163-RK-TJB**

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL H. BLOMBERG, JOSEPH C. DAVIS, AND AMANDA G. DIXON**

Pursuant to Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorneys Daniel H. Blomberg, Joseph C. Davis, and Amanda G. Dixon be admitted *pro hac vice* to act as counsel for Plaintiffs Fellowship of Christian Athletes, Fellowship of Christian Athletes of Hopewell Valley Central High School, and Fellowship of Christian Athletes of Timberlane Middle School. In support hereof, the undersigned states as follows:

1. Daniel H. Blomberg is an attorney with the law firm of The Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue NW, Suite 400, Washington, DC 20006; Telephone: (202) 955-0095; Fax: (202) 955-0090; and E-mail: dblomberg@becketfund.org.

2. Daniel H. Blomberg is admitted and is a member in good standing of the State Bars of Washington D.C. ("active" status), Kansas ("active" status), and South Carolina ("active" status); United States Supreme Court; United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals

for the Eleventh Circuit, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Armed Forces; United States District Court for the District of Colorado, United States District Court for the District of Kansas, United States District Court for the Northern District of Florida, United States District Court for the Southern District of Texas, United States District Court for the Western District of Wisconsin, United States District Court for the District of Columbia, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the Southern District of Indiana; Kansas Supreme Court.

3. Daniel H. Blomberg has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

4. A certified statement of Daniel H. Blomberg is attached hereto as required by Local Rule 101.1.

5. Upon entry of Order granting this Motion, Daniel H. Blomberg shall pay the $250.00 admission fee. Mr. Blomberg also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

6. Joseph C. Davis is an attorney with the law firm of The Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue NW, Suite 400, Washington, DC 20006; Telephone: (202) 955-0095; Fax: (202) 955-0090; and E-mail:

jdavis@becketfund.org.

7. Joseph C. Davis is admitted and is a member in good standing of the State Bars of Washington, D.C. ("active" status) and Louisiana ("active" status); United States Supreme Court; United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit; United States District Court for the Northern District of New York, United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana, United States District Court for the Southern District of Indiana, United States District Court for the Northern District of Texas, United States District Court for the District of Colorado, and United States District Court for the District of North Dakota.

8. Joseph C. Davis has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

9. A certified statement of Joseph C. Davis is attached hereto as required by Local Rule 101.1.

10. Upon entry of Order granting this Motion, Joseph C. Davis shall pay the $250.00 admission fee. Mr. Davis also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

11. Amanda G. Dixon is an attorney with the law firm of The Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue NW, Suite 400, Washington, DC 20006; Telephone: (202) 955-0095; Fax: (202) 955-0090; and E-mail: adixon@becketfund.org.

12. Amanda G. Dixon is admitted and is a member in good standing of the State Bars of Washington D.C. ("active" status) and North Carolina ("active" status); United States Supreme Court; United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit; United States District Court for the District of Colorado, and United States District Court for the Eastern District of North Carolina.

13. Amanda G. Dixon has represented that she is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon her in any jurisdiction.

14. A certified statement of Amanda G. Dixon is attached hereto as required by Local Rule 101.1.

15. Upon entry of Order granting this Motion, Amanda G. Dixon shall pay the $250.00 admission fee. Ms. Dixon also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

Dated: August 19, 2026

Respectfully submitted,

/s/ *Richard C. Osborne*
Richard C. Osborne
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
Suite 400
Washington, DC 20006
(202) 955-0095
rosborne@becketfund.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on August 19, 2026. Notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

/s/ *Richard C. Osborne*
Richard C. Osborne