Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**CERTIFICATION OF AMANDA G. DIXON IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE** |

I, Amanda G. Dixon, hereby certify and declare the following:

1. I am an attorney at the law firm of The Becket Fund for Religious Liberty, located at 1919 Pennsylvania Avenue NW, Suite 400, Washington, D.C. 20006; Telephone: (202) 955-0095; Fax: (202) 955-0090; and E-mail: adixon@becketfund.org. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Plaintiffs in the above-referenced matter.

2. I received a J.D. degree from Duke University, Duke University School of Law in 2021. I am an "active" status member in good standing of the Bar of North Carolina, since my admission in 2021, and an "active" status member in good

standing of the Bar of Washington, D.C., since my admission in 2024.

3. I am also admitted to practice before the following federal courts (the admission year is noted in parentheses): United States Supreme Court (2025); United States Court of Appeals for the Second Circuit (2025), United States Court of Appeals for the Fourth Circuit (2023), United States Court of Appeals for the Fifth Circuit (2023), United States Court of Appeals for the Ninth Circuit (2024), United States Court of Appeals for the Tenth Circuit (2024), United States Court of Appeals for the Eleventh Circuit (2025); United States District Court for the District of Colorado (2023), United States District Court for the Eastern District of North Carolina (2022).

4. The names and addresses of the offices maintaining the rolls of members of the bars in those jurisdictions are as follows:

| | |
|---|---|
| District of Columbia Bar | The District of Columbia Bar<br>901 4th Street NW, Washington, DC 20001 |
| North Carolina Bar | North Carolina State Bar<br>217 E. Edenton St.<br>Raleigh, NC 27601 |
| Supreme Court of the United States | Clerk, Supreme Court of the U.S.<br>1 First Street, NE<br>Washington, DC 20543 |
| United States Court of Appeals for the Second Circuit | Attorney Admissions<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |

| | |
|---|---|
| United States Court of Appeals for the Fourth Circuit | Office of the Clerk<br>1100 E. Main St.<br>Suite 501<br>Richmond, VA 23219 |
| United States Court of Appeals for the Fifth Circuit | Clerk's Office<br>600 S. Maestri Place<br>Suite 115<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Ninth Circuit | Clerk of the Court<br>James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| United States Court of Appeals for the Tenth District | Clerk's Office<br>Byron White U.S. Courthouse<br>1823 Stout St.<br>Denver, CO 80257-1823 |
| United States Court of Appeals for the Eleventh Circuit | Clerk of the Court<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 |
| United States District Court for the District of Colorado | Office of the Clerk<br>Alfred A. Arraj U.S. Courthouse<br>Room A105<br>901 19th St.<br>Denver, CO 80294-3589 |
| United States District Court for the Eastern District of North Carolina | Office of the Clerk<br>310 New Bern Ave.<br>Raleigh, NC 27601 |

5. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to discipline in any jurisdiction.

6. I will be associated in this matter with counsel of record, Richard C. Osborne, who is a member in good standing of the Bar of the State of New Jersey and of the Bar of the United States District Court for the District of New Jersey.

7. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

8. I acknowledge that upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

9. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2026

Respectfully submitted,

/s/ Amanda G. Dixon
Amanda G. Dixon