Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION FOR DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON** |

This matter having been brought before the Court by Richard C. Osborne, attorney for Plaintiffs on an application to allow DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON to appear and participate *pro hac vice*; and the Court having considered the moving papers; opposition, if any; and this matter being considered pursuant to Fed. R. Civ. P. 78 and Local Civil Rule 101.1(c), and for good cause shown:

IT IS on this 19th day of August, 2026,

ORDERED that Plaintiffs' application be and is hereby is granted; and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON be permitted to appear *pro hac vice* in the above captioned matter pursuant to L. Civ. R.101.1(c), and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON shall each make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON shall be bound by the Rules of the United States District Court for the

District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON, shall notify this court immediately of any disciplinary charges brought against any of them in the Bar of any other court; and it is further

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by Richard C. Osborne, a member in good standing of the Bar of the State of New Jersey, attorney of record for the Plaintiffs who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

ORDERED that DANIEL H. BLOMBERG, JOSEPH C. DAVIS, and AMANDA G. DIXON, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

______________________________________

Hon. Robert Kirsch, U.S.D.J.