Schenck Price
SCHENCK PRICE SMITH & KING, LLP

*Serving Our Clients and Community For Over 100 Years*

**Eric I. Bueide**
*Admitted in NJ & NY*
Direct Line: 973-798-4953
Email: EBueide@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

August 20, 2026

**Via CM/ECF Only**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, New Jersey 08608

**RE: Fellowship of Christian Athletes, et al. v. Board of Education of the Hopewell Valley Regional School District, et al.**
**Civil Action No. 3:26-cv-10163 (RK-TJB)**

Dear Judge Kirsch:

This firm represents the Board of Education of the Hopewell Valley Regional School District (hereinafter "the Board") and its Superintendent, Dr. Rosetta D. Treece, in her official capacity, in the above-referenced matter.

Currently pending before the Court is the Plaintiffs' motion for an Order to Show Cause why a preliminary injunction should not issue (ECF Doc. 10). While Plaintiffs' counsel provided a copy of the motion to the Board's general counsel on August 14, 2026, counsel for Defendants entered their notice of appearance in this matter on August 19, 2026.

The present motion date for the Order to Show Cause is September 8, 2026, with Defendants' time to respond to the motion expiring on August 25, 2026. Defendants seek a 14-day extension to file their response, as counsel needs to secure additional information from Board representatives, and the school year does not begin until September 1, 2026. Defendants have not previously requested any extension.

Should Defendants' request for a 14-day extension be granted, it would result in the motion date shifting to September 21, 2026, with Defendants' deadline to respond extended until September 8, 2026, and Plaintiffs' deadline for filing reply papers shifting to September 14, 2026.

Plaintiffs have consented only to a three-day extension to August 28, 2026, but do not consent to the requested 14-day extension on grounds that it would result in "irreparable harm" to Plaintiffs. It is the Defendants' position that Plaintiffs will not be prejudiced by the requested extension. As stated above, the

Schenck Price
SCHENCK PRICE SMITH & KING, LLP



school year does not begin until September 1, 2026. The District's student-run clubs, including the Fellowship of Christian Athletes, do not begin holding meetings until a few weeks into the school year. Accordingly, the modest extension requested, which comports fully with Local Rule 6.1, would have little-to-no impact on Plaintiffs' meetings, while affording Defendants the necessary time to prepare a complete response to the motion.

Thank you for Your Honor's courtesies and consideration.

Respectfully submitted,
SCHENCK, PRICE, SMITH & KING, LLP

/s/ *Eric I. Bueide*
Eric I. Bueide