BECKET
Religious Liberty for All

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / 𝕏 @becketfund
www.becketfund.org

August 21, 2026

Hon. Robert Kirsch
United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Fellowship of Christian Athletes et al. v. Board of Education of the Hopewell Valley Regional School District et al.*****, No. 26-10163-RK-TJB**
**Opposition to Hopewell District Defendants' Request for an Extension**

Dear Judge Kirsch:

Plaintiffs oppose the request by Hopewell District Defendants (the District) for a two-week briefing extension because it is not supported by good cause and would cause irreparable harm. The District did not provide the position of the State Defendants, who have not sought an extension. Plaintiffs consent to an extension for the District to August 28.

The District fails to provide good cause for a two-week extension. The sole reason offered is that "counsel needs to secure additional information from Board representatives." But counsel is the same law firm that has been advising the District on the legal questions before the Court for over a year. (The "Board's general counsel" referenced in counsel's letter is counsel's law partner.) They advised the District in March 2025 to ban FCA clubs from inviting adult volunteers solely because such clubs are "religious." They advised the District in November 2025 and January 2026 on whether to reconsider the ban. And most recently, in late July 2026, they presumably advised the District to—once again—ignore a request from FCA to restore the same access as secular clubs. It is the District's refusal to respond to that request that forced FCA to seek emergency relief now. There is no cause for further delay.

And delay promises irreparable harm to Plaintiffs' First Amendment rights. The District's schedule moves the motion date to September 21, a week after when FCA clubs traditionally begin meeting. By the time this Court would have all the information before it to fashion relief, a new round of religious discrimination would have already been inflicted, and Plaintiffs would have been forced to suffer more of the harm the motion is meant to prevent.

Plaintiffs sought to avoid this extension dispute by consenting to the District's requested extension if the District would agree to allow Plaintiffs to resume receiving the same level of access as secular clubs for the pendency of the motion—access FCA clubs long enjoyed in the District and still enjoy in other districts around the state and the nation. The District rejected that proposal.

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006

Respectfully submitted,

/s/ Richard C. Osborne
Richard C. Osborne
Daniel H. Blomberg*
Joseph C. Davis*
Amanda G. Dixon*
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
rosborne@becketfund.org

**pro hac vice* admission pending

*Counsel for Plaintiffs*

cc: All counsel of record