*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0114
TRENTON, NJ 08625-0114

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

August 21, 2026

**VIA ELECTRONIC FILING**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Fellowship of Christian Athletes v. Board of Education of the Hopewell Valley Regional School District, et al.
No. 3:26-cv-10163

Dear Judge Kirsch:

This office represents Defendants Executive County Superintendent Daryl Minus-Vincent and New Jersey Department of Education Commissioner Lily Laux (collectively, "State Defendants") in the above-referenced matter. State Defendants respectfully request a two-week extension due to current limitations in client availability. Granting this brief extension will allow all parties to proceed on a consistent basis, ensure complete and accurate submissions, and will not prejudice the Plaintiff.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Jeremy J. Koepf*
Jeremy J. Koepf
Deputy Attorney General

Jeremy.Koepf@law.njoag.gov

cc: All Counsel of Record (via electronic filing)