*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0114
TRENTON, NJ 08625-0114

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

August 21, 2026

**VIA ELECTRONIC FILING**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Fellowship of Christian Athletes v. Board of Education of the Hopewell Valley Regional School District, et al.
No. 3:26-cv-10163

Dear Judge Kirsch:

This office represents Defendants Executive County Superintendent Daryl Minus-Vincent and New Jersey Department of Education Commissioner Lily Laux (collectively, "State Defendants") in the above-referenced matter. State Defendants respectfully request a two-week extension due to current limitations in client availability. Granting this brief extension will allow all parties to proceed on a consistent basis, ensure complete and accurate submissions, and will not prejudice the Plaintiff.

Thank you for Your Honor's time and consideration of this request.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 8/24/26

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Jeremy J. Koepf*
Jeremy J. Koepf
Deputy Attorney General

Jeremy.Koepf@law.njoag.gov

cc: All Counsel of Record (via electronic filing)