**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Fellowship of Christian Athletes, et al.

Plaintiff(s)

v.

Bd. of Educ. of the Hopewell Valley, et al.

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil rule 6.1(b)]

Civil Action No. 3:26-cv-10163

Application is hereby made for a Clerk's Order extending time within which defendant(s) Dr. Daryl Minus-Vincent and Dr. Lily Laux, Commissioner of Education may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 08/12/2026 ; and
3. Time to Answer, Move or otherwise Reply expires on 09/02/2026 .

Luke D. Hertzel-Lagonikos
Attorney for Defendant(s)

25 Market Street, PO Box 112
Mailing Address

Trenton, NJ 08625
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to ______________.
ORDER DATED: ________________

By:____________________________
Deputy Clerk