**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.<br><br>Defendants. | : | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)]<br><br>Civil Action No.: 3:26-cv-10163 (RK-TJB) |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Board of Education of the Hopewell Valley Regional School District and Superintendent Dr. Rosetta D. Treece, in her official capacity, may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on August 13, 2026; and
3. Time to Answer, Move or otherwise Reply expires on September 3, 2026.

Eric I. Bueide, Esq.
220 Park Avenue | PO Box 991
Florham Park, New Jersey 07932

**ORDER**

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to ____________________.

ORDER DATED: ______________________

By: ________________________
Deputy Clerk