JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for State Defendants*

By: Jeremy J. Koepf (NJ Attorney ID: 269842024)
Deputy Attorney General
Phone: (609) 376-3100
Fax: 609-943-5853
Jeremy.Koepf@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES; FELLOWSHIP OF CHRISTIAN ATHLETES OF HOPEWELL VALLEY CENTRAL HIGH SCHOOL; and FELLOWSHIP OF CHRISTIAN ATHLETES OF TIMBERLANE MIDDLE SCHOOL,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT; ROSETTA D. TREECE, Superintendent of Hopewell Valley Regional School District, in her official capacity; ROSETTA D. TREECE, Superintendent of Hopewell Valley Regional School District, in her | HON. ROBERT KIRSCH<br>United States District Judge<br><br>HON. TONIANNE J. BONGIOVANNI<br>United States Magistrate Judge<br><br>CIVIL ACTION NO.: 3:26-CV-10163<br><br>**CERTIFICATION OF DARYL MINUS-VINCENT** |

| |
|---|
| personal capacity; DARYL MINUS-VINCENT, Interim Executive County Superintendent of Mercer County for the New Jersey Department of Education, in his official and personal capacities; DR. LILY LAUX, Commissioner of the New Jersey Department of Education, in her official capacity,<br><br>Defendants. |

Daryl Minus-Vincent, of full age, hereby certifies and says:

1. I am the Executive County Superintendent ("ECS") of Mercer County.

2. I make this Certification in support of the State Defendants' response to the Plaintiffs' motion for preliminary injunction. I have personal knowledge of the facts stated herein.

3. As the ECS, I am an employee of the New Jersey Department of Education ("NJDOE").

4. I am not an employee of any school district or board of education.

5. In this role I offer general support and oversight to the public-school districts of Mercer County. I also serve as a liaison between the NJDOE and Mercer County School districts, including Hopewell Valley Regional School District ("Hopewell"), regarding matters of general district compliance and oversight.

6. As the ECS I have no direct authority over the district's personnel or operations. Districts / boards of education are responsible for setting forth specific school district policies.

7. As an ECS, I have the ability to advise boards of education of the local districts in my County in relation to the performance of their duties, pursuant to N.J. Stat. Ann. § 18A:7-8(c), but I do not establish, order, or otherwise direct any board of education policies.

8. I was not included on the March 13, 2025, email from the Freedom from Religion Foundation ("FFRF") to Dr. Rosetta D. Treece, Superintendent of Hopewell, asking Hopewell to investigate and ensure that outside adults are not permitted to regularly lead, attend, or participate in student religious clubs. (ECF No. 10-04.) I first learned of this email through this litigation.

9. I was not included on the March 25, 2025, email from Hopewell Attorney Paul H. Green to the FFRF stating that Dr. Treece began directing Timberlane Middle School Principal to immediately stop the direct involvement of any outside adults in the meetings of the FCA. (ECF No. 10-5.) I first learned of this email through this litigation.

10. In or about September 2025, I attended a meeting with several Superintendents of local districts within Mercer County. At that meeting, Dr. Treece

verbally mentioned an issue regarding outside volunteers for student organizations and relayed the advice her Board Attorney provided.

11. Rather than provide any directive or legal guidance to Dr. Treece, I suggested that she follow the Board attorney's advice. I do not have the authority to direct Dr. Treece to take specific action related to the underlying issue and did not attempt to issue any such directive.

12. On October 28, 2025, Dr. Treece sent an email to Hopewell High School Principal Patricia Riley, Fellowship of Christian Athletes ("FCA") members Harry Flaherty and Carolyn McDonough, and blind copied myself attaching a copy of Hopewell's Freedom from Religion Foundation decision, and a copy of a form letter dropped by one of the FCA club members. (ECF No. 10-08.) I did not respond to that email.

13. On October 30, 2025, Dr. Treece, Attorney Green, and I received an email from Harry Flaherty of FCA. That email attached a letter, dated October 29, 2025, asking Hopewell to provide FCA students the ability to host outside volunteers at on-campus gatherings. (ECF No. 10-9.)

14. On November 10, 2025, I responded to Flaherty stating that the issues highlighted should be addressed by Hopewell, its Board of Education, and its attorney. I then explained that the Mercer County Office of Education and the ECS

would not resolve the type of dispute outlined by Flaherty. I further stated that if Flaherty would like to appeal a decision or challenge the actions of the Board of Education, Flaherty could do so through the contested case process before the Commissioner of Education, as provided under N.J. Admin. Code § 6A:3. I also explained how general information about the appeal process could be accessed. I concluded by stating that I was hopeful that Hopewell and the various stakeholders could resolve the dispute in a manner which is satisfactory to all stakeholders. (ECF No. 10-10, p.4.)

15. On December 19, 2025, counsel to the FCA emailed Dr. Treece, Attorney Green, and myself demanding Hopewell immediately allow FCA students to have adult guests at their meetings. (ECF No. 10-20.)

16. I did not give legal advice or direct Dr. Treece to take any specific action. The extent of my comments to Dr. Treece was to suggest that she follow her attorney's advice.

17. I have reviewed the subject matter of the complaint in this matter and there is no ECS or NJDOE policy implicated here. This matter involves a District or Board of Education policy decision.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Daryl Minus-Vincent
Executive County Superintendent

Date: August 31, 2026