Katherine A. Gilfillan, Esq.
Eric I. Bueide, Esq.
**SCHENCK, PRICE, SMITH & KING LLP**
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932
(973) 539-1000
*Attorneys for Defendants, Board of Education of the Hopewell Valley Reg. Sch. District and Rosetta Treece in her Official Capacity.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Action No. 3:26-cv-10163<br><br>(RK-TJB)<br><br>**CERTIFICATION OF ROSETTA D. TREECE**<br><br>***Document Filed Electronically*** |

I, ROSETTA D. TREECE, on behalf of the Defendants, Board of Education of the Hopewell Valley Regional School District ("Board") and myself Rosetta Treece, being of full age and capacity hereby certify as follows:

1. I am currently the Superintedent of Schools for the Hopewell Valley Regional School District ("HVRSD" or "District") and the chief executive and administrative officer of the Board having supervisory responsibility over all aspects, including the fiscal operations and instructional programs, of HVRSD. I have held this position since August 1, 2021. Prior to this position, I served as the District's Director for Curriculum and Instruction from 2016 until 2020, after which I was promoted to the position of Assistant Superintendent.

2. I make this certification in opposition to Plaintiffs' application for a preliminary injunction based upon my personal knowledge of the facts set forth herein and by virtue of my review of the records maintained by HVRSD in its regular course of business.

3. The Board of Education of the Hopewell Valley Regional School District is a body corporate organized pursuant *N.J.S.A.* 18A:10-1 et seq., with the general mandatory powers and duties defined in Title 18A of New Jersey statutes.

4. HVRSD is a regionalized local school district which consists of four elementary schools, one middle school, Timberlane Middle School ("TMS") and one high school, Central High School ("CHS") and serves approximately 3,400 students. The District employs approximately 750 staff members which include, but are not limited to, certified administrators, teachers, paraprofessionals, clerical staff, technology staff, custodians and bus drivers.

5. As part of its offerings, HVRSD provides students with the ability to participate in various sports, co-curricular clubs, extra-curricular clubs and activities at all levels. While many clubs are "recognized" by the District, via the assignment of monetary stipends through the Board's collectively bargained agreement (the "Agreement") with the Hopewell Valley Education Association, students are permitted to organize other clubs provided they have demonstrated sufficient interest and are able to secure a certificated staff member's agreement to supervise the club without compensation. Attached as **Exhibit A** to this Certification is a true and accurate copy of pages 46 through 48 of the Agreement listing the recognized clubs.

6. Upon information and belief, Fellowship of Christian Athletes has maintained a student club at Central High School ("CHS") for over ten (10) years, which club has been supervised by a certificated staff member, without compensation, since its inception.

7. Upon further information and belief, on or about April 23, 2024, a student at Timberlane Middle School ("TMS") requested permission to establish a Fellowship of Christian Athletes at TMS which request was granted in or around May of 2024.

8. On or about March 13, 2025, I received correspondence from the Freedom From Religion Foundation which advised that a District community member registered a complaint that outside adults were being permitted to regularly enter TMS to participate in the FCA club at that school. A true and accurate copy of that correspondence is attached hereto as **Exhibit B**.

9. In response to this correspondence, I reached out to the Board Solicitor who advised that if outside individuals were regularly attending FCA meetings, and/or if they were leading these clubs, this would be a violation of law.

10. I spoke with the principals at both CHS and TMS who confirmed that the FCA club at CHS met weekly on Thursdays during unit lunch; and the FCA club at TMS met weekly on Wednesdays during unit lunch. Both principals confirmed that two individuals, who have no association or affiliation with the District, Ken Ridge ("Mr. Ridge") and Carolyn McDonough ("Ms. McDonough") regularly attended these meetings.

11. Based on the foregoing, I informed the CHS principal, Patricia Riley ("Principal Riley") and the TMS principal, Christopher Turnbull ("Principal Turnbull") that, based on legal advice, these outside individuals were not permitted to regularly attend student-initiated club meetings.

12. Upon information and belief, Principal Riley and Principal Turnbull advised the staff who supervised these clubs that these outside individuals would not be permitted to regularly attend club meetings.

13. The FCA clubs at both CHS and TMS continued to run without Ms. McDonough or Mr. Ridge's attendance through the end of the 2024-2025 and throughout the 2025-2026 school year.

14. At the beginning of the 2025-2026 school year, Ms. McDonough requested "clarification" from Principal Turnbull and Principal Riley as to why she and Mr. Ridge were no longer allowed to regularly attend FCA meetings. She was again advised that their regular attendance at FCA's meetings was not permissible based upon the Establishment Clause of the Constitution and such attendance violated the limitations of the Equal Access Act.

15. Ms. McDonough requested that I meet with her and other adult FCA members to discuss reconsideration of their request that they be allowed to attend all FCA club meetings; that meeting was scheduled for October 25, 2025.

16. As stated previously, the FCA clubs continued to run through the 2025-2026 school year. On or about October 9, 2025, Principal Riley provided me with a copy of a flyer, apparently distributed to FCA students, which contained a "script" to be read by students at the upcoming Board of Education meeting. A true and accurate copy of the flyer is attached hereto as **Exhibit C**.

17. On October 13, 2025, the Board of Education held its regular meeting. During the public session of that meeting, an FCA student member approached the microphone and read,

verbatim, the script set forth in **Exhibit C**. A video of the meeting can be found here: https://www.youtube.com/live/beoqQqOcddQ and the student's comments begin around 1:44:40. The student did not read the that portion of the statement which read: "Important note: Students SHOULD NOT say anything about Carolyn LEADING at all in the club or in prayer, etc.*"

18. On or about October 25, 2025, I, and Principal Riley, met with Ms. McDonough, Mr. Ridge, and Mr. Harry Flaherty. FCA continued to request that its adult volunteers be allowed to attend all FCA meetings. I reiterated that, as individuals who are not associated with or invited by the District, they were not allowed to regularly attend the FCA meetings as they had done in the past because to do so violated the Equal Access Act. I also informed the FCA representatives that the FCA clubs themselves were permitted to continue to meet during their lunch periods.

19. I displayed **Exhibit C** to the FCA representatives during this meeting and informed them that the flyer was found in a CHS hallway after an FCA meeting. I also advised that a student had spoken at the October 13, 2025 board meeting and read from the script except for the "Important note" section. Although Ms. McDonough denied authoring the letter, the two other FCA representatives who were present were visibly upset with Ms. McDonough.

20. There are numerous other clubs at CHS and TMS, including religious, cultural and political clubs which, from time to time, invite outside individuals to their meetings. I am not aware of any clubs where outside individuals, who are not formally associated with the District, regularly attend club meetings. In fact, FCA was the only student-initiated club that historically had been permitted this access.

21. Contrary to Ms. McDonough's assertion, the District did not change its policy to apply to religious clubs only; it simply enforced the previously established policy which FCA

had not been following. FCA was the only club that met during the school day and where outside, non-District invited guests attended almost every meeting. FCA was receiving "special access" as no other clubs had such outside individuals regularly attending their meetings. (See Certification of Carolyn McDonough, ¶25). Board Policy 5842, "Equal Access of Student Organizations" was adopted by the Board on or about April 27, 2009 in accordance with 20 *U.S.C.A.* 1701 et seq. A true and accurate copy of that policy is annexed hereto as **Exhibit D**.

22. The District does not dispute that other student clubs invite guest visitors to their meetings; FCA has that same ability; they are just not permitted to have the additional access that they enjoyed previously before this situation came to the attention of the administration and the Board.

23. In addition to their regular attendance at meetings, Ms. McDonough's certification raises other significant concerns when she indicates that adult volunteers were regularly involved with the students, on school premises, during the school day. *See* McDonough Certification, ¶¶ 15-16 ("[Regular access] is vital… in order to provide religious training for student leaders… on the school's campus.").

24. To be clear, neither Ms. McDonough nor Mr. Ridge were informed that they were prohibited from attending any FCA huddle meetings on campus; they were informed that they were not allowed to regularly attend those meetings. In fact, at the end of the 2025-2026 school year, at the request of one of the FCA students, Ms. McDonough was permitted to attend the FCA club at CHS for its end of year meeting on June 11, 2026.

25. At no time were FCA representatives advised that clubs themselves were not permitted to run; at no time were FCA representatives informed that student participation in the clubs was limited in any fashion.

26. FCA clubs at both CHS and TMS continued to run through the end of the 2024-2025 school year and the 2025-2026 school year. They are scheduled to run for the present 2026-2027 school year.

27. At no time has the District limited or otherwise restricted students the ability or right to participate in FCA or any other club, religious or otherwise.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Rosetta D. Treece, Ed.D.
ROSETTA TREECE, Ed.D.

Dated: September 3, 2026

# Exhibit A

# Collective Bargaining Agreement

**By and Between**

## Hopewell Valley Regional Board of Education

**And**

## Hopewell Valley Education Association

**For**

**2025-2026 through**
**2027-2028**

Appendix B

# EXTRA-CURRICULAR ACTIVITIES
## ECA ACADEMIC/STUDENT INTEREST

| Level 1 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| Marching Band Director | CHS | 20 | $ 6,961 | $ 7,284 | $ 7,606 | $ 7,959 | $ 8,310 | $ 8,703 | $ 9,095 |
| Robotics Advisor | CHS | 20 | $ 6,961 | $ 7,284 | $ 7,606 | $ 7,959 | $ 8,310 | $ 8,703 | $ 9,095 |

| Level 2 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| DECA Coordinator | CHS | 20 | $ 5,778 | $ 6,097 | $ 6,416 | $ 6,736 | $ 7,054 | $ 7,373 | $ 7,693 |
| FBLA Coordinator | CHS | 20 | $ 5,778 | $ 6,097 | $ 6,416 | $ 6,736 | $ 7,054 | $ 7,373 | $ 7,693 |
| Musical Choreographer | CHS | 7 | $ 5,778 | $ 6,097 | $ 6,416 | $ 6,736 | $ 7,054 | $ 7,373 | $ 7,693 |
| Musical Drama Director | CHS | 7 | $ 5,778 | $ 6,097 | $ 6,416 | $ 6,736 | $ 7,054 | $ 7,373 | $ 7,693 |
| Musical Vocal Music Director | CHS | 7 | $ 5,778 | $ 6,097 | $ 6,416 | $ 6,736 | $ 7,054 | $ 7,373 | $ 7,693 |

| Level 3 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| Assistant Marching Band Director | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Assistant Robotics Advisor | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Color Guard Design/Choreog/Instr | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Color Guard Director | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Dramatic Production Director/Thespian Advisor | CHS | 5 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Fall Dramatic Production Director | CHS | 5 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Indoor Winter Percussion Director | CHS | 7 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Percussion Instructor/Arranger | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Senior Class Advisor | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| TMS Musical Director | TMS | 5 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |
| Yearbook Advisor | CHS | 20 | $ 4,929 | $ 5,210 | $ 5,491 | $ 5,771 | $ 6,051 | $ 6,334 | $ 6,614 |

| Level 4 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| CHS Concentrated Studies Advisor | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| CHS Jazz Ensemble Director | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| CHS Peer Leadership Corp | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| CHS Student Council | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| CHS VOX Jazz Ensemble Director | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| Elem Mini Musical | ELEM | 5 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| Junior Class Advisor | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| Model Congress | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |
| Model United Nations | CHS | 20 | $ 3,938 | $ 4,156 | $ 4,366 | $ 4,578 | $ 4,788 | $ 5,000 | $ 5,212 |

| Level 5 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| Assistant Color Guard Director | CHS | 5 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| Assistant Fall Percussion Director | CHS | 5 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| Assistant Indoor Winter Color Guard Director | CHS | 7 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| Assistant Winter Percussion Director | CHS | 7 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| CHS National Honor Society Advisor | CHS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| CHS Winter Musical Orchestra Director | CHS | 7 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| Marching Band Field Instructor | CHS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| TMS Assistant Musical Director | TMS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| TMS Jazz Ensemble Director | TMS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| TMS Select Vocal Ensemble Director | TMS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| TMS Student Council Advisor | TMS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |
| Yearbook | TMS | 20 | $ 3,638 | $ 3,804 | $ 3,971 | $ 4,137 | $ 4,302 | $ 4,468 | $ 4,634 |

| Level 6 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| Bulldog News Advisor | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| ESports Advisor | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| Forensic - Debate Advisor | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| Freshman/Sophomore Class Advisor | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| High School Choir Director | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| Musical choreographer | TMS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| Timberlane Peer Leaders Advisor | TMS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| TMS Kindness Ambassador | TMS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| TMS Newspaper/Social Media Liaisons Advisor | TMS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| Washington Seminar Director | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |
| World Lang Exchange Advisor | CHS | 20 | $ 3,154 | $ 3,325 | $ 3,496 | $ 3,668 | $ 3,838 | $ 4,011 | $ 4,184 |

| Level 7 | Location | Payouts | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|
| Art Club | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Best Buddies | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Certamen Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| CHS Literary Magazine Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| CHS Shakesperience Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Dungeons & Dragons Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Elementary Student Council Advisor | ELEM | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Garden Club | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Green Team | ELEM | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| HOSA Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Makers Club | TMS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Math League | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Model W.H.O. | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Operation Smile | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Outdoor Club Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Photography Club | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Science League Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Ski and Snowboard Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| SMAC Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| SPECTRUM Club | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| SupportHER Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| TMS Literary Magazine Advisor | TMS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Unified Club Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| World Language Enrichment Advisor | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Youth Advisory Board | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |
| Youth Environmental Society (YES) | CHS | 20 | $ 1,568 | $ 1,597 | $ 1,626 | $ 1,654 | $ 1,684 | $ 1,713 | $ 1,742 |

| Level 8 | Payouts | 2025-2028 |
|---|---|---|
| Overnight Chaperone (per night)* | | $110 |
| **Level 9** | **Payouts** | **2025-2028** |
| Professional Hourly Rate** | | $54 |
| **Level 10** | **Payouts** | **2025-2028** |
| CHS Detention/Late Bus Duty (per hour) | | $33 |
| Event Hourly Rate **** | | $33 |
| General Hourly Rate*** | | $33 |
| TMS Detention/Late Bus Duty (per hour) | | $33 |
| **Level 11** | **Payouts** | **2025-2028** |
| Drivers Education (Behind the Wheel) (per hour) | | $47 |

| Level 12 - Duties/Supervision/Mentorship Stipends | Payouts | 2025-2026 | 2026-2027 | 2027-2028 |
|---|---|---|---|---|
| Athletic Site Supervisor (Fall) | 5 | $ 3,836 | $ 3,962 | $ 4,093 |
| Athletic Site Supervisor (Spring) | 5 | $ 3,836 | $ 3,962 | $ 4,093 |
| Athletic Site Supervisor (Winter) | 7 | $ 4,721 | $ 4,877 | $ 5,038 |
| Assistant PAC Director (Fall) | 5 | $ 3,836 | $ 3,962 | $ 4,093 |
| Assistant PAC Director (Spring) | 5 | $ 3,836 | $ 3,962 | $ 4,093 |
| Assistant PAC Director (Winter) | 7 | $ 4,721 | $ 4,877 | $ 5,038 |
| CHS PANDA Advisor | 1 | $ 523 | $ 540 | $ 558 |
| CHS TATU Advisor | 1 | $ 523 | $ 540 | $ 558 |
| CHS Wellness Coordinator (per year) | 20 | $ 5,902 | $ 6,096 | $ 6,297 |
| CHS/TMS AM Duty | 20 | $ 1,321 | $ 1,365 | $ 1,410 |

# Exhibit B

FREEDOM FROM RELIGION *foundation*

P.O. BOX 750 • MADISON, WI 53701 • (608) 256-8900 • WWW.FFRF.ORG

March 13, 2025

**SENT VIA U.S. MAIL & EMAIL:**
**rosettatreece@hvrsd.org**

Rosetta Treece
Superintendent
Hopewell Valley Regional School District
425 S Main St.
Pennington, NJ 08534

Re: Unconstitutional adult-led religious club

Dear Superintendent Treece:

I am writing on behalf of the Freedom From Religion Foundation (FFRF) regarding a constitutional violation occurring in Hopewell Valley Regional School District. FFRF is a national nonprofit organization with over 40,000 members across the country, including more than 800 members in New Jersey. Our purposes are to protect the constitutional principle of separation between state and church, and to educate the public on matters relating to nontheism.

A concerned District community member has informed us that outside adults are being permitted to enter Timberlane Middle School to lead the school's chapter of the Fellowship of Christian Athletes. We understand that the FCA meets on Wednesdays during the lunch period.

We write to ask that you take immediate action to ensure that the FCA chapter at Timberlane Middle School is entirely student-initiated and student-led.

It is well settled that public schools may not show favoritism towards or coerce belief or participation in religion. *See generally Lee v. Weisman*, 505 U.S. 577 (1992); *Wallace v. Jaffree*, 472 U.S. 38 (1985); *Epperson v. Arkansas*, 393 U.S. 97 (1967); *Sch. Dist. of Abington Twp. v. Schempp*, 374 U.S. 203 (1963); *Engel v. Vitale*, 370 U.S. 421 (1962). A public school may not give outside religious representatives special access to students for the purpose of promoting religion and proselytizing students, including leading students in religious activities during school-sponsored club meetings.

Further, the District may not allow outside adults or organizations to lead, organize, or regularly participate in "student" religious clubs. The Equal Access Act dictates the limited extent to which religious clubs may exist in public schools. The EAA requires that "nonschool persons may not direct, conduct, control, or regularly attend activities of student groups." 20 U.S.C. § 4071(c)(5). Any religious student clubs, such as FCA, must be bona fide student clubs that are student-led and student-organized. Outside adults cannot regularly attend FCA activities and any school staff in attendance may only participate in a supervisory capacity. Here, we are informed

that outside adults are regularly participating in, attending, and leading Timberlane FCA activities, all in violation of both the EAA and the First Amendment.

Schools cannot constitutionally allow religious organizations to treat schools as a recruiting ground for their religious mission. The District's practice of allowing outside religious representatives unique access to its students demonstrates unconstitutional favoritism not only for religion over non-religion, but in this case Christianity over all other faiths. The District's actions needlessly alienate and exclude those students who are a part of the 49 percent of Generation Z who are religiously unaffiliated.[1]

In order to comply with the Constitution, we ask that the District investigate and ensure that outside adults are not permitted to regularly lead, attend, or participate in student religious clubs, including FCA. Please respond in writing with the steps Hopewell Valley Regional School District is taking to address this matter. Thank you for your time and attention.

Sincerely,

Madeline Ziegler

Madeline Ziegler
Staff Attorney

[1] Ryan P. Burge, *2022 Cooperative Election Study of 60,000 respondents*, Apr. 3, 2023, www.religioninpublic.blog/2023/04/03/gen-z-and-religion-in-2022/.

# Exhibit C

Hello,

My name is _____ and I'm a member of the Fellowship of Christian Athletes (FCA) at HVRSD/TMS. Our club is student-led, and we've been very grateful for the ongoing encouragement and support from our volunteers, Carolyn and Ken, who have consistently been there for us over the years. They've always shown up with kindness, helpful insight, and even treats like pizza and donuts that make our meetings extra special.

We recently learned that there's a new policy preventing them from coming into the school, and we're hoping to better understand why. Could you please explain the reasoning behind this decision and what the policy specifically states? We've noticed that other nearby school districts still allow FCA volunteers to participate, and we're wondering why Hopewell Valley's policy is different.

Thank you for taking the time to consider our question and for supporting student clubs like ours.

Sincerely,

[Student Name]

* Important note: Students SHOULD NOT say anything about Carolyn LEADING at all in the club or in prayer, etc. *

# Exhibit D

| | |
|---|---|
| Book | Policies |
| Section | 5000 Series: Pupils |
| Title | Equal Access of Student Organizations |
| Code | 5842 |
| Status | Active |
| Legal | 20 U.S.C.A. 1701 et seq.<br>United State Department of Education - Guidance on Constitutionally Protected Prayer in Public Elementary and Secondary Schools |
| Adopted | April 27, 2009 |
| Last Revised | February 1, 2024 |
| Last Reviewed | May 20, 2024 |
| Prior Revised Dates | April 2003, POLICY ALERT No. 232 Feb 2024 |

## 5842 EQUAL ACCESS OF STUDENT ORGANIZATIONS

The Board of Education will permit the use of school facilities by student-initiated organizations for non-curricular student activities. A student-initiated organization, regardless of the size of the group, will not be denied an opportunity to meet and use school facilities on the basis of any of the protected categories listed at N.J.A.C. 6A:7-1.1(a) or the political, philosophical, or other content of the speech at their meeting.

An application for permission to meet on school premises shall be made to the Principal or designee, who shall grant permission provided it is determined that:

1. The activity has been initiated by students;

2. Attendance at the meeting is voluntary;

3~~4~~. The meeting is for a lawful purpose;

4~~5~~. The meeting does not materially and substantially interfere with the orderly conduct of instructional activities in the school;

5~~6~~. Non-school persons do not direct, conduct, control, or regularly attend the activity; and

6~~7~~. The activity is adequately supervised by appropriately certified school district staff.

A student-initiated group granted permission to meet on school premises shall be subject to the same rules and regulations that govern the meetings of student organizations sponsored by this Board, except as provided by this Policy.

Participation in a student-initiated meeting must be available to all students who wish to attend and cannot be denied on the basis of any of the protected categories listed at N.J.A.C. 6A:7-1.1(a) The Board will not permit the organization of a fraternity, sorority, or secret society in accordance with N.J.S.A. 18A:42-5 and 18A:42-6.

Access to school facilities by student organizations will be provided within the governing principles of the First Amendment of the Constitution of the United States.

School district staff involvement in student organizations shall be in accordance with the governing principles of the First Amendment of the Constitution of the United States.

An appropriately certified staff member shall be assigned to attend a student-initiated meeting in a custodial capacity and shall not participate in the activity while serving in this custodial capacity. No teaching staff member shall be required to attend a student-initiated meeting if the content of the speech at the meeting is contrary to their beliefs.

The Principal or designee may take such actions as may be necessary to maintain order and discipline on school premises and to protect the safety and well-being of students and staff members.

20 U.S.C.A. 1701 et seq.

United State Department of Education – Guidance on Constitutionally Protected Prayer in Public Elementary and Secondary Schools

**N.J.A.C. 6A:7-1.1; 6A:7-1.3**

Revised: Feb 2024

Reviewed By Policy Committee: April 12, 2024

First Read by Board of Education: April 29, 2024

Second Read: May 20, 2024