Katherine A. Gilfillan, Esq.
Eric I. Bueide, Esq.
**SCHENCK, PRICE, SMITH & KING LLP**
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932
(973) 539-1000
*Attorneys for Defendants, Board of Education of the Hopewell Valley Reg. Sch. District and Rosetta Treece in her Official Capacity.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Action No. 3:26-cv-10163<br><br>**CERTIFICATION OF PATRICIA RILEY**<br><br>***Document Filed Electronically*** |

I, PATRICIA RILEY, being of full age and capacity hereby certify as follows:

1. I am currently the Principal of Central High School (the "School" or "Central") within the Hopewell Valley Regional School District ("HVRSD" or "District") and have held this position since July 2020. I have personal knowledge of the facts set forth herein by virtue of my involvement in these proceedings and my review of the District's records.

2. I make this certification in opposition to Plaintiffs' application for a preliminary injunction in this matter based upon my own personal knowledge of the facts set forth herein and by virtue of my review of the records maintained by HVRSD in its regular course of business.

3. The Fellowship of Christian Athletes ("FCA") has operated a club at Central High School since before I became the Principal. The club meets on Thursdays between 11:14 a.m. and 11:58 a.m. which is the students' unit lunch period. While the club is scheduled to meet weekly, there are times, based on the school's schedule and students' availability, that it does not meet every week.

4. From the inception of my principalship, Carolyn McDonough ("Ms. McDonough"), who is not affiliated with the High School other than being an alumnus, has regularly attended FCA meetings.

5. From the inception of my principalship, the club has been supervised by Susan Hart ("Ms. Hart"), a Central High School staff member.

6. Central High School has well over seventy-five student clubs and activities. A listing for the clubs that are running for the 2026-2027 school year is annexed hereto **as Exhibit A**. Any student is welcome to establish a new club fitting their interest provided that there is sufficient student interest and the students are able to identify a certificated staff member who is willing to supervise the club, at least initially, without compensation.

7. FCA is the only club of which I am aware, that has the same outside individuals regularly attend club meetings and which club meetings are held during the school day and on school premises.

8. In or around March 2025, Hopewell's Superintendent, Dr. Rosetta Treece, asked whether the FCA meetings were being regularly attended by outside individuals. As I had personally observed Ms. McDonough being present regularly and because our protocols require that all outside individuals who visit the schools during the school day sign into our visitors' book, I was aware that Ms. McDonough regularly attended FCA meetings. Attached hereto as **Exhibit B** is a copy of the visitors' log for the 2024-2025 school year which has been redacted to protect the visitors' names and the reason for the visit to the extent that the information contained therein reveals otherwise confidential information. Attached hereto as **Exhibit C**, is a copy of the redacted visitors' log for the 2025-2026 school year.

9. The 2024-2025 visitors' log demonstrates that Ms. McDonough and Ken Ridge ("Mr. Ridge") regularly attended the FCA meetings.[1] No other club had any outside visitors regularly attend a club meeting during the 2024-2025 school year during the school day.

10. Upon learning that these individuals regularly attended FCA meetings, Dr. Treece advised that, based upon the Board Solicitor's advice, this would violate

[1] For the Court's reference, BHAT refers to a community-based mental health counseling agency; it is not a club. Further, although Ms. Hart advised me on or about May 17, 2026 that she would not be continuing as FCA's the staff advisor for the upcoming year, CHS has identified two alternative staff members to supervise FCA for the 2026-2027 school year.

the Establishment Clause of the First Amendment of the Federal Constitution, the Equal Access Act and Board Policy. As such, these individuals would not be permitted to regularly attend FCA meetings in the future.

11. Based on the foregoing, I advised Ms. Hart that the FCA visitors, who had been regularly attending FCA meetings, were not permitted to attend FCA meetings. As there were no other clubs that invited or requested outside individuals to regularly attend their meetings during the 2024-2025 school year during the school day, this did not apply to any other student club.

12. At no time was Ms. Hart, Ms. McDonough or Mr. Ridge advised that FCA students could no longer meet nor was there any change to where and when FCA was meeting.

13. I received a couple of questions from parents at the commencement of the 2025-2026 school year inquiring whether the FCA club would continue to run that year. I informed anyone who inquired that the FCA would continue to run as it had and that members would continue to be able to engage in prayer during club time and various community events, including the Meet Me at the Flagpole which is a National day of prayer.

14. At the commencement of the 2025-2026 school year, I received communication from Ms. Hart inquiring about the completion of Ms. McDonough's paperwork and logistics involving the FCA meeting space. I confirmed space for the FCA students to meet for the upcoming year and reiterated that the outside individuals would not be permitted to regularly attend FCA

meetings in accordance with legal advice. Attached hereto as **Exhibit D** is a copy of my email exchange with Ms. Hart and Ms. McDonough.

15. The FCA Club continued to meet during the 2025-2026 school year at lunch time, during the school day. No other club had any outside individuals regularly attend club meetings during the school day. (*See* **Exhibit C**).

16. I met with Ms. McDonough on or about October 7, 2025. While FCA students had expressed a desire for FCA's "mentors" to attend their meetings regularly, this did not alter the fact that the law did not allow for such attendance.

17. On October 7, 2025, a teaching staff member approached me and advised me that she had found a document in the School's hallway on the same day that the FCA club had met. A true and accurate copy of that document is attached hereto as **Exhibit E**. I forwarded a copy of the statement to Dr. Treece that same day.

18. On or about April 20, 2026, I received an email from an FCA student requesting that Ms. McDonough be permitted to attend one of their meetings.

19. I forwarded this request to the Superintendent and advised that FCA volunteers had not attended any meetings during the 2025-2026 school year to date. The Superintendent approved the request. and I informed the student of that approval on or about April 23, 2026. Attached hereto as **Exhibit F**, is a copy of the student's request (redacted of name) and my response.

20. Additionally, towards the end of the 2025-2026 school year, Ms. Hart verbally requested that Ms. McDonough be permitted to attend an FCA meeting so that the students were able to share a cake for Ms. McDonough's engagement. That request was also approved. Attached hereto as **Exhibit G**, is a copy of Ms. McDonough's email, and my response, acknowledging her attendance.

21. I again received questions during the 2025-2026 school year from students requesting clarification of whether FCA was permitted to run for students and whether outside volunteers were able to regularly attend these meetings. I have advised anyone who has requested clarification that FCA is being run as it has in the past but that in compliance with our Board policy, outside volunteers would not be permitted to regularly attend these meetings.

22. At no time, has the District limited or otherwise restricted students' ability or right to participate in FCA or any other club, religious or otherwise.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Patricia Riley
PATRICIA RILEY

Dated: September 3, 2026

# Exhibit A

# HOPEWELL VALLEY CENTRAL HIGH SCHOOL

# CLUBS & ACTIVITIES 2026-2027

There is a place for everyone at HVCHS…

**A wide selection of extra-curricular activities are available to Hopewell Valley Central High School students. These clubs and activities enable students to meet different people, learn new skills, explore special interests, have fun, and enjoy a sense of belonging to the school community.**

**The list below includes many of the activities; a complete list appears in the student handbook. Morning announcements and posters in the hallways provide information on organizational meetings, or students may speak to the advisors listed below. We encourage all students to join in an activity that fulfills their interests.**

## STUDENT GOVERNMENT

**Student Council** — **Advisors - Mr. Dennis Atkinson, Ms. Kristen Gengler**

Officers are elected in early spring, and general members are selected through an application/interview process. Student Council responsibilities include planning for homecoming, dances, pep rallies, community service events, and teacher appreciation events while representing student interests to the administration, faculty, and school board.
Website: https://sites.google.com/hvrsd.org/student-council

**Class Officers**

Class officer elections take place in the spring. Class officers plan class activities and raise funds for the class.

**Freshman Class Advisors - 2030**

**Sophomore Class Advisors - 2029**
Ms. Selena Carrigan

**Junior Class Advisors - 2028**
Ms. Elizabeth Dykty
Ms. Sarah Golkov

**Senior Class Advisors - 2027**
Ms. Samantha Chen
Mr. Ryan Tobin

## ACADEMIC HONOR SOCIETIES

**Mu Alpha Theta** **Advisor - Ms. Teresa Misiak**

Mu Alpha Theta is dedicated to promoting the enjoyment of mathematics, encouraging advanced studies in mathematics, and developing a lasting interest in mathematics. We participate in various math contests and provide extra help sessions for students.

**National Honor Society** **Advisor - Ms. Selena Carrigan**

Membership in the Hopewell Valley Central High School Chapter of the National Honor Society is clear evidence of a student's achievements in both the school and community. Students are selected based on the nationally recognized areas of scholarship, service, leadership, and character upon which the society was created. This is one of the highest honors a high school student can achieve; therefore, there are established guidelines. Only current Juniors and Seniors are considered for membership. Please see your Student Handbook for details.
Website:
https://sites.google.com/hvrsd.org/chsnhs20-21/home/general-chapter-information

**National Art Honor Society** **Advisor - Ms. Lora Durr**

A service organization sponsored by the National Art Education Association.

**National English Honor Society** **Advisor - Mr. Andrew Paull**

The National English Honor Society is the world's largest discipline-specific honor society for high school students who are captivated by English language and literature.

**National Honor Society for Dance Arts (NHSDA)** **Advisor - Ms. Gabrielle Cook**

The National Honor Society for Dance Arts (NHSDA) recognizes outstanding artistic merit, leadership, and academic achievement in dance studies. Students can earn induction by demonstrating merit in HVCHS dance activities and additional dance work in the community. In addition to recognizing outstanding students, our membership strives to promote life-long learning in the field of dance and appreciation for dance as an art form by engaging with the HVCHS and the greater HV community. Scholarships, master classes, and performance opportunities are available to inducted members.

**National STEM Honor Society (NSHS)** **Advisor - Ms. Margarita Trujillo**

The purpose of the National STEM Honor Society is to ignite and nurture students' interest in science, technology, engineering, and mathematics by providing engaging, hands-on learning experiences that are both fun and accessible. Through a variety of activities—including teamwork projects, creative problem-solving challenges, and presentations from experts on emerging technologies—students will have the opportunity to explore diverse STEM fields, develop critical skills, and cultivate innovation. Additionally, the society fosters community involvement and aims to build a culture of STEM awareness and literacy that prepares students for the future. This club is open to sophomores, juniors, and seniors.

**National Technical Honor Society (NTHS)** **Advisor - Ms. Teresa Thorwart**

The National Technical Honor Society (NTHS) is a prestigious club that recognizes and honors outstanding student achievement in career and technical education. Members

demonstrate not only academic excellence but also leadership, dedication, and a commitment to high moral standards. This club provides a platform for students to excel in technical fields and holds STEM outreaches in order to promote involvement in STEM.

**Rho Kappa Social Studies Honor Society** **Advisors - Ms. Janaleigh Olszyk**
**Mr. Jeffrey Parkinson**

Rho Kappa Social Studies Honor Society is the only national organization for high school juniors and seniors that recognizes excellence in the field of social studies. Rho Kappa provides national recognition and opportunities for exploration in social studies. The mission and purpose of this organization are: to promote scholarship and to recognize academic excellence in social studies, to provide through its local chapters opportunities for exploration in social studies in secondary school environments and the community, and to encourage interest in, understanding of, and appreciation for social studies.

**Thespian Honor Society** **Advisor - Ms. Katie Rochon**

The International Thespian Society (ITS) is the Educational Theatre Association's student honorary organization. ITS recognizes the achievements of high school and middle school theater students. Since 1929, EdTA has inducted more than 2 million Thespians into ITS. Hopewell Valley's troupe, number 7964 was founded four years ago and now has close to 50 members in grades 9-12.

**Science National Honors Society** **Advisor - Dr. David Angwenyi**

Science National Honor Society is a co-curricular activity for students in 9th through 12th grade who are in good academic standing per HVRSD academic standards and policies. The club recognizes and celebrates students interested in science by promoting academic excellence and motivating them to strive for success in their scientific pursuits. The club aims to foster a sense of community by allowing members to share their passion for science in a supportive and fun environment where students can collaborate, share ideas, and engage in scientific discussions.The club emphasizes leadership and service by helping students prepare to participate in leadership roles, projects, and competitions related to science while learning the value of giving back and becoming well-rounded individuals. The club allows students to enhance their college applications, scholarships, and future opportunities and provides them with networking opportunities, skill development, and avenues for community service.

## BUSINESS EDUCATION

**DECA** **Advisor - Mr. Aaron Oldfield**

DECA is a co-curricular, student-oriented organization designed to provide learning activities that develop marketing, management, and entrepreneurial skills. Students enrolled in Marketing I, Marketing II, or Co-op get involved in competitive business events during Regional, State, and International Conferences. The regional conference is held one day in January; the state conference is held three days in February or March, with the possibility of attending the national competition for five days in April.

**FBLA** **Advisor - Ms. Suzanne Brown**

Future Business Leaders of America (FBLA) is the largest business career student organization in the world with over 250,000 members globally. The FBLA is a nonprofit

association that brings business and education together in a positive working relationship through innovative leadership and career development programs. These recognition programs are designed to provide personal, business, and leadership development opportunities. FBLA is also a service organization, participating in various fundraising, volunteer, charity, and community activities. At regional (January) and state-based (March) leadership conferences, students compete in events testing their business knowledge and skills. Top state finalists are eligible to compete for honors at the National Leadership Conference hosted in a different US location each summer.

## CIVICS AND PUBLIC SPEAKING

**Debate Team** **Advisor - Ms. Kathryn Henderson**

The Debate Team is most active in the fall when it participates in the Mercer County National Forensic Debate League. Competitions take place on Thursdays, September through the beginning of November. The team also participates in a speech competition and in a Lincoln-Douglas debate tournament in the spring. There is a JV and a Varsity team; anyone is welcome to join.

**Mock Trial Club** **Advisors - Ms. Janaleigh Olszyk**
**Mr. Paul Tkacs**

High School Mock Trial is an academic competition where students step into the roles of attorneys and witnesses to simulate a realistic courtroom trial. Guided by official rulebooks and legal cases, team members analyze complex evidence, draft strategic opening and closing statements, and practice direct and cross-examinations. During competitions, students present their case to judges and legal professionals, who score them not just on their knowledge of law and objections, but on their critical thinking, public speaking, and spontaneous problem-solving under pressure.

**Model Congress** **Advisor - Ms. Lisa Sandstrand**

Model Congress is an engaging and dynamic program that allows students to simulate the legislative process of the United States Congress. It allows students to propose, debate, and vote on legislation in a mock legislative environment, much like members of Congress do

**Model United Nations (U.N.)** **Advisor - Ms. Lisa Sandstrand**

Students discuss important issues in and out of school with other students and learn about the U.N. Model United Nations meetings are held once a week, with up to 3 weekend conferences.

**Student Health Organization (HV SHO)** **Advisor -**

The Student Health Organization (HV SHO) Club will learn and educate others about global health issues with a major focus on programs that alleviate poverty and improve education. HV SHO members will actively participate in various fundraisers and/or events that help communities around the world regarding education and health crises such as the COVID-19 pandemic. Locally, HV SHO members may be able to volunteer at local community organizations. On a larger scale, HV SHO members will also be allowed to participate in conferences. In the past, members have been instrumental in supplying tools for malaria prevention and clean water initiatives.

## MATH

**Math League** **Advisor - Mr. Jay Steinberg**

Try-outs are open to all students with excellent math skills, and students in higher-level math courses. Teams are formed on a first-come basis, with top scorers from previous meets given priority. Members compete in ten interscholastic meets each year at various schools. Each meet consists of a ten-question, hour-long test. Math League meets once or twice a month.

## MUSIC - A CAPELLA

**Con Brio** **Advisor - Mr. Randy White**

Con Brio is a mixed voice A Cappella group that requires an audition for acceptance. Students audition in the fall of each year. Acceptance to this group is highly competitive and all rehearsals take place outside of the school day. The group performs a wide variety of sacred, secular, pop, contemporary, and A Cappella repertoire.

**U Got Male** **Advisor - Mr. Randy White**

U Got Male is a student-led a cappella group for anyone who sings Tenor or Bass - no audition required. Most rehearsals take place outside of the school day. The group performs a wide variety of pop and contemporary a cappella repertoire.

**She Major** **Advisor - Mr. Randy White**

She Major is a student-led a cappella group for anyone who sings Soprano or Alto - no audition required. Rehearsals vary between lunches in the choir room and outside of the school day. The group performs a wide variety of pop and contemporary a cappella repertoire.

**Take Notes** **Advisor - Mr. Randy White**

Take Notes is a student-led a cappella group open to singers of any voice type. There is no audition required to join and the group is open to all grades. Rehearsals typically take place during lunch in the choir room. Take Notes performs a wide variety of pop and contemporary a cappella repertoire.

## MUSIC

**All-State Choir** **Advisor - Mr. Randy White**

The All-State Choir is a highly competitive ensemble of singers hailing from high schools throughout the entire state of New Jersey. Students audition for All-State Choir in the spring of each school year to perform in the Fall of the next school year. The All-State Choir performs challenging literature under the direction of a nationally recognized guest conductor at the NJEA Convention in Atlantic City and the New Jersey Performing Arts Center in Newark. There are four mandatory Saturday rehearsals in addition to the performance weekend during the NJEA Convention. Interested singers must be enrolled

in a curricular choral music class at Central High School to be eligible to audition, although they need not have participated in Region Choir.

**All-State Orchestra** **Advisor -** **Ms. Judy Morse**

The All-State Orchestra is a highly competitive full orchestra of instrumentalists hailing from high schools throughout the state of New Jersey. Students audition for All-State Orchestra in the spring of each school year to perform in the Fall of the next school year. The All-State Orchestra performs challenging literature under the direction of a nationally recognized guest conductor at the NJEA Convention in Atlantic City and the New Jersey Performing Arts Center in Newark. Interested instrumentalists must be enrolled in band or orchestra at Central High School **and** have been accepted into this year's Region Band or Orchestra to be eligible to audition.

**Region Choir, Band, and Orchestra** **Advisor -** **Mr. Andre Harding**
**Ms. Judy Morse**

These competitive ensembles allow students the opportunity to perform in a high-caliber music ensemble composed of students from high schools throughout Central Jersey under the guidance of a renowned guest conductor. Auditions are typically in December of each school year. The required rehearsals and performances take place in January. To be eligible to audition for one of the regional ensembles, students must be enrolled in the curricular music offering that corresponds to the ensemble for which they would like to audition. Acceptance is highly competitive and students interested in auditioning should seek out their music director as soon as possible.

**All-State Band** **Advisor -** **Mr. Andre Harding**

The All-State Band is a highly competitive wind ensemble of instrumentalists hailing from high schools throughout the state of New Jersey. Students audition for the All-State Band in the winter of each school year and perform at the NJMEA State Conference in February. The band performs challenging repertoire under the direction of a nationally recognized guest conductor. Interested instrumentalists must be enrolled in the band at Central High School and have been accepted into this year's Region Band to be eligible to audition.

**Marching Black and Gold** **Advisor -** **Mr. Andre Harding**

The Hopewell Valley Central High School "Marching Black and Gold" is a marching ensemble comprised of students in grades eight through twelve. The band rehearses three days a week and performs at local competitions sanctioned by USBands, home football games, as well as other school and community events. Students do not have to be enrolled in Symphonic Band to be a member. The marching band consists of brass, woodwind, and percussion instruments, as well as color guard members. Students sign up for the ensemble during the Spring, rehearse periodically throughout the Summer, and perform through the Fall season.

**Color Guard** **Advisor -** **Ms. Samantha Chen**

The color guard is the visual representation of the music performed by the marching band. The color guard rehearses during marching band rehearsals and performs at all the same events. Color Guard incorporates dance and athleticism into a truly unique performance idiom. Students sign up for the ensemble during the Spring, rehearse periodically throughout the Summer, and perform through the Fall season. The color

guard section also has a winter indoor season which goes into April. Admittance is open to all Central High School Students in grades nine through twelve.

**Jazz Ensemble** **Advisor - Mr. Andre Harding**

The Jazz Ensemble is an award-winning competitive group using the "big band" instrumentation of saxophones, trumpets, trombones, and a rhythm section. This ensemble is by audition only. Auditions for the ensemble are in the fall, and rehearsals will be held one night a week. Small group sectionals will be held on a rotating basis throughout the jazz season as well. Performances may include several evening festivals, school concerts, and other community events. Attendance at all full and sectional rehearsals is required. Students enrolled in Symphonic Band will be given first priority in auditioning for the Jazz Ensemble.

**Percussion Ensemble** **Advisor - Mr. Jarett Gaslow**

Beginning in early January, the percussion ensemble will meet one to two nights a week to rehearse. Students will be exposed to a variety of percussion techniques. Admittance to this ensemble is open to all percussionists at Central High School; however, there will be an audition process to determine what instruments best suit each student. The Percussion Ensemble may perform at the spring concert, at local festivals, or at any other performance opportunities that arise.

## PUBLICATIONS

**Panorama - Art & Literary Magazine** **Advisor - Ms. Johanna Claps**

Panorama is a student-run Literary and Art magazine at Hopewell Valley Central High School. The magazine is published twice a year and features writing and artwork from students in grades 9-12. All are welcome to submit their writing and artwork for publication. Students who are interested in the design and publication of Panorama can join the staff. Meetings will be held as needed for review and publication deadlines. Please contact Ms. Claps for more information or visit the Panorama website: https://sites.google.com/hvrsd.org/panorama/home

**School Newspaper – The Bulldog Reporter** **Advisor - Ms. Johanna Claps**

Extra-curricular reporters, photographers, and illustrators work together to create a school newspaper. The newspaper meets once a week throughout the school year. Working with the school newspaper is flexible; students are encouraged to submit articles throughout the year. Layout artists and editors interested in desktop publishing are also needed.

**Yearbook** **Advisor – Ms. Kim Siris**

Open to all, especially photographers, layout editors, and those interested in business management. Work is highly concentrated in fall and winter, but continues through the spring. Emails and periodic meetings will be used for communication with members. Work on the book can easily be done during the school day or at home. Having each grade represented is very important.

## SERVICE CLUBS

**Colin's Kids** **Advisor -** **Ms. Sarah Golkov**

Colin's Kids is a local non-profit organization established to raise awareness of those suffering from a congenital heart defect. Club members will create no-sew blankets and participate in fundraising events throughout the school year.

**ESL Buddies** **Advisor -** **Ms. Kristen Kincaid**

This club is composed of ESL students and other interested students to help the ESL students navigate HVCHS and include them in clubs and activities.

**Key Club** **Advisor -**

Key Club is an international student-led organization that develops initiative and leadership in its members through community service projects and fundraisers. There are over 218,000 members worldwide who demonstrate the highest standards of scholarship, citizenship, and goodwill. Key Club holds twice-a-month, mandatory meetings and as necessary for service projects. There is open membership and a one-time membership fee for the national organization (Kiwanis International).

**Leadership Corps** **Advisors -** **Mr. David Machin**
**Mr. Gary Nucera**
**Ms. Jami Taranto**

The Leadership Corps is a group of upperclassmen who are selected from a pool of applicants and trained to effectively assist the incoming freshman class in making a successful transition to high school. LCs will work with freshman students throughout the school year. Some specific intended outcomes for freshmen include gaining a greater sense of belonging, improving their ability to express themselves in positive and constructive ways, working as a team, learning new problem-solving, making good life choices, and increasing their ability to successfully balance academic/social responsibilities.

**Meals on Wheels** **Advisor -** **Ms. M. Gamelin**

Meals on Wheels is a club open to everyone interested in helping raise money through fundraisers. Meals on Wheels is an organization that provides nutritious meals to homebound seniors. Students meet during lunch, once a month, and plan fundraising activities.

**One Simple Wish** **Advisor -** **Ms. Lauren Cell**

One Simple Wish will meet during lunch to help raise money to support children in foster care.

**Operation Smile** **Advisors -** **Ms. Angela Drake**
**Ms. Kelly Hall**

Operation Smile is an international medical charity that has provided hundreds of thousands of free surgeries for children and young adults in developing countries who

are born with cleft lip, cleft palate, or other facial deformities. It is one of the oldest and largest volunteer-based organizations dedicated to improving the health and lives of children worldwide through access to surgical care. The HVCHS chapter raises money for the global organization.

**P.A.N.D.A.** **Advisor - Dr. Chris Velderman**

PANDA (Preventing Alcohol 'n Drug Abuse), is staffed by students in grades 9-12 selected from a pool of applicants interested in mentoring Timberlane students and promoting a drug and alcohol-free mindset on the high school campus. Members are trained to develop and deliver various types of presentations that present a clear "healthy choices" message.

**Seeds To Sew** **Advisor - Ms. Nanette Younan**

The focus of the Seeds to Sew Club is to fundraise and provide support to a local non-profit organization by creating crafts and other products that directly contribute to the mission of empowering women and educating girls in impoverished areas of the world. Seeds to Sew is a non-profit organization with the mission of improving the lives of women and girls in disadvantaged communities through education and job skills training. The goal is for the women and girls in their programs to use their education and newfound job skills to earn money and support themselves and their communities.

**Scholars United Initiative** **Advisor - Ms. Teresa Thorwart**

Scholars United Initiative is a club that promotes educational equality for students lacking the academic support and resources they need to thrive. This club fundraises money to purchase school supplies and provides them for free to under-resourced children in the local area. It also tutors on the online platform Learn To Be, where club members tutor underprivileged students for free in a variety of subjects. With these two distinct initiatives, the club actively aids young scholars from around the country in being the best students they can be.

**Student Movement Against Cancer (S.M.A.C.)** **Advisor - Mr. David Caldwell**

S.M.A.C. is a student-run club that helps promote cancer awareness as well as provide encouragement and support to local cancer patients and their families. Through fundraising and local events, students will be able to alert the public to the warning signs of the many cancers and hopefully be able to give back to our cancer patients in the local community.

**supportHER** **Advisor - Ms. Heather Rich**

supportHER is dedicated to empowering females as well as raising funds and awareness for girls around the world who have limited opportunities.

**TURN2 (Sports Equipment Donation/Charity)** **Advisor - Ms. Kristen Kincaid**

This club organizes sports equipment donation drives by collecting and redistributing lightly used sports equipment to underprivileged children.

## STEM

**Astronomy Club** **Advisor - Ms. Gabriella Migliore**

The HVCHS Astronomy Club is a place where students can explore the universe together! We are all about diving into the cosmos and learning about the secrets of space. Come explore events like the StarLab, morning star gazing, movie viewings, and hands-on activities. With meetings during lunch and/or after school, there are so many opportunities for all students to enjoy, whether you're an astronomy amateur or an avid enthusiast. Explore the universe with us!

**Robotics Club** **Advisors - Ms. Amanda Graessle**
**Mr. Addison Ault**

293 SPIKE is Hopewell Valley Central High School's FIRST (For Inspiration and Recognition of Science and Technology) Robotics team, which spends six to eight weeks during the winter designing, building, and programming a robot in preparation for regional competitions against teams from around the world. This is a student-led team, but with guidance from our scientists and engineering mentors. Our team wins competitions and awards for creative design, entrepreneurship, engineering, and more. Team members meet once a week in the off-season months, but during the build season in January through March, team members are working on the robot mostly every day. Website: https://293spike.com/

## ACTIVITIES

**Actor-Filmmaker Alliance** **Advisor - Mr. Michael Vitellaro**

One of the hardest parts of video production is finding people willing to participate in the making of it, both actors and crew members. This club gives an opportunity for aspiring directors to connect with students interested in expanding their acting portfolio. Actors could also benefit from this club by collaborating with producers who can help them create resume/talent reels. A place where actors and filmmakers can connect and contribute to production projects both on and off campus where field shoots would take place. Brainstorming ideas, working on your craft and networking. Meetings are once a month in the TV Studio.

**Art Club** **Advisor - Ms. Carolyn McGrath**

Art Club is a student-led experience for people who want to pursue art projects outside of or in addition to HVCHS's Visual Arts offerings. We will explore a variety of different types of art and art media while having fun in a supportive and creative environment.

**Athletes Supporting Athletes** **Advisor - Ms. Morgan Cozze**

To help student-athletes find motivation and to provide support to stay in the game.

**Baking Club** **Advisor - Ms. Johanna Claps**

The baking club hosts monthly baking challenges where club members can learn about the history of popular baked goods and share the results of their baking experiences together. The club also works to partner with other clubs for service projects and to brighten people's day by sharing our passion for culinary arts with the wider school community.

**Best Buddies Club** **Advisors- Ms. B. Garcia-Andrews**
**Ms. Sue Coyer**

The mission of Best Buddies is to establish a global volunteer movement that creates opportunities for 1 to 1 friendships covering the following areas: inclusion, social-emotional learning, and social skills to students.

**Bioethics Drive Safe Club (BDS)** **Advisor - Dr. David Angwenyi**

The Bioethics Safe Driving Club empowers students to make ethical, informed decisions that promote responsible driving and community safety. Through discussions, campaigns, and service projects, members explore how ethical reasoning, empathy, and respect for life guide safe behavior behind the wheel and beyond. The club cultivates ethical awareness and responsible citizenship by engaging students in critical discussions, activities, and outreach that promote safe driving habits, respect for others, and integrity in decision-making.

**Board Game Club** **Advisor - Ms. Kelly Wittkop**

The Board Games Club allows students the opportunity to take part in fun board games of all kinds while making new connections with students from all grade levels. Each week, students may choose from a wide variety of board games available and are welcome to bring their own as well. Fair play and sportsmanship are necessary values to keep the games as fun and fair as possible while promoting problem-solving, higher-level thinking, and teamwork skills that allow for camaraderie, discovery, and enjoyment.

**Book Club** **Advisor - Ms. Elizabeth Dykty**

The Book Club is a student-led club that meets monthly to discuss popular books that are chosen by the group. Meetings are during lunch.

**Chess Club** **Advisor - Ms. Marie-Claude Gamelin**

The Chess Club welcomes players of all levels, from beginners to experienced competitors. Whether you're looking to learn the game, sharpen your skills, or enjoy friendly matches, this club offers a space for both competition and collaboration in a respectful and supportive environment. Our goal is to help every member improve and develop strategic thinking. The club meets on Wednesdays after school from 3:00 to 4:00 PM in the media center. Join us for a game!

**Community Connections** **Advisor - Ms. Marie-Claude Gamelin**

The Community Connections Club aims to introduce HVCHS students to different careers and life experiences within our community. We will survey students to learn about their interests and invite guest speakers for monthly presentations on topics such as cultures, professions, and personal journeys. The club meets once a month during lunch in the Media Center.

**Competitive Programming Club** **Advisor - Ms. Tracy Morgan**

The Competitive Programming Club facilitates students' participation in USACO, an online competitive programming organization in the US. USACO offers competitions geared to all levels of programming, ranging from complete beginners to professionals. USACO has three contests in December, January, and February. Each competition is three hours long and can be taken anytime within a period. The club also introduces

students to the world of competitive programming, which has many benefits, including better job applications and prizes at contests.

**Concentrated Studies** **Advisor - Mr. John Grimaldi**

Concentrated Studies is HVCHS' independent studies program. It allows students to independently pursue a topic or project under the guidance of a faculty advisor and receive course credit for this work on their transcript. Students must typically be juniors or seniors and have prior approval from a prospective teacher/advisor and their counselor before beginning the program. Students must also document 150 hours of independent work during a school year and pass a graded presentation to receive academic credit for this program.

**Culture Connections Club** **Advisor - Ms. Lisa Sandstrand**

This club aims to challenge cultural stereotypes by promoting cultural competency and providing students the opportunity to learn about different cultures through interactive workshops and presentations from cultural representatives within our larger community. Website: https://sites.google.com/hvrsd.org/cultureconnections/home

**Dance Team** **Advisor - Ms. Gabby Cook**

The HVCHS Dance Team is a student-led, teacher-mentored dance group that strives to create community amongst dancers at Central High School. Team members work together to create, rehearse, and perform original dances for school spirit and community events. Auditions for the team are open to all HVCHS students. Find your place with us in the dance studio!

**The Debrief** **Advisor - Ms. Rebecca Mora**

The Debrief is a student-driven current events club where students can share and learn about current events. Through club meetings, students are encouraged to explore a variety of topics through diverse news sources and then to host discussions on the topics presented. All are welcome!

**Dungeons and Dragons Club** **Advisor - Mr. Aaron Lewy**

The Dungeons and Dragons club meets weekly to play the timeless role-playing game DnD. Students can come alone, with friends, or with a full group ready to play multi-week campaigns designed and led by student leaders. Seasoned players and brand-new players are equally welcome!

**eSports Club** **Advisor - Dr. Chris Velderman**

The eSports Club gives students a chance to compete in their favorite games. Students can join or create teams to build vital skills such as strategic thinking, teamwork, collaboration, and goal setting. This club will also provide students with a sense of community and will foster digital citizenship skills.

**Fellowship of Christian Athletes** **Advisor - Ms. Susan Hart**

The Fellowship of Christian Athletes (FCA) is the largest youth organization in the United States. Established in 1954, FCA was created at a grassroots level to challenge athletes and coaches to use the platform of sports to become positive role models at all educational levels. The backbone of FCA is on-campus "huddles." The HVCHS huddle was started by students in 2009 and has been meeting every Thursday during the

school year during lunch. Huddle time together is spent studying and discussing the New Testament gospels and applying the Word to everyday life as a student and athlete. All students and faculty are welcome to attend. FCA is a school-recognized club with volunteer advisors.

**Garden Crew** **Advisor - Ms. Cindi Glover**

If you like being outside, playing in the dirt, eating your veggies, and exploring nature, Garden Crew is for you. We plant, maintain, and harvest the HVCHS Garden and hopefully have a chance to share our veggies with the community. We meet after school throughout the year, but especially in the fall and spring.

**GirlTalk** **Advisor - Ms. Alexa Massari**

GirlTalk is a student-led club that fosters a supportive community for female students to share experiences and discuss topics relevant to their lives. It focuses on promoting self-confidence, leadership skills, and mutual support among its members. The club organizes various activities, including guest speaker sessions, workshops, and social events, to encourage open dialogue and personal growth. GirlTalk aims to create a safe space for young women to connect, inspire each other, and build lasting friendships. Through its initiatives, the club empowers members to navigate their academic and personal lives with confidence and resilience.

**Girls Who Program/Code** **Advisor - Ms. Tracy Morgan**

The Girls Who Program/Code Club will teach and encourage girls who are interested in studying computer science and programming in an environment dominated by females. The club will teach JAVA through the completion of individual and group projects and may also have guest speakers to speak to the club members.

**Hiking and Outdoors Club** **Advisor - Mr. Mark Manning**

The Hiking and Outdoors Club seeks to introduce students to hiking as a form of recreation and exercise. The club seeks to expose students to areas where outdoor recreation takes place, and increase awareness and potential stewardship of open spaces in New Jersey.

**Hopewell Valley Investment Club** **Advisor - Mr. Robert Siris**

The Hopewell Investment Club provides quality financial literacy education and programs to students from all backgrounds and socio-economic levels. We aim to teach finance and investing skills that will last a lifetime and empower students to take control of their financial future. We will have monthly mock investing competitions through Investopedia, and the winners will receive prizes. There will also be other programs run by the organization throughout the year for a chance to compete at the global level. Top club members decided by the mock investment competitions will compete in state-level investing stock pitches.

**HOSA (Future Health Professionals)** **Advisors - Dr. David Angwenyi**
**Ms. Roshni Desai**

HOSA is a national student organization recognized by the U.S. Department of Education and the Health Science Education (HSE) Division of ACTE. HOSA's two-fold mission is to promote career opportunities in the healthcare industry and to enhance the

delivery of quality healthcare to all people. The club will participate in at least one conference in which students will compete in medical-related events.
Website: https://sites.google.com/hvrsd.org/hvchshosa/home

**Jewish American Culture Club (JACC)** **Advisor - Mr. Jay Steinberg**

The Jewish American Culture Club is a welcoming and inclusive space for all students who are interested in learning about, celebrating, and appreciating Jewish culture, traditions, history, and identity. Some goals of the club include the celebration of holidays throughout the year, engaging in acts of tzedakah (charity collecting and donating), and hosting educational speakers or activities during club meetings. All students are welcome to be part of this club regardless of religion or background.

**Photography** **Advisor - Ms. Carolyn McGrath**

Photography Club is an organization for students who are interested in learning about photography: how to compose better images, how to operate a camera (digital or manual), and how to improve image quality. The club also organizes shows to display student work and field trips. If you are interested in becoming a better photographer or learning more about photography, this is the club for you!

**Pickleball Club** **Advisor - Ms. Margaret Tronolone**

All are welcome to join us for monthly gatherings of the ever-growing, popular lifetime activity of Pickleball. The main purpose is to enhance the time spent during the well-enjoyed unit in Wellness class, while getting a chance to get some physical activity during the first half of lunch. It is also a good way to meet more people, socialize, and help work as a team while being inclusive and building community in our town.

**Poetry Club** **Advisor - Dr. Christopher Roebuck**

The HVCHS poetry club is an opportunity for students to gather once a week during lunch to share, read, listen to, compose, and just generally enjoy all things poetry. Students with a love and appreciation for verse or students who aren't quite sure where they stand are both welcome to stop by!

**Powerlifting Club** **Advisor - Mr. Matt Cann**

The Powerlifting Club is focused on improving students' strength, physical wellbeing, and mental health. Students will learn proper lifting techniques, healthy eating habits, and exercise strategies. While the club will focus on the three primary power lifts, squat, bench press, and deadlift, a variety of exercises will be taught and utilized throughout. All students are encouraged to participate.

**Random Acts of Kindness Club (R.A.K.)** **Advisor - Ms. Laura Gordon**

The Random Acts of Kindness Club (R.A.K) was founded with the intent of spreading joy. Members will do acts of kindness in fun, creative ways to spread positivity without expecting anything in return. Providing opportunities to gain service hours and put a smile on someone's face.

**SHADES** **Advisor - Ms. Courtney Verbaro**

SHADES is a student-centered club for black students at HVCHS. Our goal is to have our students, along with adult facilitators, share their experiences, develop a network, and learn from each other. The group will have synchronous in-person and virtual

monthly meetings. Students will be able to participate in fun, low-key activities, share their backgrounds and personal experiences, and develop bonds with other students and staff members who can serve as resources, allies, and sounding boards. Additionally, students will have opportunities to discuss in-school and out-of-school personal experiences, issues, and concerns, as well as to talk about current events and topics.

**Ski and Snowboard Club** **Advisor - Mr. Nicholas Johnson**

This year The Ski and Snowboard Club will return to Camelback Mountain. The package will include 4 Friday night trips starting on the first Friday following Winter Break. Sign-up forms will become available in October and can be found in the Vice Principals' office. Seats are limited and fill up very fast, so be sure to turn in your forms as soon as possible.

**Songwriters Circle** **Advisor - Mr. Joshua Holland**

The Songwriters Circle is an inclusive club of musicians, lyricists, producers, and creatives of all types who are interested in learning more about writing, recording, and releasing songs. Meetings will consist of useful tips and insights into the world of music, including bookings, digital music distribution services, and songwriting craft, as well as opportunities for students to collaborate on music projects and get feedback on projects in progress in a workshop structure. The club will seek to culminate the year with a musical showcase for students to perform their songs in a supportive and appreciative environment.

**South Asian Student Association (SASA)** **Advisor - Ms. Roshni Desai**

The South Asian Student Association (SASA) is a club that celebrates and promotes different aspects of South Asian culture. SASA is a way for students from different South Asian backgrounds to join together and connect with each other over a similar ideal. This is also a great way for people to learn more about South Asian culture as a whole!

**Spectrum** **Advisor - Ms. Carolyn McGrath**

Spectrum is an organization for LGBTQIA students and their allies. The club offers a supportive space to discuss issues related to gender and sexuality in a safe and non-judgmental environment. Spectrum also facilitates opportunities for students to educate the larger school community about LGBTQIA history and supports efforts to fight homophobia and transphobia.

**STEMinists** **Advisor - Ms. Jessica Barzilai**

We believe STEM is for everyone, and we run after-school outreach activities at the elementary schools to encourage little kids to pursue an interest in it.

**TED - ED Club** **Advisor - Mr. David Angwenyi**

The TED-ED Club aims to spark and celebrate the ideas, knowledge, and sharing of teachers and students around the world. The students at HVCHS will help facilitate TED talks to bring awareness to a variety of topics.

**Ultimate Frisbee** **Advisor -**

The Ultimate Frisbee Club is a student-run club that provides an excellent opportunity for anyone who loves or might love the game of Frisbee. We meet on Tuesdays at 3 pm by the Athletic Trainer's Office and then proceed to the Field Hockey Field. Teams are formed, and we play until 4 pm! It's a great time for experts and novices alike.

**Unified Club** **Advisors - Ms. Michelle Brennan**

The Unified Club brings students with and without intellectual disabilities together for planning and participating in inclusive activities including unified sports, social events, and community activities that foster understanding and acceptance.

**Valley Vibes** **Advisor - Ms. Nanette Younan**

Here at Valley Vibes we hope to create community through music. Valley Vibes is a student-led benefit concert production company that raises money for local non-profits through fundraisers and benefit concerts. Our meetings are held every other week during lunch in Rm 112. Use the link to join! Reach out to nanetteyounan@hvrsd.org for more information and meeting times. Looking forward to vibing with you!

**Youth HealthSci Network Club** **Advisor - Mr. Nicholas Johnson**

The Youth SciHealth Network Club is a dynamic and engaging high school organization dedicated to students with a passion for the medical field. This club offers a unique platform for budding healthcare enthusiasts to come together, share their interests, and deepen their understanding of medical science and health-related topics. Our mission is to cultivate a community of future healthcare professionals by providing a supportive environment for learning and discussion. We envision a network of students who are well-informed, motivated and prepared to pursue careers in various medical and health-related fields.

**Youth Advisory Board (YAB)** **Advisor - Mr. Andrew Romanelli**

Would you like to have a say regarding issues that affect the youth of Hopewell Township? Would you like to have direct access to members of the Hopewell Township Committee to work on these issues? This club works with members of the Hopewell Township Committee to work on issues facing Hopewell Township youth.

**Youth Environmental Society (Y.E.S.) Club** **Advisor - Ms. Carolyn McGrath**

Are you concerned about climate change, plastic pollution, species extinction, and environmental injustice? Join together with other eco-conscious students to learn more about these important issues and take action! Opportunities include stream and community clean-ups, clothing exchanges, tree plantings, and habitat restoration, as well as educational experiences, hikes, and more!

## THEATRE

**Fall All-School Drama** **Advisor - Ms. Katherine Rochon**

Everyone is invited to come and audition for this year's fall production. There are opportunities for performers, stage crew, and technical positions. Everyone is welcome!

**Winter Musical** **Advisors -** **Ms. Gabby Cook**
**Mr. Jeff Kelly**
**Ms. Katie Rochon**
**Mr. Randy White**
**Mr. Andre Harding**

An exciting opportunity in the CHS theater department is to rehearse and produce a major Broadway-style musical performed on two weekends in the winter. There are opportunities for performers, stage crew, and orchestra musicians. Everyone is welcome!

**Spring All-School Production** **Advisor -** **Mr. Jeff Kelly**
**Ms. Katie Rochon**

Everyone is invited to come and audition for this year's spring production. The show will be chosen in the late fall and auditions will be scheduled sometime in the winter. The show will be chosen and produced by the Advanced Scene Study and Directing Class at HVCHS. There are opportunities for performers, stage crew, and technical positions. Stay tuned for more information about this production throughout the year.

## WORLD LANGUAGES

**French Club** **Advisors -** **Ms. M. Gamelin**
**Ms. Christine Soper**

If you enjoy watching foreign movies and are passionate about the French language and culture, please join La filmothèque française, our new French Club. The club will help you improve your listening comprehension skills in French and discover different aspects of the Francophone culture and customs while taking a break from the school's hectic pace and doing something we all love - watching movies!

**German Club** **Advisor -** **Mr. John Grimaldi**

The German Club provides enrichment for students of German through cultural experiences and activities. We meet 1-2 times per month after school in Room 320. Activities include parties, cultural events, and opportunities for informal conversation in German. We raise funds for student trips to Germany as well as the Maifest, the German Club's major yearly event in May. The German Club is open to all students currently studying German, or who have studied German within the last 2 years.

**Latin Club (Junior Classical League)** **Advisor -** **Mrs. Molly LaPorte**

The Hopewell Valley Latin Club is a member of the New Jersey Junior Classical League and the National Junior Classical League, a national network of high school Latin students. Club activities are student-driven and varied with a focus on socialization, academic competition, and community service. Every year there are opportunities to participate in regional, state, and national conventions and Certamen competitions. The Latin club is open to all students with an interest in mythology, culture, history, and languages. Latin club meets on Fridays during lunch in room 321.

**Spanish Club** **Advisor - Ms. Kristen Kincaid**

The Spanish Club will take field trips to cultural events, learn Hispanic dances, cooking, movies, crafts, and fundraising for charitable causes related to Hispanics, contribute to semi-annual international festivals, fiestas, and watch Spanish movies. Meetings are held once a month. See one of the Spanish teachers to join.