# Exhibit B

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 9/12 | David LaRaus | 7:21 | | Intern |
| 9/12 | Kur Mayle | 11:13 | | Fat |
| 9/12 | Carolyn McDonough | 11:13 | | Fat |
| | Sarah Greser | | | |
| 9/12 | Daniel Khn | 1:30 | | Thspur |
| 9/12 | Richard Mullin | 1:00 | | Guidance |
| 9/12 | Daniel Reilly (Emerson) | 1:42 | 2:19 | College Rep Visit |
| 9/12 | Art Flena | 1:58 | 2:22 | CMO meeting |
| 9/12 | Adam Lake | | | Vendy Mahn |
| 9/13 | Colleen McCarthy | 7:47 | 10:08 | Breakfast |
| 9/13 | Adam Lake | | | Vendy Mahn |
| 9/13 | DJ Schyler | 902 | | |
| 9/13 | Jason Mindy | 902 | | |
| 9/13 | Alan Mott | 9:03 | | |
| 9/13 | Nick Meloni | 0945 | | Fire Alarm |
| 9/13 | RaeAnn Toga | 945 | | College Visit |
| 9/13 | Yarella Pallo | 10:00 | | College visit |
| 9/13 | Riley McLann | 11:41 | | visiting |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 9/13 | Nick Peppeno | 8:00 | | Speech Pathologist w/ DiNardo |
| 9/13 | Devin Hott | 9:44 | | College Visit. |
| 9/13 | Bill McCormick | 10:00 | 1110 | PTL |
| 9/13 | Rich Aricds | 10:40 | 1110 | |
| 9/13 | Kevin Landers | 11:10 | 11:33 | College Visit |
| | Dana & Teresa | 1230 | | PTO |
| | Gagan Tandon | 12:45 | | Collegeapps |
| 9/13 | Robin Every | 12:51 | | College visit |
| 9/13 | Ray Morris | 1:12 | 1:28 | College Visit |
| 9/13 | Allen Marticoli | 1:15 | 2:05 | lounge PTO |
| 9/14 | Alex Porcello | 11:10 | | College |
| 9/14 | Carolyn McDonough | 11:15 | | FCA |
| 9/14 | Ken Ridge | 11:15 | | FCA |
| 9/14 | Scott Delgando | 1:00 | 1:15 | College visit |
| 9/14 | [illegible] | 1:1) | | Service |
| 9/14 | Hannah Corcoran | 1:43 | | College Visit (CUA) |
| 9/14 | Aaron + Megan Echternacht | 1:55 | | IEP meeting |
| 9/15 | Kevin Medina | 9:37 | | College Visit |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 9/19 | Eckerd College | 9:48 | | |
| 9/19 | Zorianny Baez | 10:27 | | BHAT |
| 9/19 | [illegible signature] | 10:27 | | |
| 9/19 | Kelly [illegible] | 10:27 | | |
| 9/19 | Robert [illegible] | 10:27 | | |
| 9/19 | Jordan Signor | 11:05 | | |
| 9.19. | Carolyn McDonough | 11:15 | | FCA |
| 9.19 | Ken Ridge | 11:15 | | FCA |
| | Sarah [illegible] | 11:25 | | Codns. |
| 9/19 | Kristi Matera | 1:45 | | college visit |
| 9/19 | Adam Luke | | | [signature] |
| 9/20 | P/O Ryan Finnegan | 10:29 | 10:48 | School check |
| 9/20 | Agnieszka & Lester Szymanik | 10:55 | 11:25 | STUDENT CONFERENCE |
| 9/20 | Yun Jeong | 1:08 | | photos |
| 9-23 | Adam Luke | | | [signature] |
| 9/23 | [illegible] Vincent | 8:45 | | K Maldonado |
| 9/23 | Lauryn Mitchell | 9:41 | | College visit |
| 9/23 | [illegible signature] | 1000 | | Music |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 10/4 | Frank Murphy | 7:21 | 3:03 | Student observer |
| 10/4 | Vivian Drew-Perna | 7:21 | 3:03 | student observer |
| 10/4 | Amanda Newell | 8:36 | 11:40 | Observer Student Teach |
| 10/4 | SGT [illegible], K.A. | 1101 | 1158 | NJARNG |
| 10/4 | Alex Anderson | 11:11 | 11:33 | College Visit |
| 10/4 | Emily coffee | 12:55 | 1:30 | College Rep |
| 10/4 | Adam [illegible] | | | [illegible] |
| 10/4 | Dan Reilly | 1:00 | 2:30 | Emerson College |
| 10/5 | Tiffany Corcoran | 7:20 | | Rider intern |
| 10/5 | Aubree Prendergast | 7:26 | 3:00 | Rider Intern |
| 10/5 | zachary Lucas | 7:26 | | |
| | Vanessa Rivera | 7:24 | | |
| 10/5 | Zorianny Baez | 9:00 | | BHAT |
| 10/5 | Sharon Grancko | 11:15 | 11:25 | Guidance |
| 10/5 | Carolyn McDonough | 11:15 | | FCA |
| 10/5 | ken Ridge | 11:15 | | FCA |
| | R. Rosca | 11:50 | | " |
| | K. PalKovich | 11:50 | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
| --- | --- | --- | --- | --- |
| 10/10 | Abigail Bouchard | 7:30 | 11:30 | Student teacher |
| 10/10 | Stephen Hill | 8:00 | | Speaker |
| 10/10 | Marissa Harding | 8:35 | | Rider Intern |
| 10/10 | Z. Baez | 8:45 | | BHAT |
| 10/10 | Elena Orengo | 9:48 | | |
| 10/10 | [illegible] | 10:00 | | Health inspection |
| 10/10 | Gregory Mayes | 11:00 | 11:40 | College Counseling |
| 10/10 | Ken Ridge | 11:15 | | FCA |
| 10/10 | Carolyn McDonough | 11:15 | | FCA |
| | Sarah Geser | | | BHAT |
| 10/10 | Adam Lika | | | [illegible] |
| 10/10 | Steve Magaldi | 12:30 | 1:00 | Wheel Chair Lift |
| 10/10 | Chris Hoffman | 1:00 | 1:30 | College visit |
| 10/10 | Suzanne Schafer | 1:24 | | college |
| 10/11 | Abigail Bouchard | 7:30 | 11:30 | Student teacher |
| | | | | |
| | | | | |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 10/24 | [illegible signature] | 7:25 | 11:13 | [illegible] |
| 10/24 | Abigail Bouchard | 7:30 | 11:30 | Student teacher |
| 10/24 | Valerie Casagrande | 7:35 | 8:40 | Presentation |
| 10/24 | Marissa Harding | 8:18am | | Rider Intern |
| 10/24 | Zorianny Baez | 9:23 | | BHAT |
| 10/24 | M. [illegible] | 9:25 | | MCTS |
| | Sarah [illegible] | | | BHAT |
| 10/2 | Aron [illegible] | 10:14 | | |
| 10/24 | Lucas Krzesinski | 10:45 | | Kitchen |
| 10/24 | Camryn McDonagh | 11:15 | | FCA |
| 10/24 | Ken Ridge | 11:15 | | FCA |
| 10/25 | Neil Trupel | 8:48 | | Lobby |
| 10/25 | Abigail Bouchard | 7:30 | 11:30 | Student teacher |
| 10/25 | Rachel Curran | 8:47 | | |
| 10/25 | Lauren Pevonis | 9:05 | 9:26 | Photos / lobby |
| 10/25 | Adam [illegible] | | | [illegible] |
| 10/25 | [illegible signature] | 11:06 | 11:31 | Ursinus |
| 10/25 | [illegible signature] | 1:30 | | [illegible] |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 11/13 | Claudia Houck | 12:11 | | |
| 11/13 | Mariana Fresco | 12.55 | | |
| 11/14 | Abigail Bouchard | 7:30 | 11:30 | Student teaching |
| 11/14 | Marissa Harding | 8:30 | | Rider Intern |
| 11/14 | [illegible signature] | 8:30 | 1:30 | Pianist. |
| 11/14 | Ella Rosenberg | 8:43 | 9:42 | Student Teaching Rm405 |
| 11/14 | Victoria Sepero | 8:45 | 10:30 Am | Ramapo College |
| 11/14 | Alan Mott | 8:56 | | |
| 11/14 | Carolyn Metzinger | 11:15 | | FCA |
| 11/14 | Ken Ridge | 11:15 | | FCA |
| | [illegible signature] | | | counseling |
| | ~~[illegible]~~ | | | |
| | Erin Rybicki | 1:52 | | sign out Emil Engler |
| 11/14 | Ari Flynn | 2pm | 2:27 | CMO |
| 11/14 | Nydom | | | condon |
| | | | | |
| | | | | |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 11/21 | Abigail Bouchard | 7:30 | 11:30 | Student teacher |
| 11/21 | [illegible] Rey | 7:30 | 11:30 | Accompanist |
| 11/21 | Ella Rosenberg | 7:41 | 8:46 | Student Teacher |
| 11/21 | Becky Golian | 7:53 | 8:15 | wake up waffles |
| 11/21 | Marissa Harding | 8:31 | | Rider Intern |
| 11/21 | Zorianny Baez | 9:15 | | BHAT |
| 11/21 | Nicole Duckworth | 9:30 | | Career Coffee Learn |
| | Melissa Arnold | 9:35 | | tabling |
| | Carolyn McDonough | 11:15 | | FCA |
| | Ken Ridge | 11:15 | | FCA |
| | Alyssa DeLuca | 11:50 | 3:00 | observing |
| | Katie Tami | 11:50 | 3:00 | observing |
| 11/21 | David Amorai | 12:01 | 3:00 | observing |
| | Hayley Wissel | 12:00 | 3:00 | observing |
| 11/21 | Ella Rosenberg | 12:35 | 1:53 | Student Teacher Rm 405 |
| 11/21 | Marta Levitskiy | 12:40 | 1:53 | observation |
| | | | | |
| | | | | |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 12/4 | [illegible] | 7:30 | | Pick up |
| 12/4 | Joseph Puccriatti | 8:50 | | Boheme Opera Concert |
| 12/4 | Sandra Puccriatti | 8:50 | | Boheme Opera Concert |
| 12/4 | Bryan Terry | 8:55 | | Boheme Opera |
| 12/4 | Bryan McCleary | 8:55 | | Boheme Opera |
| 12/4 | Connor Fluherty | 9:00 | | Boheme Opera |
| 12/4 | [illegible] | 9:00 | | Boheme Opera |
| 12/4 | [illegible] | 9:07 | | Boheme Opera |
| 12/4 | Matthew [illegible] | 9:07 | | Boheme Opera |
| 12/4 | Aidan Mott | 12:05 | | CST |
| 12/4 | Heather Mott | 12:05 | | CST |
| 12/5 | | | | |
| 12/5 | Marissa Harding | 8:19 | | Rider Intern |
| 12/5 | Zorianny Baez | 10:25 | | BHAT |
| 12/5 | Freddie Colon | 10:26 | | Laundry (Athletic Dept) |
| 12/5 | Camryn McDonough | 11:15 | | FCA |
| 12/5 | Ken Ridge | 11:15 | | FCA |
| | [illegible] | | | COUNS. |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 12/11 | Lors Studio | 7:47 | 11:40 | Pictures |
| 12/11 | [illegible signature] | 8:30 | 11:15 | Pianist |
| 12/11 | Bridgette Johnson | 8:45 | | Choir |
| 12/11 | Aron Moff | 8:55 | | |
| 12/11 | Melissa LeCompte | 11:50a | | Counseling |
| 12/11 | Tina and Lukas Ansari | 12:00 | 12:20 | Ms. Buono |
| 12/11 | Tom Wilkens | 2:30 | | Seen |
| 12/12 | | | | |
| 12/12 | [illegible signature] | 7:40 | 11:11 | Pianist |
| 12/12 | Zorianny Baez | 9:31 | | BHAT |
| 12/12 | Tom Rocas | 10:20 | 11:08 | Mr. Guse |
| 12/12 | [illegible signature] Bachelis | 10:38 | | |
| 12/12 | Freddie Colon Laughy | 10:51 | | Felicia Athletic Dept |
| 12/12 | Michael Tufaro | 10:58 | | Football |
| 12/12 | Carmyn McDonough | 11:15 | | FCA |
| 12/12 | Ken Ridge | 11:15 | | FCA |
| | Sarah Gash | | | BHAT |
| 12/12 | Stephanie Sereeling | 11:50 | 12:40 | CPNJ |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 1/8 | ———— | | | |
| 1/8 | Xiyu [illegible] | 7:30 | 11:45 | Pianist |
| 1/8 | Kate Hamm | 7:45 | 8:45 | N. Dolan |
| 1/8 | Adam Lihe | | | Verity Meehan |
| 1/8 | Jamie Hooper | 10:55 | | Corrine Roth |
| 1/8 | Ava Echternacht | | | |
| 1/8 | Jon Rebar | 1345 | 1452 | Ms. Awadalla |
| 1/9 | ———— | | | |
| 1/9 | Xiyu [illegible] | 8:30 | 11:15 | Pianist |
| 1/9 | Bridgette Johnson | 8:42 | | Choir |
| 1/9 | Zuhanny Baez | 9:15 | | B Hat |
| | Sarah Geser | | | BHAT |
| 1/9 | Caitlin Nielsen | 10:35 | 11:17 | Morgan C. |
| 1/9 | Blake DeMetro / #67 | 10:34 | 10:57 | Security check |
| 1/9 | carolyn mcDonough | 11:15 | | FCA |
| 1/9 | ken Ridge | 11:15 | | FCA |
| 1/9 | Ryan Noll | 11:18 | | |
| 1/9 | Riley Vello | 11:18 | | |
| 1/9 | Carsten Mayer | 11:18 | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 5/8/26 | Christine Pasquale | 7:55 | | Interview w/ Mr. Ruiz |
| 5/8 | Jon Reber | 8:40 | | Ms. Awadalla |
| 5/8 | Z. Baez | 9:20 | | BHAT |
| 5/8 | Stephanie Serecchia | 9:30 | | CBVI |
| 5/8 | Lori Kirn | 9:30 | | CBVI |
| | Sarah Geser | | | BHAT |
| 5/8 | Julie Mayhew | 7:45am | | PD. |
| 3/8 | Alyssa Fleming | 10:14 | | tcnj |
| 3/8 | Lee DiRenzo | 10:30 | | Monmouth |
| 3/8 | Carolyn Meadow | 11:15 | | FCA |
| 5/8 | Jake Anson | 1:30 | | PACE V FBALL |
| 5/9 | | | | |
| | Mike Puccio | 7:15 | | AP Proctor |
| | Grace Sawicki | 7:30 | | AP proctor |
| 5/9 | Mitchell Meyer | 7:30 | | AP Proctor |
| 5/9 | Erin Parker | 7:40 | | TCNJ Student teaching |
| 5/9 | Mary Butler | 8 | | Riley |
| 5/9 | Alyssa Fleming | 8:35 | | tcnj |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 2/13 | Annette Henderson | 10am | 11:44 | +MHFA |
| 2/13 | Eveanne LaCava | 11am | 11:44 | +MHFA |
| 2/13 | Monica Brown | 11am | | CMO - Ms. Gitman |
| 2/13 | Carolyn McDonough | 11:15 | | FCA |
| 2/13 | Ken Ridge | 11:15 | | FCA |
| 2/14 | | | | |
| 2/14 | Sana Didi | 7:16 | | Student Teaching |
| 2/14 | Isabella Cifelli | 7:20 | | student teacher |
| 2/6 | [illegible] | 7:42 | 10:30 | Pianist |
| 2/14 | Kate Hamm | 7:45 | 9:10 | mtg w/N. Dolan |
| 2/14 | K Pierce / Rider | 7:45 | 8:50 | Holland / Haring |
| 2/14 | Heather Moran | 12:55 | 1:31 | Self Cobb |
| 2/18 | | | | |
| 2/18 | Christopher C. Leanza | 7:00am | | Rm 214 Repair |
| 2/18 | David Sylvester | 7:00am | | Rm 214 Repair |
| 2/18 | Mike Nimmo Jr | 7:00am | | Rm 214 Repair |
| 2/18 | Logan Hinds | 7:18 | | Student teaching |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| | NANWEST HOSPITALITY GROUP | 10:07 | | JOB FAIR |
| | Michael Delgaldo American Pool | 10:08 | | Job Fair |
| | Karin Poverzmo Hopewell Rec. | 10:10 | | JOB Fair |
| | Bradley Miller Mercer | 10:15 | | Job Fair |
| | Adam Luke | | | [illegible] |
| | ken Ridge | 11:15 | | FCA |
| | carolyn [illegible] | 11:15 | | FCA |
| 2/21 | | | | |
| 2/21 | Sara Dich | 7:14 | | Student teaching TCNJ |
| 2/21 | Isabella Citelli | 7:20 | | Student teaching |
| 2/21 | [illegible] | 7:30 | 11:15 | Planning child study |
| | [illegible] | | | |
| 2/24 | Susan Gil Gall | 8 | 9 30 | Supervision |
| 2/21 | Dana Keane | 9 30 | | |
| 2/21 | Evan Schm | 9:30 | | |
| | David Thompson | 9 30 | | |
| | Amy Lucas | 10 05 | | |
| | MARK BRUNNER | 10:10 | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 3/6 | | | | |
| | Kimberlee Gautier | 7:15 | 12:55 | presentations |
| 3/6 | David A. Schwartz | 7:27 | | Piano accompanist |
| 3/6 | Alyssa Fleming | 7:40 | | TCNJ student teach |
| 3/6 | Jenine Lansing | 8:32 | 10:09 | IEP mtg. |
| 3/6 | Annette Henderson | 8:32 | | TMHFA |
| 3/6 | Erin Parker | 8:25 | | TCNJ Student teaching |
| 3/6 | Nancy Schwartz | 8:30 | | TMHFA |
| 3/6 | Z. Baez | 9:15 | | BHAT |
| | [illegible] | | | BHAT |
| 3/6 | Carolyn McDonough | 11:00 | 12:00 | FCA |
| 3/6 | Ken Ridge | 11:00 | 12:00 | FCA |
| 3/6 | Jackie Flannery | 12:10 | 1:35 | IEP meeting |
| 3/6 | Tim [illegible] | 1:50 | 2:45 | |
| 3/7 | | | | |
| | David A. Schwartz | 7:31 | | Piano Accompanist |
| 3/7 | Erin Parker | 7:37 | | TCNJ student teaching |
| 3/7 | Kelly Lento | 7:37 | 11:00 | IEP |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| | David A. Schmaltz | 7:29 | | [illegible] |
| 3/20 | Breanna LaCava | 8:40 | | PEI |
| 3/20 | Annette Henderson | 8:40 | | |
| 3/20 | Zoiranny Baez | | | BHAT |
| 3/20 | Adam Lake | | | [illegible] |
| 3/20 | Quanka Jackson | | | |
| 3/20 | ken Ridge | 11:15 | 12 | FLA |
| 3/20 | Carolyn McDonough | 11:15 | 12 | FLA |
| | Sarah Yesel | | | BHAT |
| | Chris Andersen | 11:31 | | Shop / TCNJ |
| 3/21 | Annette Henderson | 7:30 | | +MHFA |
| 3/21 | Mary Schwarm | 7:32 | | TMHFA |
| 3/21 | Becky Golian | 8:20 | 8:45 | Wake Up Waffles |
| 3/21 | Michael Chin | 8:30 | | Suzanne Brahm |
| 3/21 | Andrew Sgro | 8:45 | | WA Waffles |
| 3/21 | Heather Mott | 8:45 | | 11 |
| 3/21 | Ivy Weitzman | 8:45 | | 11 |
| 3/21 | Robert B de G | 8:45 | | 11 |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 04/09 | Ryan Finnegan | 11:06 | 11:42 | walk-through |
| 04/09 | Ryan Emery | 230 | | |
| 4/10 | Erin Parker | 7:40 | | TCNJ Student teaching |
| 4/10 | Alyssa Fleming | 7:41 | | tcnj |
| 4/10 | Aneta Papier | 7:49 | 8:26 | [illegible] |
| 4/10 | Abigail Reyn | 7:51 | | IEP mtg |
| 4/10 | Jon Strap | 7:51 | | IEP mtg |
| 4/10 | [illegible] LaCava | 8:32 | | PEF |
| 4/10 | Annette Henderson | 8:40 | | PEF |
| 4/10 | Kate Hamm | 8:55 | 10:25 | mtg w/N. Margone |
| 4/10 | Ben Len | 9:20 | 10:26 | |
| 4/10 | Conan Peck | 9:20 | 10:26 | |
| 4/10 | Andrew Fallon | 9:20 | 10:26 | |
| 4/10 | Z. Baez | 9:20 | | BHAT |
| | Sarah [illegible] | | | BHAT |
| 4/10 | Carolyn McDonough | 11:15 | 12 | FCA |
| 4/10 | Ken Ridge | 11:15 | 12 | FCA |
| 4/10 | Julia Lim | 1:13 | | |
| 4/10 | Aida Valcarcel | 1:40 | | CST |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 4/17 | Susan Pollara | 10:09 | | |
| 4/17 | Pierce Graham | 11:01 | | |
| 4/17 | carolyn Mcdonough | 11:25 | | FCA |
| 4/17 | Marisol Ruiz | 11:51 | | Mrs. Adan for Kayla Pereyra |
| 4/17 | [illegible] | 1:50 | | Cobb IEP |
| | David Avis [illegible] | 7:22 | | |
| 4/21 | Erin Parker | 7:40 | | TCNJ Student teaching |
| 4/21 | THERESA GADSBY | 750 | | Meeting |
| 4/21 | [illegible] | | | [illegible] |
| 4/21 | Alyssa Fleming | 9:36 | | tcnj |
| 4/21 | CHRIS ANDERSON | 11:00 | 1:53 | TCNJ |
| 4/21 | Laurie [illegible] | 10:58am ~~11:00am~~ | 11:47am | |
| 4/21 | Patricia Stanley | 1:20 | 1:52 | Talk for Earth Day |
| 4/21 | Steve Magaldi | 12:45 | | CH WC |
| 4/21 | Jaime Hallowell & Gia Birchenough | 1:30 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 4/23 | | | | |
| 4/23 | Erin Parker | 7:41 | | TCNJ Student teaching |
| 4/23 | Alyssa Fleming | 7:46 | | tcnj |
| 4/23 | Paige Babino | 9:15 | | |
| 4/23 | [illegible] | 9:6[illegible] | | [illegible] |
| 4/23 | Adam Luke | | | [illegible] |
| 4/23 | Ben Dziobek | 11:02 | 12:40 | [illegible] |
| 4/24 | | | | |
| 4/24 | Alyssa Fleming | 7:40 | | tcnj |
| 4/24 | Erin Parker | 7:40 | | TCNJ Student teaching |
| 4/24 | Daiki Yanagihara | 7:45 | | |
| 4/24 | Amy Pszczolkowski | 8:40 | 905 | IEP |
| 4/24 | Doug Pszczolkowski | 8:45 | 905 | CST |
| 4/24 | [illegible] | 9:15 | 10:15 | [illegible] |
| 4/24 | Z. Baez | 9:20 | | |
| 4/24 | Tea [illegible] | 9:44 | | |
| 4/24 | Carolyn McDonough | 11:15 | | FCA |
| 4/24 | Ken Ridge | 11:15 | | FCA |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 4/30 | Anthony LoBito | 12:40 | 1:40 | Solar |
| 4:30 | Henry Lautore | 12:40 | 1:40 | Solar |
| | Tim [illegible] | 1:48 | | Holler |
| 5/1 | | | | |
| 5/1 | Adam Cohen | | | [illegible] |
| 5/1 | Z. Baez | 9:20 | | BHAT |
| 5/1 | Caroline Ferguson | 9:30 | | Dolan/IEP |
| | [illegible] | | | BHAT |
| | | | | |
| 5/1 | Alyssa Fleming | 9:56 | | tchj |
| 5/1 | David [illegible] | 10:20 | | [illegible] |
| 5/1 | [illegible] McDonough | 11:15 | | FCA |
| 5/1 | Ken Ridge | 11:15 | | FCA |
| 5/1 | Tami Shedaker | 11:25 | | |
| 5/1 | Ben Crisa | 11:25 | | |
| 5/1 | Kelly Crisa | 11:25 | | |
| 5/1 | Hilary Casero | 11:28 | | |
| | Jim Shedaker | 11:30 | | Visit |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 5-14 | Adam Lake | | | Vendor Mech |
| | [illegible] | | | BHAT |
| 5/14 | Emma Steere | 9:45 | | lesson |
| — 5/15 — | | | | |
| 5/15 | M. Puccio | 7:15 | | AP Proctor |
| 5/15 | Clary Sah | 7:30 | | AP Proctor |
| 5-15 | [illegible] | 7:30 | | Refinery |
| 5/15 | Joshua Gomez | 9:24 | | Door issue |
| 5/15 | Zorianny Baez | 9:21 | | BHAT |
| 5-15 | SHAREEF FAST | 9 40 | | FIRE ALARM |
| | [illegible] | | | BHAT |
| | H Irish-Mott | 10 30 | | Nurse |
| | carolyn McDonough | 11:20 | | FCA |
| | Mitchell Meyer | 11:30 | | AP Proctor |
| | Grace Sawicki | 11:30 | | AP Proctor |
| | Chelsea Kent | 11:30 | | AP Proctor |
| 5-15 | Adam Lake | | | Vendor Mech |
| | Damian Murray | 2:05 | | Recruiting |

Sandi Weisenfeld 2:26 Tennis

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 5/18 | Kos Prose | 4:22 | | Fat |
| | Sarah Gisel | 12 | 1 | counseling |
| 5/19 | Greg Salisbury | 6:45 | 3:30 | Technology Dept Intern |
| 5/19 | Sarah Antwony Claire Fuller | 7:15 | 8:30 | Counseling |
| ~~5/19~~ | ~~Leah Jimenez-Vega~~ | | | |
| 5/19 | Kathrin Schumaker<br>Alec Culbertson | 7:45 | | Mary Bourne |
| 5/19 | melissa Philip | 7:50 | 9:09 | CST / ST |
| 5/19 | Erinn O'Connor Staver | 8:55 | 10:26 | guidance counselor |
| 5/19 | Finn Stover | 8:55 | 10:26 | " " |
| 5/19 | Janet Russo | 11:28 | 2:30 | AP PROCtoR |
| 5/22 | Greg Salisbury | 6:45 | 3:15 | Technology Dept Intern |
| 5/22 | Adam Lake | | | [illegible] |
| 5/22 | Joan Wilkin | | | Server |
| 5/22 | Caroline Ferguson | 1:00 | | [illegible] mtg w/ Ms. Dolan |
| 5/22 | P/O Pauciullo | 1:47 | 1:32 | |
| 5/23 | Greg Salisbury | 6:45 | 3:15 | Technology Dept Intern |
| | | | | |
| | | | | |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 5/31 | Adam Lake | | | Verly Mehm |
| | Daniel Cruz | 9:53 | | Tuxedo Drop off |
| | Sarah Gasel | 12 | 1 | coans |
| | Jasyea Harris | | | |
| 5/31 | Silvia Sosa | 1:25 | | Meeting couns. |
| 6/1 | Greg Salisbury | 6:45 | 3:30 | Technology Dept Intern |
| 6/1 | Marisol Ruiz | 7:55 | | course placement |
| 6/1 | Kayla Pearson | 7:55 | | course placement |
| 6/1 | Matthew Hall | 8:54 | | Rehearsal in PAC |
| 6/1 | Eun Park | 8:57 | | Rehearsal |
| 6/1 | Zorianny Baez | 9:29 | | BHAT |
| 6/1 | Francesca Briguez | 930 | | |
| 6/1 | Ken Rigo | 11:18 | 12:00 | FCA |
| 6/1 | Jonathan Peltz | 11:19 | 12:00 | FCA |
| | Sarah Gasel | 12 | 1 | counseling |
| 6/1 | Adam Lake | | | Verly Mehm |
| 6/1 | Dhruv Kapadia | 1 | 00 | Visit |
| 6/2 | Greg Salisbury | 6:45 | 3:15 | Technology Dept Intern |

# VISITORS, PLEASE SIGN IN HERE

Welcome to Hopewell Valley Central High School

| DATE | NAME | TIME IN | TIME OUT | BUSINESS/REASON |
|---|---|---|---|---|
| 6/8 | Greg Salisbury | 6:45 | 3:15 | Technology Dept Intern |
| 6/8 | Cassandra Oleriacz | 7:17 | | Demo Lesson |
| 6/8 | Seyma Bayram | 8:15 | | NPR reporting |
| | Sarah Geser | | | |
| 6/8 | Amitha K & Srinivas Appa | 8:40 | 10:11 | Capstone |
| 6/8 | MURRAY DASIKA | 8:46 | 10:11 | Sem (capstone) |
| 6/8 | Zuriany Baez | 8:49 | | BNAT |
| 6/8 | David Chait | 11:10 | | YAB |
| 6/8 | Ken Ridge | 11:08 | 12:07 | Fed |
| 6/8 | Jonathan Feliz | 11:04 | 11:55 | FCA |
| | Sarah G. | | | Counseling |
| 6/8 | Kristen Pierson | 11:58 | 12:43 | Demo Lesson |
| | Joe Ferri | 1200 | 12^15 | AMOROSO BAKING |
| | Kurt Sawyer | 12^15 | 1225 | Amoroso Baking |
| | Genna Clark / Mike Shevlin | 148 | 214 | Principal Riley |
| 6/8 | nicole palmer | 1:50 | | interview |
| 6/9 | Greg Salisbury | 6:45 | 4:44 | Technology Dept Intern |
| 6/9 | Suzie English + Becca Hall | 7:30 | 9:30 | OT |