# Exhibit D

**Eric I. Bueide**

**From:** Katherine A. Gilfillan
**Sent:** Tuesday, September 8, 2026 11:28 AM
**To:** Eric I. Bueide
**Subject:** FW: FCA

Schenck Price
SCHENCK PRICE SMITH & KING,

**Katherine A. Gilfillan**
Partner
**Schenck, Price, Smith & King, LLP**
220 Park Avenue | PO Box 991 | Florham Park, NJ 07932
T: 973-631-7857 F: 973-540-7300
**Email | Bio | V-card | Website**

**Confidentiality Notice:** This message contains information intended for the use of the addressee only, which may be privileged and confidential. If you are not an addressee, any review, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please contact the sender immediately.

---

**From:** Riley, Patricia <patriciariley@hvrsd.org>
**Sent:** Tuesday, August 25, 2026 12:33 PM
**To:** Katherine A. Gilfillan <kag@spsk.com>; ebuiede@spsk.com
**Subject:** Fwd: FCA

FYI...

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

---------- Forwarded message ---------
From: **Riley, Patricia** <patriciariley@hvrsd.org>
Date: Tue, Sep 16, 2025 at 1:48 PM
Subject: Re: FCA
To: Hart, Susan <susanhart@hvrsd.org>
Cc: Carolyn McDonough <cmcdonough@fca.org>, Rosetta Treece <rosettatreece@hvrsd.org>

Hi Carolyn,

Thank you so much for reaching out. Earlier this year, the district received written notification of a legal concern from the Freedom From Religion Foundation. Dr. Treece contacted the district's attorney for guidance, and the information that Mr. Turnbull and I provided came from his directions. I've copied Dr. Treece on this email in case there's any information that I may have missed.
With thanks,
Trish

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

On Tue, Sep 16, 2025 at 11:53 AM Hart, Susan <susanhart@hvrsd.org> wrote:

> Dear Carolyn,
>
> Thank you for reaching out and inquiring directly. From what I can see, it singles out religious groups only.
>
> I have NOT heard of there being a single concern about FCA meeting on Thursdays (and sharing, praying and providing pizza and snacks) for the past 3 years. Had there been an issue, it would have been a common courtesy to bring it to our attention.
>
> That being said, perhaps we could meet together with the leaders so they hear it directly from Administration. You know who our student leaders are this year and I have briefly spoken with them.
>
> I hope it can be remedied quickly and to the most benefit of our students and community.
>
> Thank you,
>
> Susan Hart
>
> On Tue, Sep 16, 2025 at 11:34 AM Carolyn McDonough <cmcdonough@fca.org> wrote:
>
>> Good morning Ms. Riley and Mrs. Hart,
>>
>> I hope that you both are having a great week so far. I wanted to ask if what is written below is part of a policy for the school district or if this is something new that has been added for this year? I'm seeking clarity on this and what led to this change.

Thank you,

Carolyn

Carolyn McDonough
**Area Director** | Central Jersey West
mobile: 609-213-7305
support: my.fca.org/carolynmcdonough
email: cmcdonough@fca.org
address: PO Box 397, Pennington, NJ 08534

---

**From:** Riley, Patricia <patriciariley@hvrsd.org>
**Date:** Thursday, September 11, 2025 at 7:27 AM
**To:** Hart, Susan <susanhart@hvrsd.org>
**Cc:** Carolyn McDonough <cmcdonough@fca.org>
**Subject:** Re: FCA

Hi Susan,

Dr. Treece and Mr. Turnbull from TMS were in touch with the district's attorney over the summer and received the information below. We're required to follow the same directions. I truly appreciate the support that Carolyn and Ken have provided the group, and I'm sorry that the district is required to make this change.

It looks like 114, 116, and 118 are booked through November, but if you'd like to use the PAC lobby, that's absolutely fine with me. Please just make sure to add the dates to the ECA Meeting Calendar. If I can help in any other way, don't hesitate to reach out.

With thanks,

Trish

Hi Carolyn,

Thank you for reaching out to Mrs. Pegrem.

I just spoke to our Superintendent, who received clarity from our district counsel.

Regarding the religious clubs, the law stipulates that the students must run them; **no outside individuals are permitted**, and one of our staff members must supervise the club. The staff member is just there to ensure students are following our code of conduct and can not run the club. This is from our counsel.

We will run the FCA at Timberlane this year because students drive the meetings and a staff member is present to supervise, but we can not have outside visitors. Unfortunately, I do not have flexibility, as this is guidance from our legal counsel.

Sincerely,

Chris

Patricia Riley

Principal, Hopewell Valley Central High School

(609)-737-4003

patriciariley@hvrsd.org

Follow us: @HVCentralHS (Twitter)

hopewell_valley_central_hs (Instagram)

Click here to read this message in your preferred language

On Wed, Sep 10, 2025 at 8:27 PM Hart, Susan <susanhart@hvrsd.org> wrote:

Dear Trish,

I need to finish our conversation about Carolyn's paperwork, availability of a room, and permissible details.

Please let me know when a good time would be for me stop in.

Thank you,

Susan Hart

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Exhibit E

Hello,

My name is _____ and I'm a member of the Fellowship of Christian Athletes (FCA) at HVRSD/TMS. Our club is student-led, and we've been very grateful for the ongoing encouragement and support from our volunteers, Carolyn and Ken, who have consistently been there for us over the years. They've always shown up with kindness, helpful insight, and even treats like pizza and donuts that make our meetings extra special.

We recently learned that there's a new policy preventing them from coming into the school, and we're hoping to better understand why. Could you please explain the reasoning behind this decision and what the policy specifically states? We've noticed that other nearby school districts still allow FCA volunteers to participate, and we're wondering why Hopewell Valley's policy is different.

Thank you for taking the time to consider our question and for supporting student clubs like ours.

Sincerely,

[Student Name]

* Important note: Students SHOULD NOT say anything about Carolyn LEADING at all in the club or in prayer, etc.*

# Exhibit F

**Katherine A. Gilfillan**

| | |
|---|---|
| **From:** | Riley, Patricia <patriciariley@hvrsd.org> |
| **Sent:** | Monday, August 31, 2026 3:38 PM |
| **To:** | Katherine A. Gilfillan |
| **Subject:** | Fwd: Fellowship of Christian Athletes |

FYI...

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

---------- Forwarded message ---------
From: **Riley, Patricia** <patriciariley@hvrsd.org>
Date: Thu, Apr 23, 2026 at 7:38 AM
Subject: Re: Fellowship of Christian Athletes
To [redacted]@hvrsd.org>, Susan Hart <susanhart@hvrsd.org>

Hi [redacted],
I'm sorry for the delay in response. I spoke with Dr. Treece and she indicated that Carolyn can come as a guest for the meeting today (or since it is last minute, at another meeting between now and the end of the year).
With thanks,
Ms. Riley

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

On Mon, Apr 20, 2026 at 1:01 PM [redacted]@hvrsd.org> wrote:

Good afternoon, Ms. Riley. Ms. Hart told me that this week is Take Your Child to Work Day on Thursday. I am emailing to ask if it would be okay to have Carolyn come to lead our weekly FCA meeting on Thursday? She has been with our FCA group for a couple of years, and we would love to have her come at least once this week. She usually drops off the pizza, but I would love to have her attend the meeting this week if possible. Let me know if we can be approved this week so I can let her know. Thank you so much.

[redacted]

HVCHS Email

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Exhibit G

**Katherine A. Gilfillan**

| | |
|---|---|
| **From:** | Riley, Patricia <patriciariley@hvrsd.org> |
| **Sent:** | Monday, August 31, 2026 3:38 PM |
| **To:** | Katherine A. Gilfillan |
| **Subject:** | Fwd: FCA at HVCHS |

FYI...

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

---------- Forwarded message ---------
From: **Riley, Patricia** <patriciariley@hvrsd.org>
Date: Thu, Jul 2, 2026 at 9:26 AM
Subject: Re: FCA at HVCHS
To: Carolyn McDonough <cmcdonough@fca.org>

Hi Carolyn,
Thanks so much for reaching out, and congratulations on your engagement! I've forwarded your email to the superintendent to get an update. As soon as I hear back from her, I'll let you know. I hope you have a wonderful summer.
With thanks,
Trish

Patricia Riley
Principal, Hopewell Valley Central High School
(609)-737-4003
patriciariley@hvrsd.org
Follow us: @HVCentralHS (Twitter)
hopewell_valley_central_hs (Instagram)
Click here to read this message in your preferred language

On Wed, Jul 1, 2026 at 2:22 PM Carolyn McDonough <cmcdonough@fca.org> wrote:

Hi Ms. Riley,

Thank you for letting me attend FCA's final meeting at HVCHS! It was a really great time. FCA huddles are beginning to plan for the upcoming school year, and so I wanted to check to see if I'd be able to attend FCA meetings at HVCHS next year. Could you please let me know if it's still the school district's policy that no outside individuals are permitted for religious clubs?

Thank you and I hope that you are having a great start of the summer!
Carolyn

Carolyn McDonough
**Area Director** | Central Jersey West
mobile: 609-213-7305
support: my.fca.org/carolynmcdonough
email: cmcdonough@fca.org
address: PO Box 397, Pennington, NJ 08534

**NOTICE:** *This confidential message is intended only for the person(s) to whom it is rightfully addressed. If you have received this message in error, please notify the sender immediately and delete the original message in its entirety.* ***Please note:*** *All communication with HVRSD staff members may be subject to public disclosure as per the Open Public Records Act (OPRA) and monitoring if necessary.*

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.