Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br><br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**DECLARATION OF N.I.** |

I, N.I., pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 17 years old and currently a senior at Hopewell Valley Central High School. The matters discussed in this declaration are based on my own personal knowledge.

2. I am a Leader of the Robotics Team at Central High School.

3. The Robotics Team has external mentors that regularly attend our team meetings at the high school's machine shop (Room 111).

4. Mentors are instrumental to our team inside and outside of the shop. They're the main reason our team is still afloat.

5. We currently have only one staff representative for our team. We have around 10 active external mentors, who range from parents to company professionals.

6. These mentors provide a wide range of industry experience, such as entrepreneurship for fundraising or mechanical engineering support.

7. We have a team lead mentor who handles pretty much everything besides any of the school logistics. We have another mentor who heads the mechanical side of things, and a lead code mentor. The rest of our mentors help out wherever they're needed.

8. These mentors foster a productive, supportive, and safe working environment for all members of the team.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2026

[redacted]

N.I.