Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No.**<br>**3:26-cv-10163-RK-TJB**<br>**DECLARATION OF P.D.** |

I, P.D., pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 17 years old and currently a senior at Hopewell Valley Central High School. The matters discussed in this declaration are based on my own personal knowledge.

2. I am a Christian and a student leader of the FCA huddle at Hopewell Valley Central High School (FCA Central).

3. As a Christian, I am drawn toward FCA's mission of providing a space for students to encourage one another in their Christian faith; to welcome, encourage, and serve all students (including those who don't share my faith); and to be a

Christian community expressing our shared religious beliefs together on campus. And as a soccer player, FCA's union of faith with sports is especially attractive. I believe FCA to be a particularly valuable student group at Hopewell Valley Central High School.

4. I was devastated when I learned last year that the Hopewell Valley Regional School District (the District) was no longer allowing our FCA huddle to invite FCA staff and volunteers to attend our huddle meetings.

5. I have been a part of FCA since I was a freshman. When I was a freshman and a sophomore, Carolyn McDonough and Ken Ridge were allowed to bring lunch and attend our meetings. In those years, I enjoyed and benefitted from the opportunity to learn from Carolyn and Ken, who I view as spiritual leaders in my community that understand what it means to be a Christian student-athlete—including how to meet the challenges that Christian student-athletes often face. Not only that, but they also helped me to feel encouraged and emboldened in my faith. FCA staff and volunteers are a powerful reminder that FCA students are part of a broader, global community and that we have a shared purpose that is big enough and important enough for all of us. In short, the support that FCA staff and volunteers were able to provide during our huddle meetings was very meaningful to me, and as a FCA Central student leader

this school year, I would love to be able to invite them to attend our huddle meetings again.

6. In fact, I explained all this to the District at its October 13, 2025, Board of Education meeting. I emphasized that "[o]ur club is a student-led club" and that "we've been very grateful for the ongoing encouragement and support from our volunteers." I also shared that Carolyn and Ken "treat us with kindness," and that "they always give helpful insights and bring pizza and donuts to make our meetings extra special." And I asked the District to explain why it was no longer allowing Carolyn and Ken to come on campus when we invite them to FCA meetings. Dr. Treece responded to my question, stating that "[i]t is against the law for any school to have a club that is religious … that have people coming from the outside that mentor within the club." She emphasized that point, saying the Board's attorney told her that the District "cannot" allow outside adult volunteers "with the religious clubs."

7. I have reviewed the Certification Dr. Treece submitted in this case. The document attached to that Certification as Exhibit C is a document that my mom and I worked together to create in advance of the October 13, 2025, Board meeting. The document was not prepared by Carolyn or any other FCA staff member.

8. I brought copies of it to a regular FCA meeting before the Board meeting, as an idea for what any students who wanted to testify in support of FCA might say if they attended the Board meeting. As just explained, I ended up being the one using it at the Board meeting, because other students who wanted to help had scheduling conflicts.

9. The reason we wrote at the bottom that students should not say anything about Carolyn "LEADING at all in the club or in prayer" is because Carolyn *didn't* lead the club, and we wanted to make sure no student gave the wrong impression on that issue. Our huddle is student-led, and has been the whole time I have been a part of it. The student leaders run the meetings and lead the prayers and Bible studies. When Carolyn and Ken were able to attend, they were there to provide support and guidance when asked by students to pitch in.

10. That support was just support, not leadership, but it mattered to us, and the District's unfair policy has hurt our huddle. When Carolyn and Ken attended our meetings, they were able to watch student leaders like me and provide advice when asked for it, answer questions about difficult-to-understand Bible passages, and help students who are on the shy side feel comfortable sharing their views and experiences. And if we couldn't meet with FCA staff and volunteers on campus, it would be very difficult, if not impossible, to meet with them anywhere else, given the school, sports, church, and family obligations of FCA's members.

11. I see other campus groups growing and staying strong because they regularly have adult supporters helping them on campus, and it’s unfair that we can’t have that same kind of support. Our club just isn’t as healthy as it was, or as other clubs with access to adult support are, because of the unfair way we’ve been treated. And I know that many other FCA members feel the same way that I do.

12. If the District is required to stop excluding religious clubs from inviting outside adults to attend their student meetings, FCA Central will immediately resume its years-long practice of inviting FCA staff and volunteers to its huddle meetings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2026



P.D.