Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FELLOWSHIP OF CHRISTIAN ATHLETES,

*Plaintiffs*,

v.

HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT,

*Defendants*.

**Civil Action No. 3:26-cv-10163-RK-TJB**

**DECLARATION OF J.K.**

I, J.K., pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 16 years old and currently a junior at Hopewell Valley Central High School. The matters discussed in this declaration are based on my own personal knowledge.

2. I am a member of FCA at Hopewell Valley Central High School and will serve as a student leader this upcoming year.

3. I joined FCA because I am a Christian and my faith in Jesus Christ is an important part of my life. I don't leave that behind when I go to school.

4. Being a part of FCA has given me the chance to meet with peers at school who share my faith and to join together with them in learning more about the

Bible and how to live out what it says in our day-to-day lives. I have also seen FCA benefit fellow students who may not necessarily be Christians but who are curious about faith and want to learn more. My faith has helped me to navigate the pressures of school and life.

5. FCA meets during lunch like most of the other clubs at school. We're usually in a classroom that's not being used. It's completely up to each student if they want to come to FCA meetings. So students can go to other club meetings or just hang out and eat their lunch if they don't want to come to FCA. Most FCA meetings have an average of about 20 people there. But it varies every week depending on who can make it and wants to come that week.

6. At FCA huddle meetings we usually start with a time of hanging out and talking. Then the student leaders introduce themselves to the group. The student leaders are usually older students, juniors or seniors, who have been a part of FCA. One of the student leaders will lead the group in reading a Bible passage together. We all discuss what the passage means and what our take aways are from it. After that, we close by praying together. Usually, the student leaders will ask for a student to volunteer to close the group meeting with a prayer. We often share requests for the group to pray for specific things happening in our lives like upcoming tests, studying, or challenges a student might be facing in extracurricular activities. Then the volunteer student will offer a closing prayer or sometimes open a time of prayer

where anyone who wants to can jump in to offer a brief prayer, which we call "popcorn prayer."

7. Our meetings happen during the lunch period, so we'll also eat lunch together while doing these activities.

8. I was only able to attend a few FCA meetings where we had outside volunteers from FCA present before the school banned them from coming. It was very helpful to have Carolyn or Ken there. When we came upon theological questions about how to understand the passage or interpret it in our life in the course of our Bible study, Carolyn and Ken would be there to help us think those questions through if we asked them, and they would give us tips for how to navigate studying Bible passages.

9. They didn't direct or control the meetings or tell us what to think. We were so glad to have them as a resource. And I was glad we were able to benefit from their wisdom and experience in navigating the Christian life.

10. I am also a member of YES, the environmental club, and we've had guest speakers from the Climate Revolution Action Network and other environmental groups come to our meetings to speak. And I know other clubs have volunteers who come in to speak or help out. I think it is good for all of the student clubs to be able to have volunteers help out. And I want FCA to be able to be treated equally and be allowed to have people come in to help us out too.

11. As an incoming student leader with FCA, I believe it would be helpful if we were able to have FCA volunteers like Carolyn and Ken come to huddle meetings. Student leaders may not always have the knowledge or experience to help with tricky questions, and it's always helpful to have another perspective from someone who has been thinking, studying, and praying about some of these things longer.

12. If I'm allowed to, I would definitely invite FCA volunteers to come back to our meetings this school year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2026

J.K.