Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES,<br>*Plaintiffs*,<br>v.<br><br>HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**DECLARATION OF SYDNEY YOUNG** |

I, Sydney Young, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 18 years old and currently a senior at Hopewell Valley Central High School. The matters discussed in this declaration are based on my own personal knowledge.

2. I am a member of FCA at Hopewell Valley Central High School and will serve as a student leader this upcoming year.

3. I joined FCA because I am a Christian and being able to be a part of the FCA community helps me to keep my faith in God strong and to have a weekly reminder and encouragement in living out my faith in school on my sports teams. I've been

going to FCA since my freshman year when my friend who is also a Christian introduced me to FCA and invited me to go with her.

4. I am a multi-season athlete and run cross country and track.

5. FCA meets once a week during the lunch period. A lot of clubs meet during lunch. For students who aren't going to a club meeting on any particular day, they usually in the cafeteria. The FCA meeting wouldn't impact them at all if they don't want to come. Coming to FCA is entirely voluntary. There are usually between 10 and 30 students there, but it varies each week.

6. Being a part of FCA has given me a chance to connect with other students at my school and to be a part of a community with others across grades and who are navigating the challenges of high school as Christians.

7. When I was a freshman and went to my first FCA meeting, I was intimidated to interact with people from the older grades. But Carolyn was there and she came up and talked to me and helped to introduce me to the older students and make me feel connected to the group. In my experience, Carolyn and Ken help us foster a sense of unity between students in different grades and to get together and to build a sense of community as a group.

8. At FCA huddle meetings we usually start with a time of hanging out and talking. We meet in an empty classroom so we often start by rearranging the tables into a circle so that we can all talk together and be a part of one big group. Carolyn

and Ken would bring food and pizza and snacks. The student leaders, usually older students, would set up for the group how the meeting is going to go and then start us out with a verse or topic for us to discuss together. So we'll read it together and then all openly discuss the verse and talk through questions about the verse and how it relates the verse to our lives. Then the student leaders will lead the group in prayer to close us out.

9. When Carolyn and Ken were there, the student leaders still ran FCA meetings but having them with us was really helpful because they've gone through where we are in life and are able to help us lean on our faith through the hard times. And they were able to answer question when we asked them about Bible verses and help us relate them to things we understand in our lives. I appreciated having them with us because I knew that they'd faced some of our same questions and struggles before when they were in high school, and now they could help us work through them with the benefit of more time spent living a Christian life.

10. Being a part of FCA has helped me to navigating living my life as a student athlete and a Christian.

11. If we were allowed to, I would definitely invite FCA volunteers to come back to our meetings this school year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2026

______________________
Sydney Young