Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES,<br>*Plaintiffs*,<br>v.<br><br>HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**DECLARATION OF J.T.** |

I, J.T., pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 13 years old and currently a student at Timberlane Middle School. The matters discussed in this declaration are based on my own personal knowledge.

2. I am a member of FCA at Timberlane Middle School and will serve as a leader this school year.

3. I joined FCA because I am a Christian and my faith in Jesus Christ is an important part of my life.

4. FCA usually meets during lunch. It's up to each student if they want to come to FCA meetings.

5. I believe it would be helpful if we were able to have FCA volunteers like Carolyn and Ken come to huddle meetings.

6. If FCA is allowed to, I would, as a leader, regularly invite FCA volunteers to come back to our meetings this school year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2026

JT

____________________________
J.T.