Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES,<br>*Plaintiffs*,<br>v.<br><br>HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**DECLARATION OF D.K.** |

I, D.K., pursuant to 28 U.S.C. § 1746, state and declare:

1. I am 14 years old and currently a ninth grade student at Hopewell Valley Central High School. The matters discussed in this declaration are based on my own personal knowledge.

2. For the past three years I was a member of FCA at Timberlane Middle School.

3. I am now involved in FCA at Hopewell Valley Central High School.

4. I joined FCA because I am a Christian and my faith in Jesus Christ is an important part of my life.

5. Going to FCA meetings at Timberlane was up to the students. No one was required to come. People came to FCA meetings to learn more about the Bible and to hang out with their friends.

6. FCA met in a classroom. At FCA meetings, we spent some time socializing. Then one of the student leaders would be in charge of leading a game to get us started. After that a student would introduce a Bible passage and we would talk about it in groups answering questions about it together. Then we'd share what we'd learned in our small group conversations with the larger group and eat snacks that Carolyn brought.

7. I was in FCA Timberlane when Carolyn and Ken were helping out and after they weren't allowed to come. After Carolyn and Ken couldn't come anymore, we kept meeting but we missed having them at the meetings. We continued to have student-led Bible study. But we missed having Carolyn and Ken to help us with questions when we got stuck on difficult parts of our Bible study and to help the meetings go smoothly.

8. I believe it would be helpful if FCA Timberlane could have Carolyn and Ken come to huddle meetings.

9. I have a younger sister who is in sixth grade this year. She wants to be involved in FCA at Timberlane. I would like for her to get the chance to get to know FCA

volunteers like Carolyn and Ken and get to experience what it's like to have their support at FCA.

10. I would also like for FCA volunteers like Carolyn and Ken to be able to support FCA at the high school.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2026

D.K.