Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**SECOND DECLARATION OF RICHARD OSBORNE** |

I, Richard Osborne, state and declare:

1. I am Counsel at the Becket Fund for Religious Liberty. I represent Plaintiffs in this action.

2. On March 26, 2026, I emailed the District's counsel, Paul Green, to inform him that because FCA had not heard back from his office or had its equal rights restored, FCA had filed a complaint with the U.S. Department of Education's Office of Civil Rights. I also explained that despite filing this complaint, we continued to "remain open to further discussion of this matter, as it is still my clients' hope that we can resolve this dispute amicably." Mr. Green never responded to this email.

3. Exhibit A to this declaration are true and correct copies of webpages from the Hopewell Valley Central High School Robotics Team website, which is available at https://293spike.com/.

4. Exhibit B to this declaration is a true and correct copy of a post published on February 16, 2024, on the @hvchs_spectrum Instagram page, as it appeared on September 14, 2026.[1]

5. Exhibit C to this declaration is a true and correct copy of a post published on April 22, 2026, on the @yes_hvchs Instagram page, as it appeared on September 14, 2026.

6. Exhibit D to this declaration is a true and correct copy of a post published on April 20, 2026, on the Facebook page of Carolyn McGrath (the Youth Environmental Society (YES) club's faculty advisor), as it appeared on September 14, 2026.

7. Exhibit E to this declaration is a true and correct copy of a post published on April 22, 2026, on the Facebook page of Carolyn McGrath, as it appeared on September 14, 2026.

[1] To protect the privacy of minors, students' faces have been blurred in these social-media posts.

Executed on September 14, 2026

______________________________
Richard C. Osborne