# Osborne Exhibit A

Excerpts from Hopewell Valley Central High School Robotics Club website

# Mentors

293spike.com/mentors




Team 293 SPIKE needs adult mentors to help our students throughout the robotics season and in off-season developments. Mentors don't need to meet any time requirements or have prior experience! Mentors on our team work with students in building, designing, and programming the robot along with managing finances, sponsorships, merch, and other entrepreneurship tasks. Mentors can also travel to competitions with the team in spring. If you especially have expertise in engineering, programming, designing, or business, please consider joining our mentor team! We require all potential mentors to have a background check and get approved by the Hopewell Board of Education as a level II volunteer. The steps to become a mentor can be found here, and below is a quick guide to the process:

1. Fill out the Volunteer Application
2. Go through the background check and fingerprinting process
3. Final Board Application and Decision

Please reach out to margaritatrujillo@hvrsd.org with any questions! We are more than happy to help with the application process!

# Join SPIKE

**293spike.com**/join-spike




The team meets every day during build season of January and February in room 111 HVCHS. The hours that the shop is open are on the calendar. Off season, we meet every Monday and Thursday. New members or just observers are **always welcome** to stop by and see what we are about. Recruiting time is at the beginning of the school year before kickoff in January.

## Reasons to Join SPIKE:

- **No experience required:** anyone interested can join!
- Members learn how to work as a **team**
- Students participating in Robotics gain **hands-on experience** that is *not available in the classroom.*
- Many **college scholarships** are available to students participating in robotics for all kinds of majors and schools.
- Students learn *CAD, electronics, programming, and machining skills.*
- Student learn business-related skills such as *organization and administration, photography, marketing, financial management, journalism, and web design.*
- There are many **community service** opportunities.

## Sections of the Team (these are not mutually exclusive and students can be part of more than one part):

- Community

    Community is responsible for organizing outreaches, working with the Hopewell community, and spreading the messages and benefits to people outside of the team.
- Marketing

    Marketing works on designing the team's public image. They work to manage the team's imagery, such as the logo and graphic design, recruit sponsors to help the team, and manage all public facets of the team.
- Business

    Business primarily focuses on the finances of the team. The business team writes the business plan, manages the inflow and outflow of money, and makes sure that all other parts of the team have enough money to achieve their goals.
- Fabrication

    Fabrication is the part of the team that physically builds the robot. This means creating a 3D model in Onshape, cutting, drilling, and manipulating metal parts to build the frame and body of the robot, and putting the robot's physical parts together.
- Electronics

    Electronics does everything involving the code and actuators in the robot. This involves putting together wiring and distributing power, installing motors and a Robo–Rio into the frame, and programming all of the functionalities of the robot.
- Strategy

    Strategy is responsible for making plans and strategies for using all three robots on the alliance effectively to maximize scoring during competitions, and scouting matches in order to have data for alliance selection.
- Safety

    Safety teaches the students how to operate the machines safely, makes sure no injuries occur in any part of the robotics process, and creates a definitive safety plan and rule set for the students to abide by.

# Parents

293spike.com/parents-2




For parents of Team 293 SPIKE, there are lots of ways you can help the team and support your child. Please refer to the SPIKE 293 Parent Guide for information about the robotics season and what to expect.

## Mentors

Mentors volunteer their time to work with our students in robot construction and entrepreneurial tasks.

## Weekend Lunches

One of the things that Robotics team members love most is having group lunches made by parents during build season. Donate to or sign up to make a meal.

## PETS4SPIKE

PETS4SPIKE is the parent-led booster club for SPIKE 293.

## Competition

Another major way to help is to show up at robotics competitions! It helps support the team by raising morale at events and showing off more team spirit.

# Contact Us

293spike.com/contact-us

293 SPIKE

## Have questions or ideas? Submit a form:

## Email us at: margaritatrujillo@hvrsd.org

## Or visit our machine shop at Hopewell Valley Central High School Room 111, @ 259 Pennington Titusville Rd., in Pennington, NJ 08534

# PETS4SPIKE

**293spike.com**/pets4spike




PETS4SPIKE, a 501(c)(3) non-profit organization, is a booster club for FIRST Team SPIKE 293.

**OUR MISSION:**

Our mission is to provide financial support and to encourage family participation. The organization is guided by the faculty advisors and will assist in solicitation of donations and/or support from individuals, foundations, grants, or corporations for the robotics team.

Members of PETS4SPIKE aid with:

- Fundraising activities
- Community service activities
- End-of-year picnics
- Off-season events
- Meals during build season
- Transportation to team events
- Other activities as directed by the faculty advisor

In fulfillment of these functions, PETS4SPIKE acknowledges the team as a student-driven entity.

**PETS4SPIKE BOARD 2025-2026:**

Chuck Daly, President

Shaun Wiley, Vice President

Kim Russell, Treasurer

Jennifer Hsiao, Secretary

**CONTACT US:**

PETS4SPIKE@gmail.com

SPIKE Calendar

Sep 2026 (Eastern Time - New York

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 Staff Development - | 2 | 3 | 4 Labor Day - Schools | 5 |
| 6 | 7 Labor Day - Schools | 8 8pm - Student | 9 | 10 | 11 2:45pm - E-ship meeting | 12 |
| 13 | 14 3pm - Returning members | 15 | 16 | 17 3pm - Shop session | 18 2:45pm - E-ship meeting | 19 |
| 20 | 21 Yom Kippur - Schools | 22 | 23 | 24 3pm - Shop session | 25 2:45pm - E-ship meeting | 26 |
| 27 | 28 3pm - New member | 29 | 30 | 1 3pm - Shop session | 2 2:45pm - E-ship meeting | 3 FMA Mentor's meeting @ |

SPIKE Calendar

Oct 2026 (Eastern Time - New York

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 27 | 28<br>3pm - New member | 29 | 30 | 1<br>3pm - Shop session | 2<br>2:45pm - E-ship meeting | 3<br>FMA Mentor's meeting @ |
| 4 | 5<br>3pm - Shop session | 6 | 7 | 8<br>3pm - Shop session | 9<br>2:45pm - E-ship meeting | 10 |
| 11 | 12<br>Columbus/Indigenous | 13 | 14 | 15<br>3pm - Shop session | 16<br>2:45pm - E-ship meeting | 17 |
| 18 | 19<br>3pm - Shop session | 20 | 21 | 22<br>3pm - Shop session | 23<br>3pm - Ramp Riot Prep | 24<br>8am - Ramp Riot @ |
| 25 | 26<br>3pm - Shop Session | 27 | 28 | 29<br>3pm - Shop Session | 30<br>2:45pm - E-ship meeting | 31 |

SPIKE Calendar

Nov 2026 (Eastern Time - New York

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2<br>Parent Conferences - Early | 3<br>Parent Conferences - Early | 4<br>Parent Conferences - Early | 5<br>NJEA Convention - | 6<br>Veterans Day (obs) - | 7 |
| 8 | 9<br>3pm - Shop session | 10 | 11 | 12<br>3pm - Shop session | 13<br>2:45pm - E-ship meeting | 14 |
| 15 | 16<br>3pm - Shop session | 17 | 18 | 19<br>3pm - Shop session | 20<br>2:45pm - E-ship meeting | 21 |
| 22 | 23<br>3pm - Shop session | 24 | 25<br>E-Learning Day<br>Early Dismissal<br>12pm - SPIKEsgiving | 26<br>Thanksgiving Day - | 27<br>Day after Thanksgiving - | 28 |
| 29 | 30<br>3pm - Shop session | 1 | 2 | 3<br>3pm - Shop session | 4<br>2:45pm - E-ship meeting | 5 |

SPIKE Calendar

Dec 2026 (Eastern Time - New York

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 29 | 30<br>3pm - Shop session | 1 | 2 | 3<br>3pm - Shop session | 4<br>2:45pm - E-ship meeting | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23<br>Early Dismissal | 24<br>Winter Break - Schools | 25<br>Winter Break - Schools | 26<br>Winter Break - Schools |
| 27<br>Winter Break - Schools | 28<br>Winter Break - Schools | 29<br>Winter Break - Schools | 30<br>Winter Break - Schools | 31<br>Winter Break - Schools | 1<br>New Year's Day - Schools | 2 |

SPIKE Calendar

Jan 2027 (Eastern Time - New York)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| --- | --- | --- | --- | --- | --- | --- |
| 27<br>Winter Break - Schools | 28<br>Winter Break - Schools | 29<br>Winter Break - Schools | 30<br>Winter Break - Schools | 31<br>Winter Break - Schools | 1<br>New Year's Day - Schools | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9<br>9am - FRC Kickoff @<br>2:30pm - Post Kickoff |
| 10<br>1pm - Strategy Sunday | 11<br>3pm - Shop Session | 12 | 13 | 14<br>3pm - Shop Session | 15<br>3pm - Shop Session | 16<br>9am - MLK Saturday |
| 17<br>1pm - MLK Sunday | 18<br>Martin Luther King, Jr. Day<br>9am - MLK Monday | 19 | 20 | 21<br>3pm - Shop Session | 22<br>3pm - Shop Session | 23<br>9am - Super Saturday 1: |
| 24 | 25<br>3pm - Shop Session | 26 | 27 | 28<br>3pm - Shop Session | 29<br>3pm - Shop Session | 30<br>9am - Shop Session |
| 31 | 1<br>3pm - Shop Session | 2 | 3 | 4<br>Early Dismissal<br>3pm - Shop Session | 5<br>3pm - Shop Session | 6<br>9am - Super Saturday II: |

SPIKE Calendar

Feb 2027 (Eastern Time - New York

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 31 | 1<br>3pm - Shop Session | 2 | 3 | 4<br>Early Dismissal<br>3pm - Shop Session | 5<br>3pm - Shop Session | 6<br>9am - Super Saturday II: |
| 7 | 8<br>3pm - Shop Session | 9 | 10 | 11<br>3pm - Shop Session | 12<br>3pm - Shop Session | 13<br>9am - Presidents Day |
| 14<br>1pm - Presidents Day | 15<br>Presidents' Day - Schools<br>9am - Presidents Day | 16 | 17 | 18<br>3pm - Shop Session | 19<br>3pm - Shop Session | 20<br>9am - Super Saturday III: |
| 21 | 22<br>3pm - Shop Session | 23 | 24 | 25<br>3pm - Shop Session | 26<br>3pm - Shop Session | 27<br>9am - Saturday Shop |
| 28 | 1 | 2 | 3 | 4 | 5 | 6 |