# Osborne Exhibit B

February 16, 2024
@hvchs_spectrum Instagram post



hvchs_spectrum Follow ···

hvchs_spectrum 128w
What a wonderful treat to have the @philagmc visit @hv_choirs and @hvchs_spectrum and sing for/with us today! A truly moving and meaningful experience for our students.

No comments yet.
Start the conversation.

10
February 17, 2024

Add a comment...



hvchs_spectrum Follow ···

hvchs_spectrum 128w
What a wonderful treat to have the @philagmc visit @hv_choirs and @hvchs_spectrum and sing for/with us today! A truly moving and meaningful experience for our students.

No comments yet.
Start the conversation.

10
February 17, 2024

Add a comment...



hvchs_spectrum Follow ···

hvchs_spectrum 128w
What a wonderful treat to have the @philagmc visit @hv_choirs and @hvchs_spectrum and sing for/with us today! A truly moving and meaningful experience for our students.

No comments yet.
Start the conversation.

10
February 17, 2024

Add a comment...