# Osborne Exhibit C

April 22, 2026 @yes_hvchs
Instagram post




**yes_hvchs** Follow ···

**yes_hvchs** Edited • 15w
You won't want to miss our Wednesday HV Green Week speakers Oriana Price-Holmes and Quiya Harris from @njejalliance. They will talk about environmental justice, green jobs, and a just transition! 💚

**No comments yet.**

Start the conversation.

8

April 22

Add a comment...

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DXa9GDAjfjs
Capture timestamp (UTC): Thu, 06 Aug 2026 19:21:17 GMT