# Osborne Exhibit D

April 20, 2026, Facebook post of Carolyn McGrath

facebook

Email or phone

Password

Log In

Forgot Account?

**Carolyn McGrath's Post**

**Carolyn McGrath**

April 20 · ♬ Be The Change (The Shelter) · Marieme ·

Many thanks to @climaterevolutionnj leaders @chrissotiro and @kayleighehen for joining @yes_hvchs to talk about their journey to becoming environmental activists making a difference in NJ today!




1

Like

Comment