# Osborne Exhibit E

April 22, 2026, Facebook
post of Carolyn McGrath

facebook

Email or phone Password Log In Forgot Account?

**Carolyn McGrath's Post**

**Carolyn McGrath**
April 22 · ♫ This Is the Day · The The ·

Another amazing HV Green Week Eco Lunch and Learn! Today we were joined by Quiya Harris and Oriana Price-Holmes from @njejalliance who talked to us about green jobs and how to prioritize environmental justice as we transition away from fossil fuels.




1

Like Comment