**NITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON **DATE**: SEPTEMBER 16, 2026

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**: **DOCKET NO. 26-CV-10163 (RK) (TJB)**

FELLOWSHIP OF CHRISTIAN ATHLETES ET AL

v.

BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT ET AL

**APPEARANCES**:

Amanda Dixon, Esq., Daniel Blomberg, Esq., Joseph Davis, Esq. and Rich Osborne, Esq., counsel for the Plaintiffs

Eric Bueide, Esq. and Luke Hertzel-Lagonikos, Esq., counsel for the Defendants

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Telephone Conference held.

**Time Commenced:** 1:05 p.m.
**Time Adjourned**: 1:18 p.m.
**Total Time**: 13 minutes

s/ Patricia Markey
DEPUTY CLERK