Schenck Price
SCHENCK PRICE SMITH & KING, LLP

*Serving Our Clients and Community*
*For Over 100 Years*

**Eric I. Bueide**
*Admitted in NJ & NY*
Direct Line: 973-798-4953
Email: EBueide@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

September 16, 2026

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 16, 2026

**Via CM/ECF Only**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, New Jersey 08608

**RE: Fellowship of Christian Athletes, et al. v. Board of Education of the Hopewell Valley Regional School District, et al.**
**Civil Action No. 3:26-cv-10163 (RK-TJB)**

Dear Judge Kirsch:

This firm represents the Board of Education of the Hopewell Valley Regional School District (hereinafter "the Board") and its Superintendent, Dr. Rosetta D. Treece, in her official capacity, in the above-referenced matter.

This letter follows correspondence to the Court from Luke D. Hertzel-Lagonikos, counsel for Dr. Daryl Minus-Vincent, Executive County Superintendent of Mercer County, and Dr. Lily Laux, Commissioner of the New Jersey Department of Education ("State Defendants"). ECF No. 32.

In that correspondence, Mr. Hertzel-Lagonikos requested, with Plaintiffs' consent, that the date of the State Defendants' response to Plaintiffs' Complaint (ECF No. 1) be adjourned until after the Court decides Plaintiffs' motion for preliminary injunction.

On behalf of the Board and Dr. Treece, and also with the gracious consent of Plaintiffs, we respectfully request that the date of our answer, presently due to be filed on September 17, 2026, be adjourned until after the Court decides Plaintiffs' motion for preliminary injunction.

Thank you for Your Honor's courtesies and consideration.

Respectfully submitted,
SCHENCK, PRICE, SMITH & KING, LLP

/s/ *Eric I. Bueide*
Eric I. Bueide