*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, N.J. 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

September 16, 2026

**VIA ELECTRONIC FILING**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

Re: Fellowship of Christian Athletes et al. v. Bd. of Educ. of the Hopewell Valley Reg'l Sch. Dist. et al.
No. 3:26-cv-10163

Dear Judge Kirsch:

This office represents Dr. Daryl Minus-Vincent, Executive County Superintendent of Mercer County ("ECS") and Dr. Lily Laux Commissioner of the New Jersey Department of Education (collectively, "State Defendants") in the above-referenced matter. State Defendants' response to Plaintiffs' Complaint, ECF No. 1, is due to be filed on September 16, 2026.

However, State Defendants request that the date of their response be adjourned until after the Court decides Plaintiffs' motion for preliminary injunction. *See* ECF No. 10. Plaintiffs have graciously consented to this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,
JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Luke D. Hertzel-Lagonikos*
Luke D. Hertzel-Lagonikos
Deputy Attorney General
luke.hertzel-lagonikos@law.njoag.gov

cc: All Counsel of Record (via electronic filing)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 16, 2026