**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br>*Plaintiffs*,<br>v.<br>BOARD OF EDUCATION OF THE HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT, et al.,<br>*Defendants*. | **Civil Action No. 3:26-cv-10163-RK-TJB**<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's instruction during the Telephone Conference on September 16, 2026, *see* Dkt.33, Plaintiffs respectfully submit this joint status report regarding the status of the preliminary-injunction proceedings in this matter.

Plaintiffs and the Hopewell Valley Defendants (the Parties) have repeatedly conferred in an effort to identify and narrow any factual disputes and to determine what proceedings are necessary to resolve the preliminary-injunction motion. The Parties are still conferring on this issue. Therefore Plaintiffs, on behalf of the Parties, respectfully request that the Court give the Parties an extension until Friday, September 25, 2026, to file a joint status report informing the Court of the results of that conferral.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 24, 2026

Dated: September 23, 2026

Respectfully submitted,

/s/ Richard C. Osborne

Richard C. Osborne
Daniel H. Blomberg*
Joseph C. Davis*
Amanda G. Dixon*
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
rosborne@becketfund.org
*Counsel for Plaintiffs*

**Admitted pro hac vice*