Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community*
*For Over 100 Years*

**Eric I. Bueide**
*Admitted in NJ & NY*
Direct Line: 973-798-4953
Email: EBueide@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

October 27, 2026

**Via CM/ECF Only**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, New Jersey 08608

**RE: Fellowship of Christian Athletes, et al. v. Board of Education of the Hopewell Valley Regional School District, et al.**
**Civil Action No. 3:26-cv-10163 (RK-TJB)**

Dear Judge Kirsch:

As you know, this firm represents the Board of Education of the Hopewell Valley Regional School District (hereinafter "the Board") and its Superintendent, Dr. Rosetta D. Treece, in her official and personal capacity, in the above-referenced matter.

It has come to the firm's attention that two exhibits to the Certification of Patricia Riley (ECF No. 29-4), filed with the Board's Opposition to Plaintiffs' Application for an Order to Show Cause and Motion for Preliminary Injunction (ECF No. 29), may contain some inaccuracies. The Certification itself remains accurate.

Accordingly, we respectfully request that the Court schedule a conference with the parties for either this afternoon or tomorrow, October 28, 2026, to address how best to resolve this issue and ensure a complete and accurate factual record going forward.

Thank you for Your Honor's courtesies and consideration.

Respectfully submitted,
SCHENCK, PRICE, SMITH & KING, LLP

/s/ *Eric I. Bueide*
Eric I. Bueide